UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC.  "I"       MAG.  (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

### PETITION FOR ADMISSION *PRO HAC VICE*

In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, application is made by Eric J. Rhine to be admitted *pro hac vice* to the Bar of this Court for the purpose of appearing as additional counsel on behalf of DeQuincy R. Richard, Defendant / Counter-Plaintiff / Third Party Plaintiff in the above-described action.

- I am ineligible to become a member of this Court, but I am a member in good standing of the Bar of the United States District Court for the Southern District of Texas.

- Attached hereto is a Certificate of Good Standing from such court, and payment of the applicable fee.

- There have been no disciplinary proceedings or criminal charges instituted against me.

- In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, R. Joshua Koch, Jr., who has appeared for DeQuincy R. Richard herein, is appointed as local counsel.

- I authorize the Clerk of the Court for the Eastern District of Louisiana to transmit notice of entries of judgment and orders to me under Fed.R.Civ.P. 77 and the Local Rules.  I also agree to receive notice electronically from other parties and the Court via electronic mail.  I understand this electronic notice will be in lieu of

notice by any other means. I understand it is my responsibility to advise the Clerk's Office promptly in writing of any physical address changes and/or update my electronic mail address within the Court's electronic filing system.

Respectfully submitted,

| | |
|---|---|
| /s/ *Eric J. Rhine* | /s/ *R. Joshua Koch, Jr.* |
| Signature of Applying Attorney | Signature of Local Counsel |
| | |
| Eric J. Rhine | R. Joshua Koch, Jr. |
| State Bar No. 24060485 | Bar Roll No. 7767 |
| Spagnoletti Law Firm | Koch & Schmidt, LLC |
| 401 Louisiana Street, 8th Floor | 650 Poydras Street, Ste 2660 |
| Houston, Texas 77002 | New Orleans, Louisiana 70130 |
| Telephone: 713-653-5600 | Telephone: 504-208-9040 |
| Facsimile: 713-653-5656 | Facsimile: 504-208-9041 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing was on this 8th day of August, 2019, automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing, in accordance with the Federal Rules of Civil Procedure.

/s/ *R. Joshua Koch, Jr.*
R. Joshua Koch, Jr.