UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC.  "I"      MAG.  (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

### STATUS REPORT ON BEHALF OF DEQUINCY RICHARD

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW DeQuincy R. Richard ("Richard"), made Defendant in this Declaratory Judgment action and Counter/Third-Party Plaintiff, and, for his Status Report Pursuant to Rec. Doc. 13, would respectfully show:

The Status Conference Report on Behalf of All Defendants[1] (Rec. Doc. 14) falsely claims that Gulf Offshore Logistics had nothing to do with the vessel.  Gulf Offshore Logistics's own website includes a listing of the company's vessels, which includes the *Dustin Danos*.  Ex. 1.  Gulf Offshore Logistics's website even provides a brochure for the vessel.  Ex. 2.  Details for the vessel's ownership and management downloaded from Sea-web, an online register of ships, provides further evidence regarding Gulf Offshore Logistics' involvement with the *Dustin Danos*, identifying the company as the vessel's Shipmanager, Operator, and Technical Manager.  Ex. 3.  Further, Defendants' allegations regarding alleged losses by Gulf Offshore Logistics are

---

[1] To be precise, DeQuincy Richard is a Defendant, Counter-Plaintiff and Third Party Plaintiff; REC Marine Logistics, LLC is a Plaintiff and Counter-Defendant, and Gulf Offshore Logistics, LLC and Offshore Transport Services, LLC are Third Party Defendants.

irrelevant to what this Court requested be provided in the Status Report, and irrelevant to the claims asserted in this lawsuit by Richard, which can only be seen as an attempt to improperly influence the Court.

1. The parties in this matter are REC Marine Logistics, LLC ("REC"), Gulf Offshore Logistics, LLC ("GOL"), Offshore Transport Services, LLC ("OTS") (collectively "REC parties") and DeQuincy Richard ("Richard") REC parties are represented by Fred E. Salley, of Salley & Associates. Richard is represented by Josh Koch of Koch & Schmidt, and Eric J. Rhine of Spagnoletti Law Firm.

2. There are no motions pending.

3. This case is currently past the initial status conference at which the following settings were established for a jury trial:

> Pre-trial conference 2/11/2020 AT 10:30 a.m.

> Four day Jury trial 3/9/2020 AT 8:30 a.m.

4. On or about November 6, 2018, while Richard was performing his duties in the service of the vessel, he was injured when he slipped on stairs on the vessel. The injuries suffered by Richard were caused by the negligence and/or gross negligence of the REC parties, and unseaworthiness of the vessel.

5. The parties have exchanged Initial Disclosures. Richard is serving written discovery (Interrogatories, Requests for Production, and Requests for Admission) on the REC parties, and will take depositions of relevant fact witnesses and corporate representatives.

6.      There have been no settlement discussions.

Respectfully submitted,

/s/ Eric J. Rhine
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:    713-653-5600
Facsimile:    713-653-5656

and

KOCH & SCHMIDT, LLC
R. Joshua Koch, Jr. (Bar Roll No. 7767)
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041

**ATTORNEY FOR DEFENDANT /
COUNTER/THIRD PARTY PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing automatically accomplished on counsel of record for Plaintiff through CM/ECF Notice of Electronic Filing at the time of filing hereof on this 26th day of September, 2019, in accordance with the Federal Rules of Civil Procedure.

/s/ Eric J. Rhine
Eric J. Rhine