

| | Home | Vessels | Career | Contact | About | New Office |

## Vessels

### Platform Supply Vessels

| | | Built | Length | DP | Download |
|---|---|---|---|---|---|
|  | M/V Ms. Adele Elise | 2007 | 225ft | DP1 | Specification |
|  | M/V Olivia Rae | 2006 | 220ft | DP1 | Specification |
|  | M/V Judy Frances | 1979 | 220ft | DP1 | Specification |
|  | M/V Kline **Dano**s | 1983 | 183ft | DP1 | Specification |
|  | M/V Sea Service 1 | 2011 | 180ft | DP1 | Specification |
|  | M/V Emily Ann | 1980 | 170ft | DP1 | Specification |
|  | M/V Roman Elie | 2004 | 170ft | DP1 | Specification |
|  | M/V Ms. Melissa | 1999 | 170ft | DP1 | Specification |
|  | M/V GOL Force | 1999 | 170ft | DP1 | Specification |
|  | M/V GOL Sapphire | 1999 | 170ft | DP1 | Specification |
|  | M/V Elise Mary | 2008 | 170ft | DP1 | Specification |
| | M/V Capt Rudy | 1999 | 170ft | DP1 | Specification |

### Navigation

Home
Vessels
- *Vessels*
- Platform Supply Vessels
- Mini Supply Vessels
- Crew Boats
- Utility Vessels
- Tug Boats

Career
Contact
About
News

### User Login

Username:

Password:

log in

Request New Password

EXHIBIT 1



## Mini Supply Vessels

| ..top | | Built | Length | DP | Download |
|---|---|---|---|---|---|
| | M/V Dustin **Dano**s | 2000 | 150ft | | Specification |
| | M/V Alexandra **Dano**s | 2007 | 140ft | DP1 | Specification |
| | M/V Abi C. | 2005 | 150ft | DP1 | Specification |
| | M/V Hannah C. | 2006 | 150ft | DP1 | Specification |
| | M/V Briana Marie | 2004 | 145ft | | Specification |
| | M/V Kylie D | 1998 | 145ft | | Specification |

## Crew Boats

| ..top | | Built | Length | DP | Download |
|---|---|---|---|---|---|
| | M/V Capt Ron | 1980 | 120ft | | Specification |
| | M/V Miss Leightyn | 2012 | 47ft | | Specification |
| | M/V Captain Rod | 1979 | 130ft | | Specification |
| | M/V Diamond Mine | 1994 | 135ft | | Specification |

## Utility Vessels

| ..top | | Built | Length | DP | Download |
|---|---|---|---|---|---|
| | M/V Marc C | | 125ft | | Specification |
| | M/V Ms. Taylor | | 125ft | | Specification |
| | M/V Leader | | 120ft | | Specification |
| | M/V Jacob Gerald | 1984 | 115ft | | Specifications |
| | M/V Dominic S. | 1978 | 135ft | | Specification |
| | M/V Dip | 1980 | 110ft | | Specification |
| | M/V Emily D. | 1978 | 120ft | | Specification |
| | M/V Jacob C. | 1981 | 110ft | | Specification |
| | M/V Ms. Jane | 1981 | 120ft | | Specification |
| | M/V Timmy Danos | 1973 | 110ft | | Specification |
| | M/V Brook Danos | 1980 | 100ft | | Specification |

**Tug Boats**

| ..top | | Built | Length | DP | Download |
|---|---|---|---|---|---|
| | M/V Amanda A. | 1972 | 56ft | | Specification |
| | M/V Lil Weasel | 1981 | 40ft | | Specification |





| | M/V Elie Cheramie | 2013 | 68ft | [Specification](#) |



| | M/V Elda A. | 2014 | 68ft | [Specifications](#) |

Copyright © Gulf Offshore Logistics, LLC

**Fatal error**: Uncaught Error: Call to undefined function ereg() in /home/gulflog8/public_html/drupalGOL/includes/file.inc:938 Stack trace: #0 /home/gulflog8/public_html/drupalGOL/includes/file.inc(936): file_scan_directory('modules/field', '\\.module$', Array, 0, true, 'name', 0, 1) #1 /home/gulflog8/public_html/drupalGOL/includes/common.inc(2830): file_scan_directory('modules', '\\.module$', Array, 0, true, 'name', 0) #2 /home/gulflog8/public_html/drupalGOL/includes/module.inc(98): drupal_system_listing('\\.module$', 'modules', 'name', 0) #3 /home/gulflog8/public_html/drupalGOL/modules/update/update.compare.inc(39): module_rebuild_cache() #4 /home/gulflog8/public_html/drupalGOL/modules/update/update.module(383): _update_refresh() #6 /home/gulflog8/public_html/drupalGOL/modules/update/update.fetch.inc(42): update_get_projects() #5 /home/gulflog8/public_html/drupalGOL/modules/update/update.module(302): update_refresh() #7 /home/gulflog8/public_html/drupalGOL/includes/module.inc(483): update_cron() #8 /home/gulflog8/public_html/public_h in **/home/gulflog8/public_html/drupalGOL/includes/file.inc** on line **938**