UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** ) | **CIVIL ACTION** |
| **Plaintiff** ) | |
| ) | **NO.2:19-cv-11149-LMA-DMD** |
| <u>**versus**</u> ) | |
| ) | |
| **DeQuincy R. Richard** ) | **JUDGE Africk** |
| **Defendant** ) | **MAGISTRATE (3)** |
| _____ ) | |

## MOTION FOR LEAVE TO FILE COMPULSORY CROSS-CLAIM AND THIRD PARTY COMPLAINT

Now come Defendants, Gulf Offshore Logistics, LLC, and REC Marine Logistics, LLC, and move for leave of Court pursuant to FRCP Rule 13, to file the attached Compulsory Counter-Claim and Third Party Complaint in the record of the aforesaid, pending civil action.

**Respectfully Submitted,**

//Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile   (985) 867-3368
Counsel for Plaintiff, REC** Marine Logistics, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 8th Day of October 2019.

s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)**