UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** | ) | CIVIL ACTION |
| **Plaintiff** | ) | |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| <u>**versus**</u> | ) | |
| | ) | |
| **DeQuincy R. Richard** | ) | JUDGE Africk |
| **Defendant** | ) | MAGISTRATE (3) |
| **_____** | ) | |

## MEMORANDUM FOR LEAVE TO FILE COMPULSORY CROSS-CLAIM AND THIRD PARTY COMPLAINT

Defendants, Gulf Offshore Logistics, LLC, and REC Marine Logistics, LLC, have moved for leave of Court pursuant to FRCP Rule 13, to file the attached Compulsory Counter-Claim and Third Party Complaint in the record of the aforesaid pending civil action.

Counter-Defendant, Richard, led by his attorney and Third-Party Defendant, Rhine, liened monies owed to third-party plaintiffs by Talos Energy, and others, when in fact these parties had monies owed to third-party plaintiffs, but these third party plaintiffs had nothing whatever to do with Richard, or his employment with different defendants on a different vessel.  Neither Richard, nor his attorney, Rhine, bothered to verify from readily avaliable government, public records and sources, that Gulf Offshore Logistics, LLC, never employed Richard, or had anything whatever to do with any vessel on which Richard worked, or his threatened litigation; but were notwithstanding claiming to be owed monies liened by Rhine, alleging that Richard was somehow entitled to seize large monies owed to these obviously incorrect unrelated stranger parties.

These same third-party defendants have continued their wrongful naming of innocent parties, by now naming these unrelated defendants into this litigation in a new federal complaint

when they should clearly know that these parties are improperly named in this suit and have had nothing to do with Richard or his claim.

Thus far, the improper claims made by Richard, and his attorney, Rhine, have cost completely innocent, Third-party defendant, Gulf Offshore Logistics, LLC, about $50,000.00, which is growing, with their continuing improper suits against them in Texas and in this Court. Leave to file the requested Cross-complaint and the Third-party complaint should be granted and the matter heard on the merits.

**Respectfully Submitted,**

//Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile  (985) 867-3368
Counsel for Plaintiff, REC**
Marine Logistics, LLC

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 14th Day of October 2019.

s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)**