UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC.  "I"          MAG.  (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

**DEQUINCY R. RICHARD'S MOTION TO COMPEL**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW INTO COURT, through undersigned counsel, comes DeQuincy R. Richard ("Richard"), made Defendant in this Declaratory Judgment action and Counter/Third-Party Plaintiff, respectfully moves this Honorable Court for an Order compelling Plaintiff/Counter-Defendant REC Marine Logistics, LLC ("REC Marine") to comply with its discovery obligations imposed by the Federal Rules of Civil Procedure, as well as the obligations imposed by the Court in its Order dated October 16, 2019 (Rec. Doc. 23), to fully respond to initial disclosure requests, and provide dates for inspection of the vessel involved in this incident.  For the reasons more fully set forth in his Memorandum in Support, Richard requests this Court enter an order compelling REC Marine to comply with the Court's prior Order within three (3) calendar days of the entry of the order compelling discovery, and for attorney's fees and sanctions for REC Marine's blatant disregard of the Court's Order.

WHEREFORE, Richard prays the Court grant this Motion, and order within three calendar days that:  REC Marine fully respond to Initial Disclosures including the legible production of

referenced documents; provide vessel inspection dates; and pay Richard's counsel fees incurred in preparing this Motion.  Richard further prays for all other just and proper relief to which he may be entitled.

Respectfully submitted,

/s/ Eric J. Rhine
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:      713-653-5600
Facsimile:      713-653-5656

KOCH & SCHMIDT, LLC
R. Joshua Koch, Jr. (Bar Roll No. 7767)
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile:  (504) 208-9041

ATTORNEYS FOR RICHARD

## CERTIFICATE OF CONFERENCE

Counsel for Richard has attempted to confer with counsel for Plaintiff/Counter-Defendant/Third Party Defendants regarding the relief requested.  Undersigned counsel emailed and attempted to call said counsel, Fred Salley, on multiple occasions on October 30 and 31, 2019, in an attempt to meet and confer regarding this Motion.  Undersigned counsel called the phone number contained in Salley's signature block on his filed pleadings multiple times on October 30 and 31, 2019.  No one at Salley's law firm answered the phone, nor was there the ability to leave a voicemail.  Following the inability to speak with anyone at Salley's firm, undersigned counsel emailed Salley at 1:46 p.m. on October 20, 2019, requesting a phone call to discuss this Motion.  Salley did not respond to this email, rather at 2:56 p.m. he responded to a different email from three days prior by stating "i [sic] have no phones, internet or computers from storm."  Obviously, Salley has email and internet access since he was able to both respond to an email, and file documents in this lawsuit on Sunday, October 27, 2019.  Undersigned counsel then requested a cell phone number to use to call and speak with Salley via email at 2:58

2

p.m. on October 30, 2019. Counsel further emailed Salley at 8:17 p.m.   Undersigned counsel emailed Salley again at 8:25 a.m. on October 31, 2019, requesting a phone number and time that Salley was available to discuss the Motion and violation of the Court's Order.  At the time of filing, no response was received.

*/s/ Eric J. Rhine*
Eric J. Rhine

## **CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure on this 31st day of October, 2019.

*/s/ Eric J. Rhine*
Eric J. Rhine