```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

REC Marine Logistics, LLC,       )      CIVIL ACTION
Plaintiff                        )
                                 )      NO.2:19-cv-11149-LMA-DMD
versus                           )
                                 )
DeQuincy R. Richard              )      JUDGE Africk
Defendant                        )      MAGISTRATE (3)
_____)
```

### DEFENDANTS' INITIAL WITNESS AND DOCUMENTS LISTS

Initial consolidated witness and documents lists for GOL Supply Boats, L.L.C. Offshore Transport Services, L.L.C., and REC Operating, L.L.C. follow:

### Will Call:

DeQuincy R. Richard under cross-examintaion

### May Call:

a) **Alex Griffin**
**Gulf Offshore Logistics, L.L.C.**
**Box 433**
**Matthews, LA 70356**

Facts/documents related to pre-employment hiring practices, minimum requirements, policies, physical exams, source of and interview Richard.

b) **Ben Havemann**
**650 Colbert Street**
**Mandeville, LA  70448**

Expert marine engineer and surveyor will offer expert opinions of the **M/V Dustin Danos**, and equipment design, placement, and operability of equipment alleged by Castro as involved in his incident.

c) **Todd Danos**
**Gulf Offshore Logistics, L.L.C.**
**Matthews, Louisiana 70345**

Facts concerning various vessel ownerships, management, operation, crew employment and manning, accident reporting, documentation, maintenance and cure payments, expenses paid and expenses incurred, investigations conducted and findings, company policies and documentation.

**d) Drew Aucoin**
**Private Investigator**
**701 Metairie Lawn Drive**
**Metairie, La. 70001**

Facts regarding documents, investigation, M&C issues, payments and invoices, statements of plaintiff, medical care, intercommunication with Richard, maintenance and cure payments, expenses paid and expenses incurred, investigations conducted, and findings, company policies and documentation.

**e) Capt. Sam McCain**
**3122 Jennie Drive**
**Morgan City, La. 70380**

Facts, vessel operation and procedure, equipment and vessel condition(s), accident reporting, communications and observations of Richard.

**f) Mr. Chris Holcombe**
**6050 Grelot Rd., Apt 203**
**Mobile, AL. 36609**

Facts, vessel operation and procedure, equipment location and operability, accident reporting, communications and observations of Richard.

**g) Mr. David Gilbert**
**P.O. Box 1564**
**Deridder, La. 70634**

Facts, vessel operation and procedure, equipment location and operability, accident reporting, communications and observations of Richard.

**h) Dr. Lenny Folse**
**Primary Occupational Health**
**Golden Meadow, LA**

Facts regarding Richard pre-employment physical and associated documentation and forms on 11/5/2018.

**j) Representative of Aries Marine Inc., Youngville, La.**

Employment records

**k) Representative of OPC Marine, Houma, La.**

Employment Records

**l) Representative of Turner Industries, Baton Rouge, La**

Employment Records

**m) Representative(s) of Occupational Medical Services**
**Karlie Rodgers or other repr.**
**Occupational Medical Services**
**144 Valhi Lagoon Crossing**
**Houma, LA 70360**

Pre-employment Medical Reviews/Exams/Treatments extending from mid 2007-October 18, 2018, and subsequent medical records thereafter.

## Documents:

**a)** Incident Report and attachments relating to 6th November 2018 reported incident on **M/V Dustin Danos**.

**b)** Personnel and health files Richard at Aries Marine, Youngsville, La.

**c)** Medical records on Richard from mid-2007 thru present day Pre-employments records of Richard at Turner Marine, Baton Rouge, La

**d)** Pre-employments records of Richard at OPC Marine, Houma, La

**e)** Richard Answers to Interrogatories/Requests from current and prior cases consistent with FRCP and FRE.

**f)** Tax Returns for Richard 2007-2019.

**g) M/V Dustin Danos** logs October-November 2018-rough, final, engine room.

**h) REC** M&C backers, checks and computer prints of medical paid or arranged.

**i)** Previous depositions taken from Richard in prior litigation consistent with FRCP and FRE.

**j)** Employment records, files, personnel and pre-employment records, health records, work schedules, claims made from DeQ Richard files/records from prior employers.

**k)** Social Security Records concerning Richard **SS4366544168** obtained by auth. Request.

**l)** Medical records, medical opinions, records of treatment, x-rays and diagnostic files as obtained by subpoena, deposition, from discovery, or otherwise from any med/heath care providers seen by Richard since 2007.

**m)** Any document or exhibit listed, offered, or used by Richard or any other party.

        **Respectfully Submitted,**

        //Fred E. Salley

        BY:_____
        **FRED E. SALLEY, T.A. (11665)**
        **SALLEY & ASSOCIATES**
        **P.O. Box 3549**
        **77378 Hwy 1081 Cretien Annex**
        **Covington, Louisiana 70434**
        **Telephone: (985) 867-8830**
        **Facsimile (985) 867-3368**
        **Counsel for Plaintiff, Counter-Defendant, REC Marine Logistics, LLC,** *et.al*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 10th Day of September 2019.

        s/ Fred E. Salley
        _____
        **FRED E. SALLEY, T.A. (11665)**