EXHIBIT 3

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC Marine Logistics, LLC, Plaintiff | CIVIL ACTION |
| | NO.2:19-cv-11149-LMA-DMD |
| versus | |
| DeQuincy R. Richard Defendant | JUDGE Africk MAGISTRATE (3) |

## RULE 26 PRELIMINARY REPORT

### WITNESS AND DOCUMENTS LISTS

Initial consolidated witness and documents lists for GOL Supply Boats, L.L.C. Offshore Transport Services, L.L.C., and REC Operating, L.L.C. follow:

**Will Call:**

DeQuincy R. Richard under cross-examintaion

**May Call:**

**Alex Griffin**
**Gulf Offshore Logistics, L.L.C.**
**Box 433**
**Matthews, LA 70356**

Facts/documents related to pre-employment hiring practices, minimum requirements, policies, physical exams, source of and interview Richard.

**Todd Danos**
**Gulf Offshore Logistics, L.L.C.**
**Matthews, Louisiana 70345**
Facts concerning various vessel ownerships, management, operation, crew employment and manning, accident reporting, documentation, maintenance and cure payments, expenses paid and expenses incurred, investigations conducted and findings, company policies and documentation.

**Drew Aucoin**
**Investigator**

New Orleans, La. 70127

Facts regarding documents, investigation, M&C issues, payments and invoices, statements of plaintiff, medical care, intercommunication with Richard. maintenance and cure payments, expenses paid and expenses incurred, investigations conducted and findings, company policies and documentation.

**Capt. Sam McCain**

Facts, vessel operation and procedure, equipment and vessel condition(s), accident reporting, communications and observations of Castro.

**Capt. C. Holcombe**

Facts, vessel operation and procedure, equipment location and operability, accident reporting, communications and observations of Castro.

**Deckhand D. Gilbert**

Facts, vessel operation and procedure, equipment location and operability, accident reporting, communications and observations of Castro.

**Representative of Aries Marine Inc., Youngville, La.**

Employment records

**Representative of OPC Marine, Houma, La.**

Employment Records

**Representative of Turner Industries, Baton Rouge, La**

Employment Records

**Representative of Occupational Medical Services**
**Karlie Rodgers or other repr.**
**Occupational Medical Services**
**144 Valhi Lagoon Crossing**
**Houma, LA 70360**
Pre-employment Medical Review/Exam October18, 2018

**Documents:**

Incident Report and attachments of 6th November 2018.

Personnel and health files Richard at Aries Marine, Youngsville, La.

Pre-employments records of Richard at Turner Marine, Baton Rouge, La

Pre-employments records of Richard at OPC Marine, Houma, La

Richard Answers to Interrogatories/Requests from current and prior cases consistent with FRCP and FRE.

Tax Returns/records for Richard 2007-2019.

**M/V Dustin Danos** logs November 5-6, 2018-final

**REC** M&C backers, checks and computer prints of medical paid or arranged.

Previous depositions taken from Richard in prior litigation consistent with FRCP and FRE.

Employment records, files, personnel and pre-employment records, health records, work schedules, claims made from DeQ Richard files/records from prior employers.

Social Security Records concerning Richard **SS4366544168** obtained by auth.

Medical records, medical opinions, records of treatment, x-rays and diagnostic files as obtained by subpoena, deposition, from discovery, or otherwise from any of the following med/heath care providers:

Any document or exhibit listed, offered, or used by Richard or any other party.

**Respectfully Submitted,**

/s/Fred E. Salley
BY:_____
**FRED E. SALLEY, T.A. (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana 70434
Telephone: (985) 867-8830
Facsimile (985) 867-3368**

**Counsel for Plaintiff, Counter-Defendant, REC Marine Logistics, LLC, et.al**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 18th Day of October 2019.

s/ Fred E. Salley

**FRED E. SALLEY, T.A. (11665)**

# DAILY BOAT LOG

**Gulf Offshore Logistics**
P.O. Box 433
Stations, LA 70375
Phone: 985-532-1000 / Fax: 985-532-5376

VESSEL: DUSTIN DANOS  CODE: _____  OWNER: Gulf Offshore Logistics  FIELD: W & T  DATE: 11/06/18

| Actual Time | | Hours | | | FROM | TO | COMMODITY HAULED OR PURPOSE OF TRIP | Weight Long Tons | Draft | | CREW ON BOARD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STBY | WORK | | | | | Fwd | Aft | |
| 0:01 | 0:45 | 0:45 | | | STONE FUEL | BRIDGE FUEL | S – SB | | | | S MCCAIN |
| 0:45 | 6:15 | 5:30 | | | BRIDGE FUEL | SS214K | T – ECR TO SS214K | | | | E KIRKDOUGHE |
| 6:15 | 9:45 | | | 3:30 | SS214K | SS214K | W – PUMPED WATER, OIL CARGO AND PASSENGERS | | | | D GILBERT |
| 9:45 | 14:03 | | | 4:15 | SS214K | SHIP SHOAL FIELD | W – PUMPED WATER, OIL CARGO AND PASSENGERS, OIL PASSENGERS, WORK | | | | D RICHARD |
| 14:00 | 18:20 | 5:20 | | | SHIP SHOAL FIELD | STONE FUEL | T – SIR TO FOURCHON | | | | |
| 18:30 | 21:15 | | 2:45 | | STONE FUEL | STONE FUEL | S – SB | | | | |
| 21:15 | 24:00 | | | | STONE FUEL | SS214K | | | | | |
| | | | | | SS214K | | | | | | |

PERSONS OTHER THAN CREW

| | Product in Gal. | 2000hrs | Transfer | Received | Balance @ 2400 | Refuse Disposal |
|---|---|---|---|---|---|---|
| | Waste Oil | | | | | Time |
| | Potable Water | | | | | Amount |
| Total 11:40 2:20 7:45  21:14 | Ball Water | | | | | Location |

| Consumables | FUEL (ship & cargo) | LUBE | GEAR | HYD | SUPPLIER | TICKET # | Tanks |
|---|---|---|---|---|---|---|---|
| ON HAND @ 0001 | 20,043 | 280 | | | | | PRODUCT DESCRIPTION |
| RECEIVED | | | | | | | |
| TOTAL | 20,043 | 280 | | | | | ON HAND @ 0001 |
| TRANSFERRED | | | | | | | RECEIVED |
| CONSUMED | 764 | 8 | | | | | DISCHARGED |
| COMMON CORR + or – | | | | | | | BALANCE @ 2400 |
| BALANCE @ 2400 | 20,079 | 272 | | | | | |

| DRILL | TYPE | TIME | OPERATOR | STABILITY | DISPLACEMENT BAL RB | | WEATHER | WIND KTS 3E | SEAS 1-3 FT | VIS 5 MILES | SPECIAL EVENTS | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

S MCCAIN
CAPTAIN                                       FIELD SUPERVISOR

**DAILY BOAT LOG**

Gulf Of Mexico Logistics
P.O. Box 673
Cut Off, LA 70345

| Actual Time | | Hours | | | FROM | TO | GEOGRAPHY HANDLED OR PURPOSE OF TRIP | Waiting Time | Dock | | CREW ONBOARD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FROM | TO | TRIP | STBY | WORK | | | | | Fuel | Wtr | |
| 6:00 | 12:30 | | 12:30 | | FOURCHON | FOURCHON | S-SR | | | | C. COOPER |
| 12:30 | 13:30 | 6:30 | | | FOURCHON | SHORE FUEL | C-SR SHORE FUEL | | | | D. HOLCOMB |
| 13:30 | 19:05 | 5:45 | | | SHORE FUEL | SHORE FUEL | S-SR | | | | D. GILBERT |
| 19:05 | 19:10 | | | 6:15 | SHORE FUEL | SHORE FUEL | W- DISCHARGE | | | | D. HOBBS |
| 19:10 | 24:00 | 4:50 | | | SHORE FUEL | SHORE FUEL | S-SR | | | | |
| | | | | | SHORE FUEL | | | | | | |

PERSONS OTHER THAN CREW

| Consumables | FUEL | LUBE | GEAR | MTR | SUPPLIES | ROGUES | ToC's | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ON HAND @ 0001 | 2545 | 200 | | | | | PRIMARY DESCRIPTION | | | | | | | |
| RECEIVED | | | | | | | | | | | | | | |
| TOTAL | 2545 | 200 | | | | | ON HAND @ 0001 | | | | | | | |
| TRANSFERRED | | | | | | | RECEIVED | | | | | | | |
| CONSUMED | | | | | | | DISCHARGED | | | | | | | |
| BALANCE @ 2400 | 2425 | 200 | | | | | BALANCE @ 2400 | | | | | | | |

SKULL | FUEL | LUBE | FOURCHON | SHAKEY | REPLACEMENT BBL RS | WATERS | ATBN | SNAG BOOK | MS | SPECIAL REMARKS | GM DRIVER @ 19:00

S. MCCAIN

CAPTAIN                                    FIELD SUPERVISOR