UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC Marine Logistics, LLC, Plaintiff | ) ) ) | CIVIL ACTION |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| versus | ) ) | |
| DeQuincy R. Richard Defendant | ) ) | JUDGE Africk MAGISTRATE (3) |
| _____ | ) | |

## MEMORANDUM IN RESPONSE/OPPOSITION TO PLAINTIFF'S DISCOVERY MOTION

Now come Defendants, Gulf Offshore Logistics, LLC, Offshore Transport Services, LLC and REC, in response to, and in objection to, the discovery motion brought by Plaintiff to which these defendants respond as follows:

There was simply no failure of these Defendants to fully respond to and answer Plaintiffs numerous Requests for Production, and Interrogatories (six separate sets), responses to which were all served on Plaintiff's Counsel prior to the initial delay for responses fixed by the FRCP.

There was absolutely no failure of Defendants to file an FRCP Rule 26 Pre-trial report and provide initial witnesses and document identification. Counsel timely served the required Report, the pleadings and documents, via U.S. Mail, as required under the Rules, together with three sets of previously subpoenaed records, and Defendants' own file documents and records (about 300 pages) on 25th September 2019. After Plaintiff eventually advised of non-receipt of the large packet, Defendant undertook replacement with another package containing the same multiple documents, plus two recently received discovery documents; and again, because of the large size which exceeded Counsel's ability to email, mailed it to Plaintiff's counsel on 17th October 2019. Plaintiff's responses clearly indicate successful receipt of this second attempt to mail. Defendants have already fully complied with all requests for documents and witnesses. At

one point, the U.S. Mail Service may have failed to comply with Defendants' attempted timely delivery, but Counsel has no control over this Government mail service, and it is doubted that the members of the Judiciary, can completely control the mail service.

REC was the independent contract operator of the vessel, at the time of Richard's claimed accident, and remains the "contract" operator. That means it provides captain and crew to navigate the vessel to the places that the charterer orders it to go. REC does not make any decisions as where the vessel is supposed to go, but will try and take it there safely if ordered. REC has no ownership or control of the vessel, and the Affidavit of Blain Russel, Operations Manager, is attached in support thereof.

Offshore Transport Services, LLC is the bare owner of the **M/V Dustin Danos**, and is in the business of bare boat chartering the vessel to companies or businesses which desire its services. Offshore Transport Services, LLC owns, but does not crew, direct, command or navigate the vessel, which is by contract, the obligation of the party that undertakes the charter. This vessel has been long term chartered for several months and consequently has been under command and control of the charterer, leaving Offshore Transport Services, LLC with no control over her operations and movements. This information was conveyed to the Court in the recent conference, but may have been misunderstood by the Court. In affirmance of this information, the Affidavit of outside accountant, Monique Dufrene, is attached in support.

There is no basis for ordering any relief requested by Plaintiff. Plaintiff has been provided with all material available. His Counsel was provided with initial disclosures prior to the ordered date; and answers to all discovery (six sets) from Plaintiff prior to the legal due date. Plaintiff was provided with all available documents prior to the due date. He was not given the vessel to inspect because Offshore Transport Services, LLC does not currently operate or control the

vessel which is wholly in the hands of and under the control of the bare boat charter operator in accordance with the existing, legally binding, contract between the bare owner and the charterer.

**Respectfully Submitted,**

//Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile  (985) 867-3368
Counsel for Plaintiff, REC**
Marine Logistics, LLC

```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** | ) | CIVIL ACTION |
| **Plaintiff** | ) | |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| <u>versus</u> | ) | |
| | ) | |
| **DeQuincy R. Richard** | ) | JUDGE Africk |
| **Defendant** | ) | MAGISTRATE (3) |
| _____ | ) | |

<u>**AFFIDAVIT OF BLAIN RUSSEL**</u>

<u>**STATE OF LOUISIANA**</u>

<u>**PARISH OF LAFOURCHE**</u>

Before the undersigned, a Notary Public, in and for the State and Parish aforesaid, personally came and appeared:

**BLAIN RUSSEL**

Who stated under oath that he is Operations Manager for REC, Marine Logistics, LLC, located in Lafourche Parish, and is familiar with the operations and activities of same;

That REC is a contract operator of several vessels operating in South Louisiana and the Gulf of Mexico, providing to them under contract, where required, licensed captains and other licensed or unlicensed crew members, and navigating any contracted vessels as directed by their employers.

That he is aware that REC has operated <u>**M/V Dustin Danos**</u> under contract, providing captain and crew as needed, and navigating the stated vessel as directed by its contracted charterer, to the locations indicated by them.

That REC has no ownership or management interest in the aforesaid vessel, and as a contract operator, navigates her to the requested location when ordered to do so.

That the above and forgoing is true and correct to the best of his knowledge, information,

and belief.

                                                                     _____
                                                                                Blain Russel

**Sworn and subscribed, before me,**
**the undersigned Notary Public.**
**This \_\_\_\_\_ ᵗʰ Day of November 2019**

_____
**Notary Public**
**My Commission is for Life**

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| REC Marine Logistics, LLC, | ) | CIVIL ACTION |
| Plaintiff | ) | |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| versus | ) | |
| | ) | |
| DeQuincy R. Richard | ) | JUDGE Africk |
| Defendant | ) | MAGISTRATE (3) |
| _____ | ) | |

## AFFIDAVIT OF MONIQUE DUFRENE

**STATE OF LOUISIANA**

**PARISH OF LAFOURCHE**

Before the undersigned, a Notary Public, in and for the State and Parish aforesaid, personally came and appeared:

**MONIQUE DUFRENE**

Who stated under oath that she is an independent accountant located in Lafourche Parish, and is familiar with the operations and accounting activities of Offshore Transport Services, LLC, and the owners of that business; that the Owners of that business have retained her and her services as an accountant to do outside accounting work for their business for several years;

That Offshore Transport Services, LLC, is the naked owner of the **M/V Dustin Danos**, an offshore supply vessel, and charters said vessel out under charter to any of a number of qualified offshore operators in need of a large offshore vessel for operating in South Louisiana and the Gulf of Mexico, offering same to them under a charter contract;

That she is aware that OTS does not personally operate the **M/V Dustin Danos;** has not provided the vessel any captain or crew, and has not navigated the stated vessel which is held for contract hire;

That the above and forgoing is true and correct to the best of her knowledge, information, and belief.

                                                                              _____
                                                                              Monique Dufrene

**Sworn and subscribed, before me,**
**the undersigned Notary Public.**
**This _____ th Day of November 2019**

_____
**Notary Public**
**My Commission is for Life**