UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

**DEQUINCY R. RICHARD'S MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN FURTHER SUPPORT OF MOTION TO COMPEL**

NOW INTO COURT, through undersigned counsel, comes DeQuincy R. Richard ("Richard"), made Defendant in this Declaratory Judgment action and Counter/Third-Party Plaintiff, who respectfully requests leave of Court to file the attached Reply Memorandum in further support of his Motion to Compel previously filed herein (Rec. Doc. 29).

The proposed Reply is not to rehash Richard's underlying Motion, but necessary to address certain arguments in Defendants' Response which are misleading and sidestep the fundamental issues presented in Richard's Motion. Richard also seeks to address the improper "evidence" attached to Defendants' Response.

WHEREFORE, Richard prays the Court grant this Motion to file the attached Reply Memorandum in Further Support of his Motion to Compel. Richard further prays for all other just and proper relief to which he may be entitled.

*Signature follows –*

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:    713-653-5600
Facsimile:    713-653-5656

KOCH & SCHMIDT, LLC
R. Joshua Koch, Jr. (Bar Roll No. 7767)
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile:  (504) 208-9041

ATTORNEYS FOR RICHARD

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure on this 13th day of November, 2019.

*/s/ Eric J. Rhine*
Eric J. Rhine