UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** | ) | CIVIL ACTION |
| **Plaintiff** | ) | |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| <u>**versus**</u> | ) | |
| | ) | |
| **DeQuincy R. Richard** | ) | JUDGE Africk |
| **Defendant** | ) | MAGISTRATE (3) |
| _____ | ) | |

## EX PARTE MOTION TO CONTINUE LITIGATION ON COUNSEL ILLNESS

Now comes undersigned Counsel for all Defendants, and upon suggesting that he has suffered a sudden and unexpected illness and disability which needs immediate medical care, moves for a short continuance of currently scheduled litigation activities, including a discovery hearing on 20th November 2019, for an anticipated thirty days, but will report developments to the Court and counsel within three weeks; and hereby Counsel prays therefor.

**Respectfully Submitted,**

//Fred E. Salley
BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile  (985) 867-3368
Counsel for Plaintiff, REC** Marine Logistics, LLC