UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC Marine Logistics, LLC, Plaintiff | ) ) ) | CIVIL ACTION |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| versus | ) ) | |
| DeQuincy R. Richard Defendant | ) ) ) | JUDGE Africk MAGISTRATE (3) |

## AFFIDAVIT OF MONIQUE DUFRENE

### STATE OF LOUISIANA

### PARISH OF LAFOURCHE

Before the undersigned, a Notary Public, in and for the State and Parish aforesaid, personally came and appeared:

### MONIQUE DUFRENE

Who stated under oath that she is an accountant located in Lafourche Parish, and is familiar with the operations and accounting activities of Offshore Transport Services, LLC, and that she has done accounting work for this business for several years;

That Offshore Transport Services, LLC, is the naked owner of the **M/V Dustin Danos**, an offshore supply vessel, which charters said vessel to offshore operators in South Louisiana and the Gulf of Mexico, under a charter contract;

That she is aware that OTS does not personally operate the **M/V Dustin Danos**, which is chartered for contract hire;

That the above and forgoing is true and correct to the best of her knowledge, information, and belief.

_____
Monique Dufrene

Sworn and subscribed, before me,
the undersigned Notary Public.
This _25th_ th Day of November 2019

_____
Notary Public Cecily S. Salley
My Commission is for Life

