UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"      MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

## RICHARD'S WITNESS LIST

COMES NOW DeQuincy R. Richard ("Richard"), Defendant and Counter / Third Party Plaintiff, and lists the following witnesses he will or may call at the trial of this matter:

| Witness | Testimony |
|---|---|
| DeQuincy R. Richard<br>c/o Spagnoletti Law Firm | Regarding the facts and circumstances surrounding the incident, injuries and damages, maintenance and cure |
| Corporate Representatives<br>REC Marine Logistics<br>Gulf Offshore Logistics<br>Offshore Transport Services<br>c/o Salley & Associates | Regarding the facts and circumstances surrounding the incident, operations, procedures, safety, facts and liability, maintenance of the vessel and her appurtenances, maintenance and cure |
| Captain and crew of the *Dustin Danos*, including, but not limited to:<br>Capt Sam McCain<br>Chris Holcombe<br>David Gilbert<br>c/o Salley & Associates | Regarding facts and circumstances surrounding the incident, operations, procedures, safety, facts and liability |

| Witness | Testimony |
|---|---|
| Marco A. Rodriguez, M.D.<br>Robert Douglas Bostick III, M.D.<br>Uzoma Moore, M.D.<br>LA Health Solutions<br>3001 Division St., Suite 100<br>Metairie, LA 70002<br>504.620.5520<br><br>Morteza Shamsnia, M.D.<br>Shamsnia Neurology<br>2909 Kingman Street<br>Metairie, LA 70006<br>504.717.2233 | Richard's treating physicians, regarding the medical history taken; the results of examinations of Richard; the results of diagnostic testing conducted in order to diagnose the medical conditions requiring treatment; the diagnoses of Richard's injuries; the cause of said injuries; an explanation of the medical treatment provided, including any surgical and/or invasive procedures; prognosis, including any anticipated permanent physical limitations Richard might suffer; the necessity for the medical treatment provided; future medical treatment, including the estimated cost of such treatment; and the reasonableness of the medical expenses incurred. |
| Records Custodians (by Affidavit):<br>HealthPro Physical Therapy<br>Occupational Medicine Services<br>Riverbend Imaging Center<br>MRI of Louisiana<br>Lloyd's Remedies | Health care providers / facilities who evaluated, treated and/or provided diagnostics tests following the incident, and pharmacy providing medication following the incident |
| G. Randolph Rice, Ph.D.<br>7048 Moniteau Court<br>Baton Rouge, LA 70809<br>225.927.4546 | Dr. Rice is an expert economist who will testify regarding Richard's economic losses, including, but not limited to, past wage loss, future loss of earning capacity, loss of benefits and household services |
| Aaron M. Wolfson, Ph.D.<br>Stokes & Associates<br>3501 N. Causeway Blvd Suite 900<br>Metairie, LA 70002<br>504.608.6943 | Dr. Wolfson is an expert vocational rehabilitation counselor and life care planner who will testify regarding his vocational assessment as to the employability and expected earnings range of Richard, and his evaluation of Richard as a result of the injuries he received in the incident made the basis of this suit and his projected medical cost analysis for Richard's future medical needs and costs |

| Witness | Testimony |
|---|---|
| Robert E. Borison<br>Total Safety Services, Inc.<br>215 E. Second St. Unit 1<br>Pass Christian, MS 39571<br>504.415.0945 | Mr. Borison is a liability expert who performed an accident investigation analysis of the incident giving rise to the Richard's injury, and will offer his opinion on the liability of the vessel owners and operators in connection with same. |
| Alex Griffin<br>Ben Havemann<br>Todd Danos<br>Drew Aucoin<br>c/o Salley & Associates | Witnesses listed by Plaintiff / Counter / Third Party Defendants |

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:     713-653-5600
Facsimile:     713-653-5656

KOCH & SCHMIDT, LLC
R. Joshua Koch, Jr. (Bar Roll No. 7767)
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041

ATTORNEYS FOR RICHARD

**CERTIFICATE OF SERVICE**

I hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure on this 13th day of December, 2019.

*/s/ Eric J. Rhine*
Eric J. Rhine