```
                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** ) | | CIVIL ACTION |
| **Plaintiff** ) | | |
| ) | | NO.2:19-cv-11149-LMA-DMD |
| <u>**versus**</u> ) | | |
| ) | | |
| **DeQuincy R. Richard** ) | | JUDGE Africk |
| **Defendant** ) | | MAGISTRATE (3) |
| _____) | | |

## MEMORANDUM ON OBJECTIONS TO AWARD OF FEES

The memorandum of REC, Offshore Transport Services and Gulf Offshore Logistics, LLC in opposition to Richard's Motion to be awarded fees for seeking production of the **<u>M/V Dustin Danos</u>** respectfully represents that the Magistrate's Order is considered confused and incorrect under the true facts, and these parties have appealed under FRCP Rule 59, the entirety of that finding to the District Court, seeking reversal.

Counsel refers this Court to the Appeal to the District Court made to that erroneous finding/order, and incorporates same herein by reference thereto as if copied verbatim and *in extensor*.

No party in the present civil action has any authority, or power, to order the vessel in question to any location at any time, since Offshore Transport, the naked owner, previously contracted the operational control of this vessel to another third party which is not in this litigation and not within the jurisdictional control of this Court. It would be a clear constitutional violation of the laws of this country for this court, or any other, to try and assert control over this vessel without any jurisdictional control over the vessel in this Court. Without these parties having any legal control over operation or movement of this vessel in this suit, this Court has no jurisdictional control over this vessel, and can neither issue a valid order directing its disposition

or movement, and cannot legally award fees or damages against any party, for its/their failure to produce, as by law, no partie(s) in this matter has legal control over the movements of the vessel which was previously, contractually transferred, to another party which is not in this suit.

Respectfully submitted:

BY:_____//Fred E. Salley_____
**FRED E. SALLEY, T.A. (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana 70434**
**Telephone: (985) 867-8830**
**Facsimile (985) 867-3368**
**Counsel for Defendants, REC**
Marine Logistics, LLC, *et. al*.