# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC MARINE LOGISTICS, L.L.C.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11149** |
| **DEQUINCY R. RICHARD** | **SECTION "I" (3)** |

## ORDER SETTING ORAL HEARING

**IT IS ORDERED** that **DeQuincy R. Richard's Motion for Sanctions [Doc. #58]** is **SET FOR ORAL HEARING** before the undersigned Magistrate Judge on **Wednesday, February 5, 2020 at 11:00 a.m.** in Courtroom B305 at 500 Poydras St. (Hale Boggs Federal Bldg.), New Orleans, Louisiana. Any memorandum in opposition and any reply memorandum shall be filed in accordance with the Local Rules of this Court.

New Orleans, Louisiana, this 24th day of January, 2020.

*Dana M. Douglas*
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**