**MINUTE ENTRY**
**DOUGLAS, M.J.**
**JANUARY 30, 2020**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC MARINE LOGISTICS, LLC.** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-11149** |
| **DEQUINCY R. RICHARD, ET AL** | **SECTION: "I" (3)** |

A settlement conference in the above matter was conducted on this date.

PRESENT: Fred Salley
Eric Rhine
DeQuincy Richard
Robert Joshua Koch, Jr.

Settlement cannot be reached at this time. The parties have been advised to telephone the Court if the undersigned Magistrate could be of further assistance.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

**MJSTAR(1.10)**