UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

### AFFIDAVIT OF ERIC J. RHINE

STATE OF TEXAS  §
HARRIS COUNTY  §

Before me, the undersigned notary, on this day personally appeared Eric J. Rhine, the affiant, whose identity is known to me. After I administered an oath, affiant testified as follows:

1. "My name is Eric J. Rhine. I am over the age of eighteen (18) years and am fully competent to testify to the matters set forth herein. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. I am an attorney at Spagnoletti Law Firm and have been licensed to practice in the State of Texas since 2007. Since becoming a licensed attorney, I have represented numerous clients in cases involving maritime and offshore accidents, aviation accidents, and severe personal injury and wrongful death actions. I have represented injured clients in litigation all over the country, including numerous lawsuits filed in the United States District Court for the Eastern District of Louisiana, on behalf of clients injured in maritime and offshore accidents.

3. DeQuincy Richard ("Richard") retained the Spagnoletti Law Firm to represent him in this suit for injuries. I have personal knowledge of this case and the work performed.

4. It was necessary for Richard to file a Memorandum in Opposition to Motion to Appeal and Reverse the Magistrate's Ruling (Rec. Doc. 59) due to REC Marine's filing of its Motion Under FRCP Rule 59(B)(2) to Appeal the Magistrate's Ruling on Production of Vessel for Inspection (Rec. Doc. 51).

5. Services rendered in filing the Memorandum in Opposition included the following: reviewing the Motion filed by REC Marine; drafting Richard's Memorandum in Opposition; and legal research regarding issues contained in the above Memorandum in Opposition.

6. I have reviewed my timeslips for this matter, and spent a total of 6.0 hours performing the above work.

7. Although this matter is being handled on a contingent fee basis, for hourly work that is performed on behalf of other clients, my time is billed at $450 / hour.

Further Affiant sayeth not."

_____
Eric J. Rhine

Sworn to and subscribed before me by Eric J. Rhine on the 28th day of January, 2020.

_____
Notary Public in and for
the State of Texas
My commission expires:

NANETTE J HARTDEGEN
Notary ID #10113904
My Commission Expires
Feb 14, 2021