UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 19-11149 |
| DEQUINCY R. RICHARD | SECTION "I" (3) |

ORDER

Before the Court is DeQuincy R. Richard's Motion for Sanctions. [Doc. #58]. No party has filed an opposition to the motion as required by the local rules of this Court, and the oral hearing on the motion is set on February 5, 22020 (tomorrow). The Court will thus take the motion under submission on the briefs. Accordingly,

**IT IS ORDERED** that DeQuincy R. Richard's Motion for Sanctions [Doc. #58] is **SET FOR SUBMISSION ON THE BRIEFS** before the undersigned Magistrate Judge on **Wednesday, February 5, 2020.**

**IT IS FURTHER ORDERED** that the oral hearing set on February 5, 2020 is CANCELLED.

New Orleans, Louisiana, this 4th day of February, 2020.

DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE