UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, LLC | CIVIL ACTION |
| VERSUS | No. 19-11149 |
| DEQUINCY R. RICHARD, ET AL. | SECTION I |

## ORDER

Considering the affidavit[1] of Eric J. Rhine ("Rhine") detailing the attorneys' fees and costs incurred by DeQuincy R. Richard ("Richard") in connection with the motion[2] by REC Marine Logistics, LLC, et al. ("REC Marine") to appeal and reverse the order[3] of the United States Magistrate Judge, and this Court's order[4] denying REC Marine's motion,

**IT IS ORDERED** that by **MARCH 5, 2020**, counsel for REC Marine shall pay Richard $1,500.00 for attorneys' fees incurred by Richard.[5] Under no circumstances is counsel for REC Marine to be reimbursed by REC Marine for the payment of such attorneys' fees.

New Orleans, Louisiana, February 5, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 66.
[2] R. Doc. No. 51.
[3] R. Doc. No. 49.
[4] R. Doc. No. 61.
[5] The Court has applied a reduced hourly billing rate based on the Court's experience with respect to prevailing rates in this type of case.