UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC MARINE LOGISTICS LLC** | * | **CIVIL ACTION NO: 19-11149** |
| | * | |
| **VERSUS** | * | **SECTION: I (3)** |
| | * | |
| **DEQUINCY R. RICHARD** | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| | * | **MAGISTRATE DANA M. DOUGLAS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### DEFENDANTS' EXPARTE MOTION REQUESTING COURT'S RECONSIDERATION FOR DATE OF APPLICATION OF SANCTIONS

Defendants' REC Marine Logistics, LLC., *et.al.,* move that the District Court re-consider, and delay its ruling requiring payment of a sanction in less than one day, and permit Defendants to submit data to the Court that the bare owner of the vessel was not legally in control of the vessel at the time at issue, as the vessel had been demised and chartered to a party not joined in this litigation. These Parties move that the Court's order be reversed and corrected for fifteen days to permit presentation of evidence that the Court's ruling is based upon improper information and assumptions, and that no defendants intentionally declined to comply with the Court's prior order. Counsel's only other option is to immediately appeal this ruling to the Fifth Circuit Court of Appeal which Counsel prefers not to do.

**Respectfully Submitted,**

// Fred E. Salley
BY:_____
**FRED E. SALLEY, T.A.   (11665)**
**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana   70434**
**Telephone: (985) 867-8830**
**Facsimile  (985) 867-3368**
**Counsel for Defendants, REC**
Marine Logistics, LLC, *et. al.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 5th Day of February 2020.

                                  s/ Fred E. Salley
                                _____
                                **FRED E. SALLEY, T.A.   (11665)**