UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

## **RICHARD'S NOTICE OF FILING AFFIDAVITS**

COMES NOW, DeQuincy R. Richard ("Richard"), made Defendant in this Declaratory Judgment action and Counter/Third-Party Plaintiff, and hereby provides notice to all parties of the filing of Affidavits for Business Records and Costs of Services for the following providers:

Healthpro Physical Therapy
LA Health Solutions
Lloyd's Remedies
Riverbend Imaging
Shamsnia Neurology
West Jefferson MRI.

The parties are further notified that pursuant to the Federal Rules of Evidence, the accompanying records for the above-listed Affidavits may be offered by Richard as evidence in the trial of this cause. The records are not being filed with the Court; however, true and correct copies of the Affidavits and accompanying records have previously been produced to the parties herein.

*Signature follows–*

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine
Texas SBN 24060485 (*admitted pro hac vice*)
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713.653.5600
Facsimile: 713.653.5656

R. Joshua Koch, Jr., Bar Roll No. 7767
Katherine W. Lynch, Bar Roll No. 36726
KOCH & SCHMIDT, LLC
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: 504.208.9040
Facsimile: 504.208.9041

***Attorneys for DeQuincy Richard***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing automatically accomplished on all counsel of record for through CM/ECF Notice of Electronic Filing at the time of filing hereof on this 7th day of February, 2020, in accordance with the Federal Rules of Civil Procedure.

*/s/ Eric J. Rhine*
Eric J. Rhine