UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"       MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA §
PARISH OF Terrebonne §

## BUSINESS RECORD AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared **Brittany Bourgeois** the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

My name is **Brittany Bourgeois**. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the **Records Custodian** of **HEALTHPRO PHYSICAL THERAPY**.

Attached to this affidavit are **44** pages of records from **HEALTHPRO PHYSICAL THERAPY**.

These records are kept by **HEALTHPRO PHYSICAL THERAPY** in the regular course of business, and it was the regular course of business of **HEALTHPRO PHYSICAL THERAPY** for an employee or representative of **HEALTHPRO PHYSICAL THERAPY**, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the **30th** day of **January**, 2020.

_____
Notary Public, State of **Louisiana**
My commission expires: **AT DEATH**

Marlene S. Chiasson
Notary Public
ID # 9419
Commissioned for Life

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA §
PARISH OF Terrebonne §

**AFFIDAVIT OF RECORDS CUSTODIAN OF HEALTHPRO PHYSICAL THERAPY**

Before me, the undersigned authority, personally appeared Brittany Bourgeois, who, being by me duly sworn, deposed as follows:

My name is Brittany Bourgeois. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **HEALTHPRO PHYSICAL THERAPY**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **HEALTHPRO PHYSICAL THERAPY** provided to **Dequincy Richard** on 1/9/19 - 1/23/20. The attached records are a part of this affidavit.

The attached records are kept by **HEALTHPRO PHYSICAL THERAPY** in the regular course of business, and it was the regular course of business of **HEALTHPRO PHYSICAL THERAPY** for an employee or representative of **HEALTHPRO PHYSICAL THERAPY**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

The total amount paid for the services was $ __0.00__ and the amount currently unpaid but which **HEALTHPRO PHYSICAL THERAPY** has a right to be paid after any adjustments or credits is $ __3,040.00__ .

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the __30th__ day of __January__, 2020.

_____
Notary Public, State of __Louisiana__
My commission expires: __AT DEATH__

Marlene S. Chiasson
Notary Public
ID # 9419
Commissioned for Life

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| V. | § § § | |
| DEQUINCY R. RICHARD | § § | SEC. "I"        MAG. (3) |
| V. | § § § | |
| REC MARINE LOGISTICS, LLC, GULF OFFSHORE LOGISTICS LLC and OFFSHORE TRANSPORT SERVICES, LLC | § § § § | |

STATE OF LOUISIANA § §
PARISH OF St. Tammany §

## BUSINESS RECORD AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared **Olivia Hebert**, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

My name is **Olivia Hebert**. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the **Medical Records Custodian** of **LA HEALTH SOLUTIONS**.

Attached to this affidavit are **214** pages of records from **LA HEALTH SOLUTIONS**.

These records are kept by **LA HEALTH SOLUTIONS** in the regular course of business, and it was the regular course of business of **LA HEALTH SOLUTIONS** for an employee or representative of **LA HEALTH SOLUTIONS**, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals.

_Olivia Hebert_
Affiant

SWORN TO AND SUBSCRIBED before me on the **31st** day of **JAN.**, 2020.

KATHERINE A. POLITTE
Notary Public
State of Louisiana
St. Tammany Parish
Notary ID #059536
My Commission is for Life

_Katherine R. Politte_
Notary Public, State of **LOUISIANA**
My commission expires: **AT DEATH**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| V. | § § § | |
| DEQUINCY R. RICHARD | § § | SEC. "I"     MAG. (3) |
| V. | § § § | |
| REC MARINE LOGISTICS, LLC, GULF OFFSHORE LOGISTICS LLC and OFFSHORE TRANSPORT SERVICES, LLC | § § § § | |

STATE OF LOUISIANA      §
PARISH OF ST. TAMMANY

## AFFIDAVIT OF RECORDS CUSTODIAN OF LA HEALTH SOLUTIONS

Before me, the undersigned authority, personally appeared __Olivia Hebert__, who, being by me duly sworn, deposed as follows:

My name is __Olivia Hebert__. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **LA HEALTH SOLUTIONS**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **LA HEALTH SOLUTIONS** provided to **Dequincy Richard** on __12/3/18 – 1/3/2020__. The attached records are a part of this affidavit.

The attached records are kept by **LA HEALTH SOLUTIONS** in the regular course of business, and it was the regular course of business of **LA HEALTH SOLUTIONS** for an employee or representative of **LA HEALTH SOLUTIONS**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

Page 1 of 2

The total amount paid for the services was $ 849.00 and the amount currently unpaid but which **LA HEALTH SOLUTIONS** has a right to be paid after any adjustments or credits is $ 3,982.00.

_____
Olivia Hebert
Affiant

SWORN TO AND SUBSCRIBED before me on the 31st day of January, 2020.

KATHERINE A. POLITTE
Notary Public
State of Louisiana
St. Tammany Parish
Notary ID # 059536
My Commission is for Life

_____
Katherine R. Politte
Notary Public, State of Louisiana
My commission expires: _____

Katherine A. Politte
KAP NOTARY LLC
Commissed for Life
# 059536

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "T"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA §
PARISH OF _____ §

## AFFIDAVIT OF RECORDS CUSTODIAN OF LLOYD'S REMEDIES

Before me, the undersigned authority, personally appeared Stuy Neal, who, being by me duly sworn, deposed as follows:

My name is Stuy Neal. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for LLOYD'S REMEDIES. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that LLOYD'S REMEDIES provided to Dequincy Richard on 01/01/19 - 01/30/20. The attached records are a part of this affidavit.

The attached records are kept by LLOYD'S REMEDIES in the regular course of business, and it was the regular course of business of LLOYD'S REMEDIES for an employee or representative of LLOYD'S REMEDIES, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

Page 1 of 2

The total amount paid for the services was $ 1,440.12 and the amount currently unpaid but which **LLOYD'S REMEDIES** has a right to be paid after any adjustments or credits is $ -0- ZERO.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the 31 day of Jan, 2020.

_____
Notary Public, State of _____
My commission expires: _____

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"      MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA  §
PARISH OF _East Baton Rouge_ §

**BUSINESS RECORD AFFIDAVIT**

Before me, the undersigned notary, on this day personally appeared _DARLENE KRUPP_ the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

My name is _Darlene Krupp_. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the _Intake Coordinator_ of **RIVERBEND IMAGING CENTER**.

Attached to this affidavit are _18_ pages of records from **RIVERBEND IMAGING CENTER**.

These records are kept by **RIVERBEND IMAGING CENTER** in the regular course of business, and it was the regular course of business of **RIVERBEND IMAGING CENTER** for an employee or representative of **RIVERBEND IMAGING CENTER**, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals.

_Darlene Krupp_
Affiant

SWORN TO AND SUBSCRIBED before me on the _28th_ day of _January_, 2020.

DIXIE ANN RAMIREZ
Notary Public
State of Louisiana
Notary Identification #37190
Commission is issued for Life.

Notary Public, State of _Louisiana_
My commission expires: _issued for life_

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA  §
PARISH OF *St John the Baptist*  §

### AFFIDAVIT OF RECORDS CUSTODIAN OF RIVERBEND IMAGING CENTER

Before me, the undersigned authority, personally appeared *Darlene Krupp*, who, being by me duly sworn, deposed as follows:

My name is *Darlene Krupp*. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **RIVERBEND IMAGING CENTER**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **RIVERBEND IMAGING CENTER** provided to **Dequincy Richard** on *3-22-2019*. The attached records are a part of this affidavit.

The attached records are kept by **RIVERBEND IMAGING CENTER** in the regular course of business, and it was the regular course of business of **RIVERBEND IMAGING CENTER** for an employee or representative of **RIVERBEND IMAGING CENTER**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

Page 1 of 2

The total amount paid for the services was $ __1100__ and the amount currently unpaid but which **RIVERBEND IMAGING CENTER** has a right to be paid after any adjustments or credits is $ __0__.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the __28th__ day of __January__, 2020.

_____
Notary Public, State of __Louisiana__
My commission expires: __issued for life__

DIXIE ANN RAMIREZ
Notary Public
State of Louisiana
Notary Identification #37190
My Commission is issued for Life.

Page 2 of 2

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA     §
PARISH OF Jefferson    §

## BUSINESS RECORD AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared **Elizabeth Clark**, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

My name is **Elizabeth Clark**. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the **Records Custodian** of **SHAMSNIA NEUROLOGY LLC**.

Attached to this affidavit are **82** pages of records from **SHAMSNIA NEUROLOGY LLC**.

These records are kept by **SHAMSNIA NEUROLOGY LLC** in the regular course of business, and it was the regular course of business of **SHAMSNIA NEUROLOGY LLC** for an employee or representative of **SHAMSNIA NEUROLOGY LLC**, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals.

_Elizabeth Clark_
Affiant

SWORN TO AND SUBSCRIBED before me on the **6** day of **February**, 2020.

Stephen Michael Schoenfeld
NOTARY PUBLIC
State of Louisiana
LA Notary ID #63371/Bar Roll #27289
My commission expires upon my death.

Notary Public, State of **LA**
My commission expires: **Upon Death**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA §
PARISH OF Jefferson §

### AFFIDAVIT OF RECORDS CUSTODIAN OF SHAMSNIA NEUROLOGY LLC

Before me, the undersigned authority, personally appeared Elizabeth Clark, who, being by me duly sworn, deposed as follows:

My name is Elizabeth Clark. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **SHAMSNIA NEUROLOGY LLC**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **SHAMSNIA NEUROLOGY LLC** provided to **Dequincy Richard** on February 6, 2020. The attached records are a part of this affidavit.

The attached records are kept by **SHAMSNIA NEUROLOGY LLC** in the regular course of business, and it was the regular course of business of **SHAMSNIA NEUROLOGY LLC** for an employee or representative of **SHAMSNIA NEUROLOGY LLC**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

Page 1 of 2

The total amount paid for the services was $ 4,700.00 and the amount currently unpaid but which **SHAMSNIA NEUROLOGY LLC** has a right to be paid after any adjustments or credits is $ 12,725.00.

_Elyabeth Clark_
Affiant

SWORN TO AND SUBSCRIBED before me on the 6 day of February, 2020.

_signature_
Notary Public, State of LA
My commission expires: Upon Death

Stephen Michael Schoenfeld
NOTARY PUBLIC
State of Louisiana
LA Notary ID #63371/Bar Roll #27289
My commission expires upon my death.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| V. | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| V. | § | |
| REC MARINE LOGISTICS, LLC, GULF OFFSHORE LOGISTICS LLC and OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA §
PARISH OF Jefferson §

## BUSINESS RECORD AFFIDAVIT

Before me, the undersigned notary, on this day personally appeared **Erin Songy** the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

My name is **Erin Songy**. I am over 18 years of age, of sound mind, and capable of making this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

I am the **Manager** of WEST JEFFERSON MRI, LLC.

Attached to this affidavit are **8** pages of records from WEST JEFFERSON MRI, LLC.

These records are kept by WEST JEFFERSON MRI, LLC in the regular course of business, and it was the regular course of business of WEST JEFFERSON MRI, LLC for an employee or representative of WEST JEFFERSON MRI, LLC, with knowledge of the act, event, condition, opinion, or diagnosis that was recorded, to make this record or to transmit the information to be included in this record. The record was made at or near the time or reasonably soon after the act, event, condition, opinion, or diagnosis that was recorded. The records attached to this affidavit are the originals or exact duplicates of the originals.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the **29th** day of **January**, 2020.

_____
Notary Public, State of **Louisiana**
My commission expires: **Lifetime Commission**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
|---|---|---|
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

STATE OF LOUISIANA §
PARISH OF Jeffersons §

### AFFIDAVIT OF RECORDS CUSTODIAN OF WEST JEFFERSON MRI, LLC

Before me, the undersigned authority, personally appeared ERIN Songy, who, being by me duly sworn, deposed as follows:

My name is ERIN Songy. I am of sound mind and capable of making this affidavit, and personally acquainted with the facts herein stated.

I am a custodian of records for **WEST JEFFERSON MRI, LLC**. Attached to this affidavit are records that provide an itemized statement of the service and the charge for the service that **WEST JEFFERSON MRI, LLC** provided to **Dequincy Richard** on 11/1/2019. The attached records are a part of this affidavit.

The attached records are kept by **WEST JEFFERSON MRI, LLC** in the regular course of business, and it was the regular course of business of **WEST JEFFERSON MRI, LLC** for an employee or representative of **WEST JEFFERSON MRI, LLC**, with knowledge of the service provided, to make the record or to transmit information to be included in the record. The records were made in the regular course of business at or near the time or reasonably soon after the time the service was provided. The records are the original or a duplicate of the original.

The services provided were necessary and the amount charged for the services was reasonable at the time and place that the services were provided.

Page 1 of 2

The total amount paid for the services was $ __0__ and the amount currently unpaid but which **WEST JEFFERSON MRI, LLC** has a right to be paid after any adjustments or credits is $ __2070.00__.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the __29th__ day of __January__, 2020.

_____
Notary Public, State of __Louisiana__
My commission expires: __Lifetime Commission__

[Notary Seal: MARK A. RHODES SR. - #151803, NOTARY PUBLIC, MY COMMISSION IS FOR LIFE, ORLEANS PARISH, LA]