UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC MARINE LOGISTICS LLC** | * | **CIVIL ACTION NO: 19-11149** |
| | * | |
| **VERSUS** | * | **SECTION: I (3)** |
| | * | |
| **DEQUINCY R. RICHARD** | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| | * | **MAGISTRATE DANA M. DOUGLAS** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANTS' EXPARTE MOTION REQUESTING COURT'S RECONSIDERATION OF AND ELIMINATION OF SANCTIONS

Defendants' REC Marine Logistics, LLC., *et.al.,* move that the District Court re-consider, and eliminate its ruling requiring payment by its Counsel of a sanction, and to permit Defendants to submit additional data to the Court that the bare owner of the vessel was not legally in control of the vessel at the time at issue, as the vessel had been demised and chartered to a party not joined in this litigation. These Parties move that the Court's order be suspended pending reversal and correction and the hearing date, to permit presentation of evidence that the Court's ruling is based upon improper information and assumptions by the Court, and that no defendant or its Counsel intentionally declined to comply with the Court's prior order concerning production of a vessel. Counsel's only other option is to timely appeal this ruling to the Fifth Circuit Court of Appeal which Counsel prefers not to do at this critical time in this litigation.

**Respectfully Submitted,**

// Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile  (985) 867-3368
Counsel for all Defendants.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 13th Day of February 2020.

s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A. (11665)**