UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, LLC | CIVIL ACTION |
| VERSUS | No. 19-11149 |
| DEQUINCY R. RICHARD, ET AL. | SECTION I |

## ORDER

Considering the motion[1] by counsel for REC Marine Logistics, LLC for "reconsideration of and elimination of sanctions,"

**IT IS ORDERED** that the motion is **DENIED**.

New Orleans, Louisiana, February 14, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 74.