MINUTE ENTRY
DOUGLAS, M.J.
MARCH 9, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 19-11149 |
| DEQUINCY R. RICHARD | SECTION "I" (3) |

## ORDER

On this date, the Court held a discovery conference in this lawsuit. Present were Josh Koch and Eric Rhine on behalf of defendant and defendant himself, and Fred E. Salley, Brian Harris and David Kish on behalf of plaintiff. For the reasons stated at the conference,

Defendant served Requests for Admission to REC Marine Logistics, L.L.C., Offshore Transport Services, L.L.C., and Gulf Offshore Logistics, L.L.C. on October 4, 2019. There is an uncontested affidavit by the process server to this effect. Plaintiff never responded to the requests for admission. Accordingly, the requests for admission are now deemed admitted pursuant to Federal Rule of Civil Procedure 36. *Hernandez v. Morning Call Coffee Stand, Inc.*, Civ. A. No. 17-2613, 2017 WL 4475870, at *3 (E.D. La. Oct. 6, 2017).

Plaintiff also failed to verify its responses to the interrogatories. Plaintiff shall do so by **Friday, March 13, 2020 at 3:00 p.m.**

Moreover, defendant served a second set of requests for production on the same three entities on the same date. Defendant never received a response. "[A]s a general rule, when a party fails to object timely to interrogatories, production requests, or other discovery efforts, objections thereto are waived." *In re United States*, 864 F.2d 1153, 1156 (5th Cir. 1989); *see Aubin v. Columbia Cas. Co.*, No. CV 16-290-BAJ-EWD, 2017 WL 1682661, at *5 (M.D. La. Apr. 25,

MJSTAR: 00:30

2017) (same); *Shaw Group Inc. v. Zurich American Ins. Co.*, Civ. A. No. 12-257, 2014 WL 1891543, at *1 n.1 (M.D. La. May 12, 2014) (same). Accordingly, plaintiff has waived any objection – except as to the attorney-client and work-product privileges – to the second set of requests for production. Plaintiff shall deliver hard copies of the documents responsive to the requests – including the entire safety manual – to the Court **no later than Friday, March 13, 2020 at 3:00 p.m.** If attorney-client and/or work-product privilege is asserted, a privilege log shall accompany said production. This Court will not hesitate to sanction both plaintiff and plaintiff's counsel for failure to comply with this Minute Entry.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**