MINUTE ENTRY
DOUGLAS, M.J.
MARCH 9, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, LLC. | CIVIL ACTION |
| VERSUS | NO. 19-11149 |
| DEQUINCY R. RICHARD, ET AL | SECTION "I" (3) |

A settlement conference in the above matter was conducted this date.

PRESENT:  Josh Koch
Eric Rhine
David Kish
Brian Harris
Fred E. Salley
DeQuincy Richard

Settlement cannot be reached at this time. Settlement negotiations will continue by telephone.

_____
DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

**MJSTAR(0.45)**