UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

**RICHARD'S NOTICE OF
REC MARINE'S NON-COMPLIANCE WITH COURT ORDERS**

COMES NOW, DeQuincy R. Richard ("Richard"), made Defendant in this Declaratory Judgment action and Counter/Third-Party Plaintiff, and hereby provides notice of REC Marine's and its counsel's failure to comply with Court Orders, specifically:

Rec. Doc. 68, Order compelling REC Marine's counsel to pay attorney's fees to Richard's counsel by March 5, 2020.  These fees have not been paid.

Rec. Doc. 72, Order compelling REC Marine to provide Richard with the expert report of Dr. Casey within three weeks of Dr. Casey's examination of Richard.  The examination took place on February 12, 2020; no report has been produced.

*Signature follows–*

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine
Texas SBN 24060485 (*admitted pro hac vice*)
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713.653.5600
Facsimile: 713.653.5656

R. Joshua Koch, Jr., Bar Roll No. 7767
Katherine W. Lynch, Bar Roll No. 36726
KOCH & SCHMIDT, LLC
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: 504.208.9040
Facsimile: 504.208.9041

***Attorneys for DeQuincy Richard***

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that service of the foregoing automatically accomplished on all counsel of record for through CM/ECF Notice of Electronic Filing at the time of filing hereof on this 10th day of March, 2020, in accordance with the Federal Rules of Civil Procedure.

*/s/ Eric J. Rhine*
Eric J. Rhine