**AFFIDAVIT**

**STATE OF LOUISIANA**

**PARICH OF LAFOURCHE**

BEFORE ME, the Undersigned Authority, a Notary Public for the State and Parish aforesaid, personally came and appeared:

**TODD DANOS**

Who after being duly sworn, stated that he is an officer of the Louisiana limited liability corporation, Offshore Transport Service, LLC, which is the bare owner of the vessel, **M/V Dustin Danos**, an offshore tug boat, principally chartered to other operators in their own work activities in the Gulf offshore oil and gas fields, leaving Offshore Transport Services, LLC, the bare owner of the vessel, which exercises no command or control of the navigation, operation, or management of the vessel;

That records of the vessel's use, show it was chartered to W & T Offshore, which commanded and controlled the management and navigation of the vessel for an extended period on and including 6th November 2018;

Further, the records of Offshore Transport Services, LLC, record that, commencing 2/22/2019 thru date, the **M/V Dustin Danos** was long-term chartered to Talos Energy Corp of Texas, and remains under charter to Talos at present;

That the above and foregoing is true and correct to the best of my knowledge, information and belief.