UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC MARINE LOGISTICS LLC** | * | **CIVIL ACTION NO: 19-11149** |
| | * | |
| **VERSUS** | * | **SECTION: I (3)** |
| | * | |
| **DEQUINCY R. RICHARD** | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| | * | **MAGISTRATE DANA M. DOUGLAS** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' MOTION REQUESTING COURT'S REVIEW AND REVERSAL OF MAGISTRATE'S ORDER ISSUED 9TH APRIL2020 AS INCORRECT IN LAW AND FACT

Defendants' REC Marine Logistics, LLC., *et.al.,* move that the Magistrate Judge reverse and re-issue her ruling of 9th March 2020, as premature and incorrect on the facts and law applicable, as current law does not permit a party in State or Federal Court to validly serve another party, or his counsel, through drop service of unfiled pleadings, discovery, or other matters, at the attorney's residence, unless the attorney has <u>registered his residence</u> as a legal service available location, which did occur in this case; and counsel has attached a supporting memorandum in support.

                   **Respectfully Submitted,**

                   // Fred E. Salley
                   BY:_____
                   **FRED E. SALLEY, T.A. (11665)**
                   **SALLEY & ASSOCIATES**
                   **P.O. Box 3549**
                   **77378 Hwy 1081 Cretien Annex**
                   **Covington, Louisiana 70434**
                   **Telephone: (985) 867-8830**
                   **Facsimile (985) 867-3368**
                   **Counsel for Defendants, REC**
                   Marine Logistics, LLC, *et. al.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 13th Day of March 2020.

                                                s/ Fred E. Salley
                                            _____
                                            **FRED E. SALLEY, T.A. (11665)**