UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** ) | | CIVIL ACTION |
| **Plaintiff** ) | | |
| ) | | NO.2:19-cv-11149-LMA-DMD |
| <u>**versus**</u> ) | | |
| ) | | |
| **DeQuincy R. Richard** ) | | JUDGE Africk |
| **Defendant** ) | | MAGISTRATE (3) |
| _____) | | |

### <u>DESIGNATION OF RECORD ON APPEAL BY APPELLANTS</u>

Now comes Plaintiffs REC, *et. al*., and Fred E. Salley, Appellants, and hereby designate the record on their appeal as the entire District Court record including all pleadings, docket and minute entries, counsel memoranda of law, judgments, motions, affidavits, and exhibits attached to motions and the responses thereto.

**Respectfully Submitted,**

//Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana   70434
Telephone: (985) 867-8830
Facsimile  (985) 867-3368
Counsel for Plaintiff, REC**
Marine Logistics, LLC, *et. al*.

### <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 18th Day of March 2020

s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)**