| | |
|---|---|
| **From:** | Nanette Hartdegen |
| **To:** | fsalley@acadiacom.net |
| **Cc:** | Eric Rhine; Josh Koch |
| **Subject:** | RE: Rec Marine/Richard \| Service of Discovery |
| **Date:** | Thursday, October 3, 2019 10:27:00 AM |
| **Attachments:** | 2019_10_03 ROGS TO REC.pdf |
| | 2019_10_03 ROGS TO GULF OFFSHORE.pdf |
| | 2019_10_03 ROGS TO OTS.pdf |
| | 2019_10_03 RFP TO REC.pdf |
| | 2019_10_03 RFP TO GULF.pdf |
| | 2019_10_03 RFP TO OTS.pdf |



EXHIBIT 1

Dear Counsel:

Attached please find Richard's First Set of Interrogatories and First Request for Production directed to each – REC Marine, Gulf Offshore, and OTS -- for response within the time limit imposed by the FRCP.

Regards,

_____

Nanette J. Hartdegen
*Paralegal Administrator*
Spagnoletti Law Firm

401 Louisiana Street, 8th Floor
Houston, TX  77002-1629
+1 713 653 5625 [direct]
+1 713 653 5600 [main]
+1 713 653 5656 [fax]

This message is for the named person's use only.  It may contain sensitive and private proprietary or legally privileged information.  No confidentiality or privilege is waived or lost by any mistransmission.  If you are not the intended recipient, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender.  You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.