| | |
|---|---|
| **From:** | Eric Rhine |
| **To:** | fsalley@acadiacom.net |
| **Cc:** | Nanette Hartdegen; Josh Koch |
| **Subject:** | RE: Rec Marine/Richard \| Service of Discovery |
| **Date:** | Thursday, October 3, 2019 2:25:12 PM |
| **Attachments:** | 2019_10_03 ROGS TO REC.pdf |
| | 2019_10_03 ROGS TO OTS.pdf |
| | 2019_10_03 ROGS TO GULF OFFSHORE.pdf |
| | 2019_10_03 RFP TO OTS.pdf |
| | 2019_10_03 RFP TO GULF.pdf |
| | 2019_10_03 RFP TO REC.pdf |

EXHIBIT 2

Fred,

Is there a reason you feel the need to remain obstinate in this matter?

Please identify for me the specific Federal Rule that forbids Nanette from serving discovery that is drafted **UNDER MY NAME**.

Attached please find Richard's First Set of Interrogatories and First Request for Production directed to each – REC Marine, Gulf Offshore, and OTS -- for response within the time limit imposed by the FRCP. Either way, the discovery is yet again – **FOR A SECOND TIME** – served on you.

Are you going to include this alleged horrific grievance in your next Status Conference Report to the Court? The practice of law does not require the difficulty you are deliberately inserting into this matter. It is unfortunate you feel the need to do so.

Should you wish to discuss any of this, or any of your false and misleading allegations to the Court in the future, please contact me.
Eric

Eric J. Rhine, Esq.
Spagnoletti Law Firm
401 Louisiana Street, 8th Floor
Houston, TX 77002-1629
+ 1 713 653 5600 [main]
+ 1 713 653 5607 [direct]
+ 1 713 653 5656 [fax]
erhine@spaglaw.com [email]

This message is for the named person's use only. It may contain sensitive and private proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you are not the intended recipient, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient.

**From:** Nanette Hartdegen <njh@spaglaw.com>
**Sent:** Thursday, October 03, 2019 2:16 PM
**To:** Eric Rhine <erhine@spaglaw.com>
**Subject:** FW: Rec Marine/Richard | Service of Discovery

---

**From:** fsalleyA <fsalley@acadiacom.net>
**Sent:** Thursday, October 3, 2019 2:14 PM
**To:** Nanette Hartdegen <njh@spaglaw.com>
**Subject:** Re: Rec Marine/Richard | Service of Discovery

**SALLEY & ASSOCIATES**
Attorneys

| Fred E. Salley | **77378 Hwy 1081**<br>P.O. Box 3549<br>Covington, LA  70434 | Telephone:1-985-867-8830<br>Facsimile: 1-985-867-3368<br>Cellular  : 1-504-450-3880 |
|---|---|---|

Thursday, October 03, 2019 14:07:01

You are not authorized by the federal rules to serve any pleadings on opposing counsel.   Counsel must effect service themselves under their name on opposing counsel.  It is a federal court of law and record--paralegals do not posses the required qualifications or exposure, and are not members of the state bar or federal bar.

Best regards,


Fred E. Salley


---

On 10/3/2019 10:27 AM, Nanette Hartdegen wrote:

> Dear Counsel:
>
> Attached please find Richard's First Set of Interrogatories and First Request for Production directed to each – REC Marine, Gulf Offshore, and OTS -- for response within the time limit imposed by the FRCP.
>
> Regards,
>
> _____
> Nanette J. Hartdegen

*Paralegal Administrator*
Spagnoletti Law Firm

401 Louisiana Street, 8th Floor
Houston, TX  77002-1629
+1 713 653 5625 [direct]
+1 713 653 5600 [main]
+1 713 653 5656 [fax]

This message is for the named person's use only.  It may contain sensitive and private proprietary or legally privileged information.  No confidentiality or privilege is waived or lost by any mistransmission.  If you are not the intended recipient, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender.  You must not, directly or indirectly, use, disclose, distribute, print or copy any part of this message if you are not the intended recipient.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot be used, for the purpose of (1) avoiding penalties under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any matters addressed herein.

Virus-free. www.avast.com