

R. Joshua Koch, Jr.
Direct: 504-208-9042
jkoch@kochschmidt.com

October 4, 2019

**VIA HAND DELIVERY**

Fred E. Salley
SALLEY & ASSOCIATES
77378 Hwy 1081 Cretien Annex
Covington, Louisiana 70434

> Re:   C.A. No. 2:19-11149-LMA-DMD;
> *REC Marine v Richard v REC Marine, et al*; In the United States District Court for the Eastern District of Louisiana

Dear Fred:

    While we do not agree with your position that you were improperly served with discovery signed by my co-counsel and served upon you electronically by our paralegal and then by my co-counsel, enclosed please find the following, which we hereby serve upon you pursuant to the Federal Rules of Civil Procedure:

    Richard's First Set of Interrogatories to REC Marine
    Richard's First Set of Interrogatories to Gulf Offshore
    Richard's First Set of Interrogatories to OTS
    Richard's First Request for Production to REC Marine
    Richard's First Request for Production to Gulf Offshore; and
    Richard's First Request for Production to OTS.

    We also enclose the following, which we hereby serve upon you pursuant to the Federal Rules of Civil Procedure:

    Richard's Request for Inspection
    Richard's Second Request for Production to REC Marine
    Richard's Second Request for Production to Gulf Offshore
    Richard's Second Request for Production to OTS
    Richard's First Request for Admissions to REC Marine
    Richards' First Request for Admissions to Gulf Offshore; and
    Richard's First Request for Admissions to OTS.

**EXHIBIT 4**

Regards,
**KOCH & SCHMIDT, L.L.C.**

R. Joshua Koch

Enclosures (discovery requests as listed above)