

# LSBA Membership Directory

In accordance with Supreme Court Rule XIX, the LSBA Membership Directory provides current contact information for members of the Louisiana State Bar Association.
You may search for members using any combination of FIRST NAME, LAST NAME or CITY.
View Status Descriptions (../../../Public/MemberStatus.aspx)

Looking for a specialist? Visit the Louisiana Board of Legal Specialization Specialists (../../../Specialization/Specialist.aspx)

## LSBA Membership Directory

🔍 New Search

### Mr. Fred E Salley

**Date Admitted:** 5/15/1969

Eligible

**Primary Address**

77378 Highway 1081
Covington LA, 70435
Phone: (985) 867-9925
Fax: (985) 867-3368

**Email:** fsalley@charter.net
**Web Site:** ()
**Firm:** Salley & Associates
**Board District:** 5th - LSBA Board District
**Judicial District:** 22nd - Judicial District
**Parish:** Saint Tammany
*Parish is based on member's mailing address.*

**Open Status Actions:**

None

close