**EXHIBIT 6**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC MARINE LOGISTICS LLC** | * | CIVIL ACTION NO: 19-11149 |
| | * | |
| **VERSUS** | * | SECTION: I (3) |
| | * | |
| **DEQUINCY R. RICHARD** | * | JUDGE LANCE M. AFRICK |
| | * | |
| | * | MAGISTRATE DANA M. DOUGLAS |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### AFFIDAVIT OF SERVICE

STATE OF LOUISIANA
PARISH OF ST. TAMMANY

BEFORE ME, the undersigned authority, on this day personally appeared John Bloemer, an individual of the full age of majority and resident of the Parish of St. Tammany, State of Louisiana, who after being duly sworn, states under oath that he served a copy of the following:

    Richard's First Set of Interrogatories to REC Marine
    Richard's First Set of Interrogatories to Gulf Offshore
    Richard's First Set of Interrogatories to OTS
    Richard's First Request for Production to REC Marine
    Richard's First Request for Production to Gulf Offshore; and
    Richard's First Request for Production to OTS.
    Richard's Request for Inspection
    Richard's Second Request for Production to REC Marine
    Richard's Second Request for Production to Gulf Offshore
    Richard's Second Request for Production to OTS
    Richard's First Request for Admissions to REC Marine
    Richards' First Request for Admissions to Gulf Offshore; and
    Richard's First Request for Admissions to OTS

by hand delivery, on Mr. Fred Salley on the 4th day of October, 2019. Mr. Salley refused to accept delivery of the above-detailed documents, and they were left on the premises.

_____
JOHN BLOEMER

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS 4TH OF OCTOBER, 2019.

_____
SAMANTHA BLOEMER
Notary ID No. 132940

SAMANTHA L. BLOEMER
NOTARY PUBLIC
Notary ID #132940
State of Louisiana
My commission is for life.

2