MINUTE ENTRY
AFRICK, J.
May 20, 2020
JS-10 00:15

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC MARINE LOGISTICS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-11149** |
| **DEQUINCY R. RICHARD, ET AL.** | **SECTION I** |

### ORDER

The Court held a telephone conference on this date with counsel for all parties participating.

As discussed at the conference,

**IT IS ORDERED** that trial is rescheduled to commence on **OCTOBER 26, 2020 at 8:30 A.M.** A pretrial conference will be held on **SEPTEMBER 9, 2020 at 2:00 P.M.** The Court will issue a revised scheduling order consistent with discussions at the conference.

New Orleans, Louisiana, May 20, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE