# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, LLC | CIVIL ACTION |
| VERSUS | NO. 19-11149 |
| DEQUINCY R. RICHARD | SECTION: I (3) |

## SCHEDULING ORDER
(Pursuant to this Court's minute entry[1])

Motions *in limine* regarding the admissibility of expert testimony, shall be filed and served in sufficient time to permit hearing thereon no later than **Wednesday, September 2, 2020**. **This Section adheres to Local Rule 78.1E regarding oral argument on motions.** Motions *in limine* not concerned with the admissibility of expert testimony shall be filed fifteen working days before trial and responses thereto shall be filed ten working days before trial. Any other motion deadlines set forth in the previous scheduling order[2] are not extended. Motions filed in violation of this Order shall be deemed waived unless good cause is shown.

Except for the additional rule 30(b)(6) deposition ordered by the U.S. Magistrate Judge[3], the only future depositions that may be taken are those of previously designated physicians. Any such depositions shall be completed no later than Friday, August 14, 2020.

Any additional medical expert reports of previously designated physicians, not yet provided, shall be provided on a date agreed upon by all parties, or in the event of disagreement, as ordered by the U.S. Magistrate Judge.

---

[1] Rec. Doc. No. 113
[2] Rec. Doc. No. 12
[3] Rec. Doc. No. 93

Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than Friday, July 31, 2020.

The Court will not permit any witness, expert or fact, to testify or any exhibits to be used unless there has been compliance with this Order as it pertains to the witness and/or exhibits, without an order to do so issued on motion for good cause shown.

**IT IS ORDERED THAT COUNSEL FOR THE PLAINTIFF CONTACT THE ASSIGNED MAGISTRATE JUDGE SIX WEEKS PRIOR TO THE PRETRIAL CONFERENCE DATE FOR THE PURPOSE OF SCHEDULING A SETTLEMENT CONFERENCE WHICH SHOULD BE HELD NO LESS THAN TWO WEEKS PRIOR TO THE PRETRIAL CONFERENCE.**

A Final Pretrial Conference will be held on **Tuesday, September 29, 2020, at 2:00 p.m.** Counsel will be prepared in accordance with the final Pretrial Notice attached.  Notwithstanding the attached Pretrial Notice, pretrial orders are to be filed electronically by 4:30 p.m. on a day that allows one full work day prior to the conference, excluding Saturdays, Sundays and holidays (i.e., if the conference is set for 10:00 a.m. Friday, it must be filed electronically by 4:30 p.m. Wednesday. If the conference is set on Monday, the pre-trial order must be filed electronically on Thursday by 4:30 p.m.).  **THE PRETRIAL ORDER SUBMITTED TO THE COURT MUST BE DOUBLE SPACED AND SIGNED BY ALL COUNSEL.**

Trial will commence the week beginning **Monday, October 26, 2020, at 8:30 a.m.** before the District Judge **with** a jury.  Attorneys are instructed to report for trial no later than 30 minutes prior to this time.  The starting time on the first day of a jury trial may be delayed or moved up because of jury pooling.  Trial is estimated to last 4 days.

Deadlines, cut-off dates, or other limits fixed herein may only be extended by the Court upon timely motion filed in compliance with Local Rules and upon a showing of good cause. Continuances will not normally be granted.

                LANCE M. AFRICK
                UNITED STATES DISTRICT JUDGE

Issued for the Court:

By:    Bridget Gregory
        Case Manager
        589-7752

**COPY TO: MAGISTRATE JUDGE**