UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** | ) | CIVIL ACTION |
| **Plaintiff** | ) | |
| | ) | NO.2:19-cv-11149-LMA-DMD |
| <u>**versus**</u> | ) | |
| | ) | |
| **DeQuincy R. Richard** | ) | JUDGE Africk |
| **Defendant** | ) | MAGISTRATE (3) |
| _____ | ) | |

<u>**NOTICE OF APPEAL OF SANCTIONS**</u>

Now come all Plaintiffs, and hereby notice their intent to appeal to the United States Court of Appeals for the Fifth Circuit from all adverse judgments, rulings, decisions, and orders of the District Court in the captioned and entitled matter, related to the District Court's Order of 15th May 2020, confirming an award of sanctions and other damages against Defendants Counsel, and the dismissal by the District Court of Counsel's Motion for withdrawal or elimination of sanctions on 15th May 2020.

Submitted by:

//Fred E. Salley

_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana  70434
Telephone: (985) 867-8830
Facsimile  (985) 867-8927
Counsel for Defendant, REC**
    Marine Logistics, LLC

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 27th Day of May 2020

.

                                    s/ Fred E. Salley

                                  _____
                                  **FRED E. SALLEY, T.A.   (11665)**