```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


REC MARINE LOGISTICS, LLC        CIVIL ACTION

VERSUS                           NO. 19-11149

DeQUINCY R. RICHARD              SECTION "I" (3)
```

A status conference will be held **BY TELEPHONE** with respect to the filing of a motion for summary judgment in the above-captioned case on **Monday, June 8, 2020 at 9:30 A.M. COUNSEL SHALL FURNISH THE COURT WITH THE NAME AND TELEPHONE NUMBER OF WHO WILL PARTICIPATE IN THE CONFERENCE TWO DAYS PRIOR TO THE CONFERENCE.  THE COURT WILL INITIATE THE TELEPHONE CALL. The Court's telephone number is (504) 589-7605.**

New Orleans, Louisiana this 3rd day of June, 2020.

*[Signature]*
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE