**MINUTE ENTRY**
**AFRICK, J.**
**June 8, 2020**
**JS-10 00:10**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC MARINE LOGISTICS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-11149** |
| **DEQUINCY R. RICHARD, ET AL.** | **SECTION I** |

## ORDER

The Court held a teleconference on this date with counsel for all parties participating.

Pursuant to the discussion at the conference,

**IT IS ORDERED** that DeQuincy R. Richard may file a motion for summary judgment by **JUNE 18, 2020**. Any opposition must be filed by **JUNE 26, 2020**. Any reply must be filed by **JUNE 29, 2020**, on which date the motion shall be submitted.

New Orleans, Louisiana, June 8, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**