

# GOL, LLC

# Health, Safety & Environmental Manual

1 of 2

# RESPONSIBILITIES

A. **MANAGEMENT**

1. Must consider safety an integral part of management responsibilities. Ultimate responsibility for the effectiveness of **GOL, LLC** safety program shall be shouldered by management.

2. Must pro-actively participate and provide necessary action to communicate **GOL, LLC** safety philosophy/program and ensure employees are properly trained to perform assignments utilizing safe work practices and procedure.

3. Must conduct and/or direct occasional work area safety inspections. This will require management, or its designee, to make periodic, recorded facility safety inspections.

4. Must be aware of the frequency, severity, cause and cost of accidents occurring within his/her area of responsibility.

5. Management will implement recommend and approved corrective action(s) for any safety hazard identified. Management will follow-up to ensure corrective actions are fully implemented.

B. **HEALTH SAFETY & ENVIRONMENTAL DEPARTMENT**

1. The H S & E Department is responsible for developing the safety program, evaluating the results of the program, and providing advice, direction, and guidance with regards to the implementation of the program.

2. The H S & E Department will provide Operation Managers/Port Engineers/Captains with all necessary support to implement all phases of **GOL, LLC** proactive safety program.

3. Specific safety requirements can be delegated to subordinates. However, ultimate responsibility for implementation of **GOL, LLC** Safety Program will rest with management and the H S & E Department.

4. Implementation of the Safety Plan includes responsibility for:

    - Compliance - effective communication of all company policies and procedures relative to safety should be conveyed to all employees. Each employee will receive a copy of the employee safety manual



# GENERAL SAFETY

In addition to knowing their responsibilities, Managers and Masters shall be aware that certain conditions present safety hazards, which are most frequently the causes of injury and are often discovered in safety inspections and surveys. Listed below are some of those conditions and activities with some suggestions on how to minimize risk.

A.  **INTRODUCTION**

The general safety procedures listed on the following pages must be read carefully and followed. Your safety and the safety of your fellow workers can be achieved only through the constant efforts of each employee. Use this portion of the safety manual to refresh your safety know-how whenever confronted with new work procedures or unfamiliar job assignments.

**GOL, LLC** policy is to ensure that every reasonable precaution is taken to prevent accidents. Even though every possible precaution may be taken, employees may still encounter unsafe conditions. Therefore, develop good safety practices & habits; be alert, informed, and always aware of your co-workers and surrounding environment.

Always use the safety equipment provided for your protection. Unsafe conditions, practices and injuries, regardless of how light, shall be reported to your supervisor immediately. Employees should not operate equipment unless they are qualified to do so.

B.  **GENERAL RULES FOR THE SUPERVISOR / CONSULTANT**

The immediate supervisor shall make certain all employees clearly understand all work and safety procedures; the selected equipment and tools; individual job assignments; and all environmental precautions required to execute the job without incident.

1. The supervisor shall make certain all equipment and materials added to, removed from, or altered on vessels are in accordance with approved standards and applicable codes.
2. Vessel Masters shall hold crew safety meetings at the beginning of each tour. In addition, when the crew is about to undertake a new type of operation or perform hazardous work, a JSA shall be conducted to review safety procedures and identify potentially unsafe conditions. Crew members shall, at all times, be given the opportunity to ask questions and/or make suggestions. Customer and other service personnel shall be briefed on any **GOL, LLC** operation impacting their safety and/or work procedures.

# SAFETY MEETINGS

Safety meetings are absolutely essential to the success of any safety program.

Management and the Health Safety & Environmental (HSE) Department should assist Operation Managers and **GOL, LLC** employees in securing audiovisuals, handouts, background information, speakers, etc., relating to applicable safety topics. Meeting locations should be thoughtfully selected to maximize employee benefit.

A. **RESPONSIBILITY**

It is the responsibility of the Vessel Masters to conduct and structure weekly safety meetings.

Safety meetings should be conducted to encourage feedback and discussion from participants. The individual(s) who conducts the meeting should be well prepared.

Each employee may be asked to conduct a safety meeting or participate in the planning of a safety meeting.

B. **FREQUENCY**

As a general rule, safety meetings should be held whenever necessary. The following methods are most common:

1. Company - weekly
2. Daily safety "tailgate" meetings are recommended for field operations.
3. Prior to beginning an unfamiliar, hazardous, or major project, all participants involved shall have a safety meeting. Step-by-step procedures (JSA) should be analyzed and agreed on. Under no circumstances should work begin before a safety meeting has been held.

C. **ATTENDANCE**

Attendance of company employees at safety meetings is mandatory. Attendance and participation of contractors working in the area is strongly encouraged. Approval for excused absences must be received from your Supervisor. The Supervisor should not excuse employees from safety meetings unless circumstances (company or personal) prevent the employee's attendance.

# TRAINING & ORIENTATION REQUIREMENTS

The major objective of any training program is to provide technical knowledge/skills and develop/promote safe and environmentally sound work practices and procedures. However, it must be recognized that knowledge and skill levels will deteriorate if not routinely used or performed. Training and practice programs such as emergency drills and what-if-sessions encourage employee participation and frequently challenging mental aptitude and skills will enhance the employee's retention and understanding of course materials. Training will be conducted on the vessel when applicable and will be conducted by the licensed officer. Training when applicable to API RP T-1 will be completed to the latest standard prior to going offshore. Computer based training will be conducted when applicable.

**GOL, LLC** will utilize in-house resources when available as well as third party training consultants to meet its training objectives.

**GOL, LLC** will ensure that each employee involved in any operation requiring specific training has or will be scheduled to receive the necessary training/certification. These training documents will be collected, verified and placed in the employee's training file in paper form and will then be electronically uploaded in NS5 to be tracked for validity.

**GOL, LLC** will document all training. Training documentation will consist of:
- Trainee's name
- Date(s) training completed
- Specific course, subject

All training records will be kept on file and accessible to any governmental agency requesting proof of compliance to federally mandated training requirements.

While documentation of training sessions may provide evidence of regulatory compliance, an employee's successful <u>demonstration</u> of learned knowledge and skills is the best indicator of effective training. Job Competency is determined during the interview process. Past work experiences are discussed and a clear role is explained on expectations and requirements during the interview process. This is completed prior to the employee entering the work place. This process of verifying job competence will be performed and documented annually utilizing our Annual Competency Assessment Verification process described in Section 2 of the GOL Operations Manual.

**GOL, LLC**'s training requirements include but are not limited to the following:
- GOL Orientation
- SEMS Training
- Safe Gulf Training
- Drug and Alcohol Awareness Training
- Personal Protective Equipment
- Rigging

- HUET
- H2S Training when a potential is present for exposure

Maintaining worker competency will be reinforced daily through informal and formal in-house training sessions, practical experience, and constant interaction/communication with peers, immediate supervisors and operation managers. This will take place prior to the employee is allowed to work independently. An organizational chart is posted on the vessel and in the office to list the names of department heads.

A. **SAFETY TRAINING**

The training of Supervisors and other employees is vital in a successful Job Safety and Health Program. The following responsibilities are outlined relative to Job Safety Training.

1. Supervisory Training:
   Vessel Masters and Operating management must have a clear understanding of all elements of our formal Safety Programs. The responsibility for this training rests with Corporate Management and will be provided by **GOL, LLC** Vessel Master and H S & E Department.

   Vessel Masters shall be periodically trained in the following areas.
   a. Safety Meeting Preparation and Conducting
   b. Accident Investigation
   c. Workplace Safety
   d. Employee Job Safety

2. Employee Training/Orientation:
   Employee Training is a continuous process involving initial instructions and "follow-up coaching". The following areas of Employee Job Safety Training shall be used to ensure workers knowledge.

   a. Initial Job Safety Orientation:
      Applying to new employee only, this orientation takes place the day the employee is hired, transferred, or begins work at a new position. Our Orientation program is designed to provide and inform our employees of simple steps they can take to protect themselves and their fellow workers from some of the most common causes of workplace hazards.

      GOL Orientation training requirements include but are not limited to the following:

      a) General Safety Procedures
      b) Emergency Procedures
      c) Incident Reporting and Investigation

        d)    Near Miss Reporting
        e)    Behavior Base Safety
        f)    Crucial Safety Rules and procedures governing:
- Job Safety Analysis
- Stop Work Authority
- Hazard Communication
- PPE
- Blood Borne Pathogens
- Fitness to Work Standard
- Lockout / Tagout

b. Pre-Job Safety Instructions: (JSA)
This training is given to employees when they are assigned to do hazardous and infrequently performed jobs. This line supervisor provided training involves specific job instructions regarding the task to be performed.

c. Routine Safety Observations:
Vessel Masters are instructed to schedule routine visual inspections of their assigned work areas on a regular basis to ensure employees compliance with established Safety Procedures.

d. Behavior Based Safety Observation
The correction of observed unsafe practices is a continuing function of the Vessel Masters. This function, if handled properly, constitutes an important training device. Vessel Masters are instructed to schedule routine reviews of their work areas on a regular basis with the purpose of observing any employee unsafe practice.

e. Documentation:
It is vital to this program that all observation contacts in all the above categories be documented. Each Vessel Masters is directed to document their contacts and forward the report to the H S & E Department.

# JOB SAFETY ANALYSIS

A. **INTRODUCTION**

Job safety analysis is a careful study and record of each step of a job, focusing on the identification of existing or potential hazards to workers' health and safety. By describing hazards in detail, it enables those concerned to devise methods and procedures that can reduce or eliminate these hazards. It is especially well suited to the discovery of hidden dangers, thus achieving one of the principal objectives of any comprehensive audit. Hidden dangers are the most insidious because they threaten us without our knowing it and keep us from taking appropriate precautions.

The identification of hazards is a crucial component of any successful safety program, and requires careful attention. This program will help you to devise a practical and reliable hazard identification system, from detailed, single-job safety analyses to comprehensive company wide audits.

B. **COMMITMENT**

Our Management is totally committed to the JSA process and will be involved in establishing the quality and implementation of these JSA's.

C. **THE JSA TEAM**

The purpose of the JSA is to ensure that those executing the task understand the hazards and corresponding control measures, and so the appropriate people must be involved. Feedback from both field and shop personnel can point to a number of situations that need to be planned for:

- JSA's must be conducted before the job begins.
- Third Party Inspectors and or contractors need to be in tune with JSA's prior to start-up.
- Operating company personnel also need to be included in the JSA review.

Sign in sheets are one way of providing an auditable trail of who was involved.

- Involving different personnel in the JSA can bring fresh perspectives and help develop trending.
- Full involvement and true understanding leads to employee ownership of the JSA, giving the best chance of success.
- Review JSA each morning as per-job start up.

2) During the JSA process, safety problems are going to surface. Some of these problems will be easily solved with suggestions you have made to upper management. Administrative revisions are the easiest to make because there is little if any capital outlay. New, better or additional personal protective equipment normally takes minimum expenditures and can be instituted promptly. Work-saving tools and other equipment may take large expenditures, and might be phased in over time as tools or equipment are replaced. Engineering revisions may take time to design and install. Changes in physical conditions may have to be engineered.

## I. JSA EVALUATION

Evaluating the JSA after the job is completed should be simple, straight forward and short, and completed out by those performing the task. A simple format addressing the following concerns should be sufficient:
- Did everything match the original planned JSA? If there were differences were they substantial enough to warrant revising the JSA?
- Were the results as expected? Were risks anticipated and mitigated correctly?
- If not, what went wrong?
- What improvements can be made to the permanent JSA?
- If the JSA is to be revised, who will be responsible for the revision before the next time the job is done?

## J. SUMMARY

1. There are many advantages in using Job Safety Analysis. JSA provides training to new employees on safety rules and how the rules are applied to their work. This training is provided before the new employees perform the job task(s).
2. With JSA, experienced employees can maintain safety awareness behavior and receive clear instructions for job changes or new jobs.
3. It is important to involve the workers in the Job Safety Analysis process. The workers are familiar with the jobs and can combine their experience to develop the JSA. This results in a more thorough analysis of the job. A complete Job Safety Analysis program is a continuing effort to analyze one hazardous job after another until all jobs with sequential steps have a written JSA. Once established, the JSA should be followed by all employees.
4. Job Safety Analysis is an accident prevention technique used in many successful safety programs. The JSA process is not difficult if it is taken with a common sense approach on a step-by-step basis.

The Responsible Person (Permit Holder) should be completely familiar with the area concerned as well as the task and is charged with ensuring that:
All hazards associated with the proposed task have been identified.

All steps to ensure the safety of the site, the workers, and the unit have been identified.

The work site has been examined and all precautions specified, including isolation, to be taken prior to the work starting, have been taken and will remain effective while the permit is in force.

- Appoint the competent worker(s).
- Appoint the person(s) who may have to accompany the competent worker(s).
- The competent Worker(s) is/are fully aware of the precautions taken, any additional precautions to be taken, and procedures to be followed for the duration of the permit.
- Any additional requirements may be recorded on the permit.
- Warrant that the attached instructions are fully understood and adhered to.
- Issue the Permit to Work to the competent worker(s).
- A copy of the permit is on display in the control room and, if practical, at the work site.
- The work site is examined upon completion of the work and/or close out of the permit, whichever comes first.
- Detail circumstances under which the permit automatically becomes invalid.
- Details of the permit requirements, status of work and work site on non-completed work are handed over at shift change.
- Any necessary training or instruction is given to workers to ensure that they understand the Permit to Work System and procedures in general and specific precautions required for their particular job.
- Any work requiring a permit is not started until the permit has been authorized, signed, and issued.
- The Permit Authority is informed of any invalidation of the permit due to a change in work scope or identification of new or additional hazards.
- The Responsible Person (Permit Holder) signs agreeing and accepting responsibility for the safe implementation of the task.

E.  **COMPETENT WORKER**

The Competent Worker shall:

- Have a good general understanding of the Permit to Work System as well as procedures which may be required in any location at which they may have to work.

GOL, LLC



The Pre-Job Safety Meeting is designed to be a simple and effective safety tools for your use. Using proper planning techniques prior to beginning any job can prevent unwanted incidents and accidents before they occur.

Pre-Job safety meetings should make sure that:

- You have the right equipment for the job
- Personnel understand how to safely do the job
- The proper safety procedure to do the job is in place

If there are personnel involved in the work that have never performed the job before, a Pre-Job Safety Meeting (JSA) should be conducted. If there is any doubt about whether or not to conduct the Pre-Job Safety Meeting, the job supervisor will conduct a Pre-Job safety meeting.

Pre-Job Safety Meeting (JSA) topics include, but are not limited to:

- Hazards involved with the job.
- Operations that involve the crane or rigging.
- Any transfer operations where applicable
- Any change in personnel or job conditions (environmental, mechanical, etc.) after the job has begun.
- Proceeding with a job in which a near miss, an incident, or lack of performance occurred.
- Using or handling hazardous chemicals
- Any job requiring a Permit to Work for:
    - Confined space entry
    - Lock-out/tag-out (electrical/mechanical isolation)
    - Hot work/cold work (working at heights)
- Any time a member of the work group requests a Pre-Job Safety Meeting

The Pre-Job safety meeting (JSA) is one of the most valuable tools available in accident prevention. The Pre-Job safety meeting checklist format should be used at the beginning of each work shift to discuss general guidelines for the work to be accomplished during the shift.

### H.  Simultaneous Operations (SIMOPS)

Simultaneous Operations (SIMOPS) occur when two or more potentially conflicting activities or operations are being conducted in the same location at the same time. SIMOPS most often occurs when two or more contractors or multi-trade workforces are working at a single location and in close proximity. This could be multiple tasks taking place onboard the vessel, or it could be conflicting

