UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

**EXHIBIT**

**9**

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I" MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, § | GULF | |
| OFFSHORE LOGISTICS LLC and § | | |
| OFFSHORE TRANSPORT SERVICES, LLC § | | |

## UNSWORN DECLARATION SUBJECT TO PENALTY OF PERJURY

I, Robert E. Borison, make this declaration pursuant to 28 U.S.C. § 1746, and state as follows:

1. "My name is Robert E. Borison. I am the President of Total Safety Services, Inc., and have worked in that capacity since 1994. My office address is 218 Magnolia Street, Long Beach, Mississippi, 39560. The statements made herein are true and correct and based on my personal knowledge.

2. The documents attached to this affidavit are true and correct copies of my Curriculum Vitae and my February 10, 2020 Report. My Curriculum Vitae accurately describes my education, experience, and training, and the statements therein are true and correct. The attached February 10, 2020 Report contains my opinions, as well as the facts and reasoning on which I based my opinions. If asked to testify at trial, I will provide testimony consistent with the opinions contained in my report. My opinions are based on my experience in the industry, my education, and the factual background of this incident.

3. I have over 50 years of safety experience in the industries relating to the exploration, production, and transport of oil and gas and the marine, general, and commercial industries. While working in these industries, I have developed expertise relating to safety issues on production platforms, barges (pipe laying, dredging, drilling, jack ups, lift-boats, spud, supply, deck, oil, tank, etc.), structural, fabrication yards, and vessels / boats (ship, MODU, tug, tow, supply, crew, etc.), and commercial and industrial buildings and building projects.

4. My on-the-job work experience began in the mid-sixties while working offshore in the Gulf of Mexico on production platforms and drilling rigs, performing the duties of a Roustabout, Rigger, Welder's Helper, and Wireline Operator. I also worked on the Mississippi River, worked in Fabrication yards and Shipyards as a Roustabout, Rigger,

Welder's Helper, and Heavy Equipment, and Crane Operator. Further safety experience and expertise was derived from being the manager/supervisor of the Safety Department for Amerada Hess Corp. (Lafayette region); J. Ray McDermott, Inc. (Marine and Diving Divisions, Harvey Group), McDermott International, Inc. (Singapore, South East Asia Group) and the president or owner of Contract Safety Consultants, Preferred Employees, and Total Safety Services, Inc. Companies I worked for included, New Orleans Stevedores, Houma Welders, Smith Wallander, Boland Machine and Manufacturing. My safety consulting experience was gained by providing safety consultant services at the companies listed in my Curriculum Vitae, and include Ray Gibbins Industries, Cortex, Allied Wireline, Western Wireline, Gulf South Laboratories, Engineering Inspection and Investigation, Inc., Inspection Consultants, Popich Brother, Space, L & L construction, among many others.

5. I have working knowledge of Federal Regulations and Industry Standards in the area of oil and gas exploration and productions, and marine, general, industrial, and commercial work activities, as detailed in my attached Curriculum Vitae.

6. I have been accepted as an expert in both Federal and State Courts. Trial, deposition and case experience includes safety issues in the following fields of work: Welding safety, pipe laying safety, crane and rigging procedures, ladder safety, stairway safety, confined space entry, scaffolding safety, gangway safety, personnel net transfers safety, swing rope transfers safety, manual material handling safety, excavator/backhoe/industrial truck operation safety, watertight door safety, lock mooring safety, dock and wharf safety, production equipment safety, sandblasting and painting, fire prevention, hurricane evacuation procedures, mooring vessels safety, slip and fall safety, hand tools safety. Hand tool safety, machine guarding, personnel floatation devices.

7. I attended Louisiana State University from 1965 through 1969, and worked for a number of companies prior to joining Total Safety Services, most involving safety in the workplace. A list of these companies and my job descriptions are included in the attached Curriculum Vitae.

8. I certify that the statements in my expert report, Curriculum Vitae, and this declaration are true and correct and within my personal knowledge. I further certify that the opinions contained in my expert report are based on my own assessment or analysis of the facts or data provided to me in this case, which are outlined in my expert report.

9. On January 29, 2020, I performed an inspection on the *Dustin Danos*. During my inspection of the vessel, I took both photographs of its general condition, and videos specifically of the step where Mr. Richard fell. The photograph included within, and videos attached as Exhibits 10 and 11 to Richard's Memorandum in Support of Motion for Partial Summary Judgment were taken by me, and are true and correct copies of the ones taken on the date of my inspection. They have not been altered in any way.

10. I declare under penalty of perjury that all of the statements in this declaration are true and correct."

Executed this /6 day of _June_ , 2020.

_Robert E. Burg_

Robert E. Borison

3



# TOTAL SAFETY SERVICES, INC.
### 218 MAGNOLIA STREET
### LONG BEACH, MISSISSIPPI 39560

---

**ACCIDENT INVESTIGATION – SAFETY CONSULTING  - LITIGATION SUPPORT**

---

# REC MARINE LOGISTICS LLC
# VS.
# DEQUINCY R. RICHARD

**DATE**
**February 10, 2020**

**CIVIL CASE**
**19-11149**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**JUDGE LANCE M. AFRICK**
**MAGISTRATE DANA M. DOUGLAS**

**Prepared for**

# MR. ERIC J. RHINE
# SPAGNOLETTI LAW FIRM
# 401 LOUISIANA, 8TH FLOOR
# HOUSTON, TEXAS 77002

---

**TELEPHONE NO.:(504) 415-0945**
**111TOTAL@GMAIL.COM**

# INTRODUCTION

This preliminary ROOT CAUSE ANALYSIS report investigates the accident that occurred aboard the **M/V DUSTIN DANOS**, an Offshore Supply Vessel, owned by Offshore Transport Services, LLC., and operated by REC Marine Logistics, LLC., on or about November 6, 2018, at or about 1200 hrs., and outlines the findings from that investigation.

# QUALIFICATIONS
*Please see my Curriculum Vitae for a further explanion of my qualifications as a Safety Professional.*

**QUALIFICATIONS:**   A safety professional, in any given industry, is required to have a working knowledge of the various operations his company performs in that industry, as well as a working knowledge of the applicable governing regulations.  I have over 50 years of safety experience in the industries relating to the exploration, production, and transport of oil and gas and the marine, general, and commercial industries.  While working in these industries, I have developed expertise relating to safety issues on production platforms, barges (pipe laying, dredging, drilling, jack ups, lift-boats, spud, supply, deck, oil, tank, etc.), structural, fabrication yards, and vessels / boats (ship, MODU, tug, tow, supply, crew, etc.), and commercial and industrial buildings and building projects.

This on-the-job work experience began in the mid sixties while working offshore in the Gulf of Mexico on production platforms and drilling rigs, performing the duties of a Roustabout, Rigger, Welder's Helper, and Wireline Operator. I also worked on the Mississippi River, worked in Fabrication yards and Shipyards as a Roustabout, Rigger, Welder's Helper, and Heavy Equipment, and Crane Operator.  Further safety experience and expertise was derived from being the manager/supervisor of the Safety Department for Amerada Hess Corp. (Lafayette region); J. Ray McDermott, Inc. (Marine and Diving Divisions, Harvey Group), McDermott International, Inc. (Singapore, South East Asia Group) and the president or owner of Contract Safety Consultants, Preferred Employees, and Total Safety Services, Inc.  Companies I worked for included, New Orleans Stevedores, Houma Welders, Smith Wallander, Boland Machine and Manufacturing.  My safety consulting experience was gained by providing safety consultant services at the following: Gulf South Laboratories, Engineering Inspection and Investigation, Inc., Inspection Consultants, Inc., Ray Gibbins Industries, Allied Wireline, Western Wireline, Popich Brothers, Space, L&L Construction, Kaough & Jones, Kranco, Garza Welding, T & A Wireline, TCB Industries, Rembco, Foley Construction, Delta Coatings, Delta Temp, Inc., Cortex, Southern Environmental Control, Eagle Marine, American Marine, Mosby Enterprises, Total Marine Services, Vela Garage, Doomlar, Energy Drilling, Grady Crawford, Guilliot Construction, J & J Electric, Taylormade Enterprises, U. S. Abatement, Vogt Construction, Wescorp Construction, and Blake Drilling,

The companies I was employed by or contracted with followed the Federal regulations listed below, and voluntarily followed the Industry Standards of Care as listed.  As their safety officer, I was required to have a working knowledge of those regulations and standards of care and the ability to apply them to the company's oil and gas exploration and productions and marine, general, industrial, and commercial work activities.

**Subcategories for each section are listed in more detail in my *Curriculum Vitae*.**

**Working knowledge of Federal Regulations 29:**
1910 General Industry, 1926 Construction, 1915 Shipyard, 1918 Longshoring, 1919 Gear Certification

**Working knowledge of Federal Regulations 46:**
Subchapter C - Uninspected Vessels
Subchapter D – Tank Vessels
Subchapter H – Passenger vessels
Subchapter I - Cargo and Miscellaneous Vessels
Subchapter I-A - Mobile Offshore Drilling Units
Subchapter K – Small Passenger Vessels carrying more than 150 passengers
Subchapter L – Offshore Supply Vessels
Subchapter M – Towing Vessels
Subchapter T – Small Passenger Vessels

**Working knowledge of Federal Regulations 33:**
Subchapter B – Offshore
Subchapter N - Outer Continental Shelf Activities

**Working knowledge of the following industry standards:**
 (API) American Petroleum Institute
 (ANSI) American National Standards Institute
 (ASME) American society of Mechanical Engineers
 (AWS) American Welding Society
 (CGA) Compressed Gas Associations, Inc.
 (ASTM) American Society for Testing and Materials
 (ABS) American Bureau of Shipping
 (NFPA) National fire Protection Association
 (NIOSH) National Institute for Occupational Safety and Health
 (SAE) Society of Automotive Engineers
 (UL) Underwriters Laboratories
 (NEC) National Electrical Code
 (AWO) American Waterways Operators
 (ISM) International Safety Management
 (SSPC) Steel Structures Painting Council.

# METHODOLOGY – ROOT CAUSE ANALYSIS

The evaluation tool I use to investigate and analyze an accident is based on widely recognized and accepted  accident investigation analysis principles and methods employed in the safety profession: the **ROOT CAUSE ANALYSIS (RCA)**.

My **ROOT CAUSE ANALYSIS (EVENTS AND CAUSAL FACTOR ANALYSIS)** is used to investigate this accident and my report is a structured step by step technique and procedure for ascertaining and analyzing the causes of accidents.  The PROBLEMS AND DEFICIENCIES listed below in my report are examples of the major accident catagories that should have been included when the crew completes a **(JSA)** and would be included in a ROOT CAUSE ANALYSIS investigation:

**<u>EXEMPLARY MAJOR ACCIDENT CATEGORIES</u>**
**EQUIPMENT / MATERIAL PROBLEMS,**
**PROCEDURE PROBLEMS,**
**DESIGN PROBLEMS,**
**TRAINING DEFICIENCIES,**
**MANAGEMENT PROBLEMS.**

Examples of the accident subcatagories listed in my report address the specific accident PROBLEMS AND DEFICIENCIES related to the accident:

**<u>EXEMPLARY SUBCATEGORIES</u>**
**DEFECTIVE TOOLS / EQUIPMENT,**
**PRE-EMPLOYMENT EMPLOYEE EVALUATION,**
**PRE-JOB / EMPLOYEE EVALUATION (JSA),**
**PERSONAL PROTECTIVE EQUIPMENT,**
**TRAINING / CERTIFICATION / LICENCES,**
**FEDERAL AND /OR STATE STANDARDS / INDUSTRY STANDARDS,**
**INDUSTRY SAFETY MANUALS AND PUBLICATIONS.**

# ROOT CAUSE ANALYSIS

# I DATA COLLECTION

The following documents were reviewed in preparation for this root cause analysis report:

**Deposition Testimony:**

- Captain Sam McCain
- REC Marine Logistics, LLC

**Miscellaneous documents:**

- *M/V DUSTIN DANOS* – SPEC SHEET
- DAILY BOAT LOG
- PERSONAL INCIDENT/ILLNESS REPORT
- PHOTOGRAPHS
- THIRD AMENDED NOTICE OF CORPORATE DEPOSITION OF REC MARINE LOGISTICS, LLC
- COMPLAINT FOR DECLARATORY RELIEF
- ANSWER TO RICHARD COUNTER-CLAIM AND THIRD-PARTY COMPLAINT
- COMPULSORY COUNTER-CLAIM AND THIRD-PARTY COMPLAINT OF GULF OFFSHORE LOGISTICS, LLC. AND REC MARINE LOGISTICS, LLC
- RESPONSES/OBJECTIONS TO REC MARINE LOGISTICS, LLC. TO PLAINTIFF'S INTERROGATORIES
- RICHARD'S FIRST SET OF INTERROGATORIES TO REC MARINE LOGISTICS, LLC.
- MEMORANDUM IN RESPONSE/OPPOSITION TO PLAINTIFF'S DISCOVERY
- MOTION/ANSWER TO COMPLAINT FOR DECLARATORY JUDGMENT, COUNTER-CLAIM AND THIRD-PARTY COMPLAINT
- DEFENDANTS INITIAL WITNESS AND DOCUMENT LIST
- CORRESPONDENCE
- RESPONSES/OBJECTIONS OF GULF OFFSHORE LOGISTICS, LLC. TO INTERROGATORIES AND REQUEST FOR PRODUCTION OF DEQUINCY RICHARDS
- RESPONSES/OBJECTIONS TO OFFSHORE TRANSPORT SERVICES, LLC'S TO PLAINTIFF'S INTERROGATORIES
- RESPONSES/OBJECTIONS TO OFFSHORE TRANSPORT SERVICES, LLC'S TO PLAINTIFF'S REQUEST FOR PRODUCTION
- RULE 26 PRELIMINARY REPORT
- RESPONSES/OBJECTIONS REC MARINE LOGISTICS, LLC TO PLAINTIFF'S INTERROGATORIES
- RESPONSES/OBJECTIONS REC MARINE LOGISTICS, LLC TO PLAINTIFF'S REQUEST FOR PRODUCTION

# II ACCIDENT DESCRIPTION

Mr. Dequincy Richard was employed as a Deckhand by REC Marine Logistics, LLC and was assigned to work aboard the ***M/V DUSTIN DANOS***, an Offshore Supply Vessel, moored to an offshore platform at the time of Mr. Richard's accident.  Captain Sam McCain was on duty and had just finished instructing Mr. Richard on how to moor the vessel to the platform.  Both men were standing on the port jump deck.  After the vessel was moored to the platform, Mr. Richard attempted to walk down the stairs leading from the jump deck to the main deck.  As he stepped onto one of the stair's treads, it shifted, and because of the loose stair tread, he fell down the stairs.  Captain McCain witnessed Mr. Richard fall down the stairs and land on the deck.  Mr. Richard sustained an injury during this time.

# III ASSESSMENT / OPINIONS
***I am using the above ROOT CAUSE categories to analyze this accident from a Safety Professional's standpoint.***

# OPINION NO. 1
## EQUIPMENT/INSPECTION PROBLEM
**THE MANAGEMENT, STAFF, AND CAPTAIN'S FAILURE TO PROVIDE MR. RICHARD WITH A SAFE STAIRWAY, FREE FROM KNOWN HAZARDS.** It is industry standard and my opinion based on my education, training, and experience that the stairs leading up to the port jump deck were defective because the fiberglass grating treads on some of the stair's steps were not properly affixed to the original stair treads.  The new fiberglass grating treads were bolted onto the original stair-treads using bolts and grating clamps.  The bolts were affixed to the original stair-tread by drilling and tapping the original stair treads and then screwing the bolts into the original stair-treads.  No physical means of locking the bolts into the original stair-treads were used to secure the fiberglass grating.  The holes were drilled and tapped into the original stair-tread and no lock washers, lock nuts, or other means to prevent them backing/vibrating out were used.

Mr. Richard's discovery responses indicate that as he stepped onto the fiberglass grating tread, it shifted, causing him to fall down the stairs.  During my inspection of the vessel, I observed a loose fiberglass grating tread on the second step to the bottom.  It was loose because the bolt holding the fiberglass clip had backed out.  This loose clip allowed the fiberglass tread to move back and forth under the clamp.  The inspection of the starboard stairs uncovered another loose fiberglass grating tread on the second to bottom step.  It was also loose because the bolt holding the fiberglass grating tread down had backed out.  The fiberglass grating tread moved to a greater extent than the stair tread on the port side.  As the stern of this vessel is exposed to a certain amount of vibration as it operates, it is easily seen how all of these bolts could vibrate loose over time.  The amount of time these bolts are exposed to this vibration, between inspections, the looser they will become.  The looser the clamps become, the looser the

fiberglass treads become until the fiberglass treads began to move slightly at first and then, over time, they begin to slide.  That sliding is what produces an unsafe stairway.

The captains aboard this vessel should have inspected the stairways on a daily basis to ensure that they were properly maintained. It is obvious that the stairways are not part of the captains' daily inspection routines as I found two stairway treads that were loose during my inspection.


**FEE SCHEDULE:**
> Hourly charges are from portal to portal.
> All expenses reimbursed by the client.
> $1920.00 for deposition and trial testimony (minimum 3 hour charge, includes preparation time)
> $320.00 per hour for all other services provided (fees are subject to annual increases).
> $   0.86 per mile for travel


The opinions found in this report are professional safety opinions relating only to this accident.  While the expert opinions concern factual circumstances which may be found by the trier of fact to constitute fault, they are not intended to be legal conclusions, as this is a matter for the court to determine and the trier of fact to decide. These opinions are based solely upon my many years of experience in the field of safety as it relates to this particular accident and should not be compared to other opinions in other cases.


If further discovery, research, inspections and/or review should develop additional information that would alter my opinion, the conclusions reached herein would be subject to my revision and this report amended as necessary.


Sincerely Yours


Robert E. Borison
President
Total Safety Services, Inc.

# APPENDIX:

# ROBERT E. BORISON
## 218 MAGNOLIA ST
## LONG BEACH, MISSISSIPPI 39560

**FEE SCHEDULE:**
  Hourly charges are from portal to portal.
  All expenses reimbursed by the client.
  $1920.00 for deposition and trial testimony (minimum 3 hour charge)
  $320.00 per hour for all other services provided
  $   0.86 per mile for travel

## CURRICULUM VITAE

**EXPERIENCE**

  A safety professional, in any given industry, is required to have a working knowledge of the various operations his company performs in that industry, as well as a working knowledge of the applicable governing regulations.  I have over 50 years of safety experience in the industries relating to the exploration, production, and transport of oil and gas and the marine, general, and commercial industries.  While working in these industries, I have developed expertise relating to safety issues on production platforms, barges (pipe laying, dredging, drilling, jack ups, lift-boats, spud, supply, deck, oil, tank, etc.), structural, fabrication yards, and vessels / boats (ship, MODU, tug, tow, supply, crew, etc.), and commercial and industrial buildings and building projects.

  This on-the-job work experience began in the mid sixties while working offshore in the Gulf of Mexico on production platforms and drilling rigs, performing the duties of a Roustabout, Rigger, Welder's Helper, and Wireline Operator. I also worked on the Mississippi River, worked in Fabrication yards and Shipyards as a Roustabout, Rigger, Welder's Helper, and Heavy Equipment, and Crane Operator.  Further safety experience and expertise was derived from being the manager/supervisor of the Safety Department for Amerada Hess Corp. (Lafayette region); J. Ray McDermott, Inc. (Marine and Diving Divisions, Harvey Group), McDermott International, Inc. (Singapore, South East Asia Group) and the president or owner of Contract Safety Consultants, Preferred Employees, and Total Safety Services, Inc.  Companies I worked for included, New Orleans Stevedores, Houma Welders, Smith Wallander, Boland Machine and Manufacturing.  My safety consulting experience was gained by providing safety consultant services at the following companies:

  **Ray Gibbins Industries** – provided lease operators, riggers, crane operators, roustabouts, and roughnecks to Shell, Chevron, Texaco, Conoco, and Freeport McMoran, and other smaller oil companies for their production and drilling operations in the Gulf of Mexico.  We also supervised and operated the Marine Terminals/docks for Shell, Chevron, Texaco, and Conoco in Venice, LA.

  **Cortex** - provided lease operators, riggers, crane operators, roustabouts, and roughnecks to Shell, Chevron, Texaco, Conoco

**Allied Wireline** – Owned jack up wireline barges and performed wireline work in the Gulf and inland waters.

**Western Wireline** - Owned wireline units and performed wireline work in the Gulf and inland waters.

**Gulf South Laboratories** –Quality Control company that worked for various governmental parishes for welding, building construction, concrete installations, asphalt installations, sandblasting and painting and failure investigations.

**Engineering Inspection and Investigation, Inc.** – Expert Witness in safety and investigated failures in building and structures.

**Inspection Consultants, Inc.** – Owner. Expert Witness in safety and investigated failures in building and structures.

**Popich Brother** – Offshore Supply vessel and passenger vessel operator in the Gulf of Mexico for the major oil companies.

**Space** – Worked as a contractor for various at the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas. General construction, tank cleaning, pipeline and equipment installation.

**L&L Construction -** Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas. General construction, electrical installation, pipeline and equipment installation.

**Kaough & Jones** -Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas. General construction, electrical installation, pipeline and equipment installation

**Kranco**-Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas. Crane installation, maintenance and load testing.

**Garza Welding** – proved welding, fabrication, pipeline installation, equipment installation and repairs for the major oil companies in the Gulf of Mexico.

**T & A Wireline** – Offshore Wireline company and operated a portable well treatment barge.

**TBC Industries, Inc.** - provided lease operators, riggers, crane operators, roustabouts, and roughnecks to some of the major oil companies for their production and drilling operations in the Gulf of Mexico.

**Rembco** - Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.

**Foley Construction** - Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.

**Delta Coatings** –Sandblasting and painting contractor who worked for most of the major oil companies in the Gulf of Mexico.

**Delta Temp Services** – A temporary labor provided for Longshoremen on the Mississippi River.

**Southern Environmental Control** – Operated a garbage container distributor for the Venice, LA area.

**Eagle Marine** – Vessel operator in the Gulf of Mexico

**American Marine**– Vessel operator in the Gulf of Mexico

**Mosby Enterprises –** Offshore construction company for the major oil companies in the Gulf of Mexico.

**Total Marine Services** – Shipyard and repair yard. Fabricated and repaired barges.

**Vela Garage** –provided lawn care and vehicle maintenance for the offshore oil companies.
**Doomlar** – Dredging company
**Energy Drilling** – Drilling and workover company
**Grady Crawford**- Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.  Removed from service the Weeks Island Salt Doom facility.
**Guilliot Construction**- Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.
**J & J Electric**- Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.
**Taylormade Enterprises**- Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.
**Apache Well Services** - Drilling and workover company
**U. S. Abatement –** Sandblasting and painting company working offshore for the major oil companies.
**Wescorp Construction**- Worked as a contractor for the United States Department of Energy at the various Strategic Petroleum Reserve facilities in Louisiana and Texas.
**Blake Drilling** – Drilling and workover company.

The companies I was employed by or contracted with followed the Federal regulations listed below, and voluntarily followed the Industry Standards of Care as listed.  As their safety officer, I was required to have a working knowledge of those regulations and standards of care and the ability to apply them to the company's oil and gas exploration and productions and marine, general, industrial, and commercial work activities.

Subcategories for each section are listed in more detail in my *Curriculum Vitae.*
**Working knowledge of Federal Regulations 29:**
1910 General Industry, 1926 Construction, 1915 Shipyard, 1918 Longshoring, 1919 Gear Certification

**Working knowledge of Federal Regulations 46:**
Subchapter C - Uninspected Vessels
Subchapter D – Tank Vessels
Subchapter H – Passenger vessels
Subchapter I - Cargo and Miscellaneous Vessels
Subchapter I-A - Mobile Offshore Drilling Units
Subchapter K – Small Passenger Vessels carrying more than 150 passengers
Subchapter L – Offshore Supply Vessels
Subchapter M – Towing Vessels
Subchapter T – Small Passenger Vessels

**Working knowledge of Federal Regulations 33:**
Subchapter B – Offshore
Subchapter N - Outer Continental Shelf Activities

**Working knowledge of the following industry standards:**

(API) American Petroleum Institute
(ANSI) American National Standards Institute
(ASME) American society of Mechanical Engineers
(AWS) American Welding Society
(CGA) Compressed Gas Associations, Inc.
(ASTM) American Society for Testing and Materials
(ABS) American Bureau of Shipping
(NFPA) National fire Protection Association
(NIOSH) National Institute for Occupational Safety and Health
(SAE) Society of Automotive Engineers
(UL) Underwriters Laboratories
(NEC) National Electrical Code
(AWO) American Waterways Operators
(ISM) International Safety Management
(SSPC) Steel Structures Painting Council.

## SPECIAL SKILLS

Accepted as an expert in both Federal and State Courts.  Trial, deposition and case experience includes safety issues in the following fields of work: Welding safety, pipe laying safety, crane and rigging procedures, ladder safety, stairway safety, confined space entry, scaffolding safety, gangway safety, personnel net transfers safety, swing rope transfers safety, manual material handling safety, excavator/backhoe/industrial truck operation safety, watertight door safety, lock mooring safety, dock and wharf safety, production equipment safety, sandblasting and painting, fire prevention, hurricane evacuation procedures, mooring vessels safety, slip and fall safety, hand tools safety. Hand tool safety, machine guarding, personnel floatation devices .

Approved by the United States of America, Department of Energy as a qualified safety professional in construction and maintenance procedures. Placed on their site emergency safety task force team.

The companies I worked for or contracted with followed the Federal regulations listed below, and voluntarily followed the Industry Standards of Care found below.  As their safety officer, I was required to have a working knowledge of those regulations and standards of care and to apply them to the company's oil and gas exploration and productions and marine activities.

**WORKING KNOWLEDGE OF FEDERAL REGULATIONS 29:**
**1910 GENERAL INDUSTRY, 1926 CONSTRUCTION, 1915 SHIPYARD, 1918 LONGSHORING, 1919 GEAR CERTIFICATION**
   **GENERAL AREAS OF EXPERTISE FOR CFR 29 LABOR REGULATIONS and 1910-**
      **GENERAL INDUSTRY AREAS OF EXPERTISE FOR ALL SUBCHAPTERS INCLUDES,**
      **BUT NOT LIMITED TO:** ladders, stairways, slippery conditions on walking and working
      surfaces, dockboards, scaffold, fall protection, fire prevention plans, powered platforms, vehicle
      mounted elevating platforms, manlifts, ventilation, noise, compressed gases, storage and handling

of liquefied petroleum gases, hazardous waste operations, process safety management, personal protective equipment (eye, face, respiratory, head, foot electrical, hand), sanitation, temporary labor camps, color codes for physical hazards, accident prevention signs and tags, permit-required confined spaces, control of hazardous energy (lockout/tagout), medical services and first aid, fire brigades, fire extinguishers, firefighting extinguishing systems, firefighting training, powered industrial trucks, cranes and rigging, slings, machine guarding, hand and power tools, welding and cutting tools and equipment, electrical safety, diving operations safety, signs and labels, first aid,

**1915 - SHIPYARD:** cold work, hot work, , mechanical paint removers, painting, flammable liquids, ventilation, welding and cutting, scaffolding, guarding of deck openings, access to vessels, access to dry docks, access to cargo spaces, working surfaces, ropes, chains, slings, shackles, hooks, chain falls hoisting and hauling equipment, qualification of operators. Powered industrial truck, portable electric and hand tools, abrasive wheels, internal combustion engines, ship's piping system, ship's deck machinery, portable air receivers, electrical circuits, fire safety plan, precautions for hot work, fire extinguishing systems, fire training,

**1917 – MARINE TERMINALS:**, slinging, stacking of cargo, line handling, movement of barges and railcars, open fires, hazardous cargo, hazardous atmospheres, hazard communication, powered industrial trucks, vehicles, cranes and derricks, winches, conveyors, hand tools, guarding of edges, heights, platforms and skids, elevators and escalators, manlifts, ladders, stairways, illumination, guarding of hazards, machine guarding, welding and cutting, spray painting, compressed air, fuel handling and storage, battery charging,

**1918 – LONGSHORING:** gangways, Jacob's ladders, ladders, bridge plates and ramps, access to barges, hatch covering, stowing cargo, open hatches, weather deck rails, barges, coaming clearances, hatch beams and covers, winches and rigging, cranes and rigging, mechanically powered vehicles, Hazard communication, Housekeeping, Illumination, Hazardous atmospheres and substances, Ventilation and atmospheric conditions, mooring barges, Hazardous cargo, Sanitation, Maintenance and repair work in the vicinity of longshoring operations, First aid and lifesaving facilities, Qualifications of machinery operators and supervisory training, Emergency action plans, personal protective equipment (eye, face, respiratory, head, foot electrical, hand),

**1926 – CONSTRUCTION:** Housekeeping, Illumination, Sanitation, Means of egress, noise, gases, vapors, fumes, dusts, mists, process safety management, , fire protection and prevention, fall protection, cranes and rigging, hand tools, powered hand tools, mooring barges, abrasive wheels, jacks, welding and cutting, electrical, scaffolding, material hoist, conveyors, pile driving, site clearing, marine operations, excavations, concrete construction, steel erection, underground construction, caisson, cofferdams, compressed air, demolition, stairways and ladders, diving, confined spaces, cranes and rigging, cold work, hot work.

**WORKING KNOWLEDGE OF FEDERAL REGULATIONS 46:**
**GENERAL AREA OF EXPERTISE FOR ALL SUBCHAPTERS, INCLUDES, BUT NOT LIMITED TO:** Housekeeping, Illumination, Sanitation, Means of egress, noise, gases, vapors, fumes, dusts, mists, process safety management, , fire protection and prevention, fall protection, hand tools, powered hand tools, mooring barges, abrasive wheels, jacks, welding and cutting, electrical, scaffolding, material hoist, stairways and ladders, diving, confined spaces, cranes and

rigging, cold work, hot work, sandblast and painting, non-skid paint application, watertight door design and use, mooring procedure, anchoring handling,..

> Subchapter C - Uninspected Vessels
> Subchapter D – Tank Vessels:
> Subchapter H – Passenger vessels
> Subchapter I - Cargo and Miscellaneous Vessels
> Subchapter I-A - Mobile Offshore Drilling Units: Cranes and rigging, personnel net transfers.
> Subchapter K – Small Passenger Vessels: personnel net transfers and swing rope transfers.
> Subchapter L – Offshore Supply Vessels: personnel net transfers and swing rope transfers.
> Subchapter M – Towing Vessels: Making tow safety, winch handling.
> Subchapter T – Small Passenger Vessels: personnel net transfers and swing rope transfers.

## WORKING KNOWLEDGE OF FEDERAL REGULATIONS 33:

**GENERAL AREA OF EXPERTISE FOR ALL SUBCHAPTERS INCLUDES, BUT NOT LIMITED TO:** Welding and cutting safety, hot work, cold work, pipeline taps, fall protection, cranes and rigging, JSA, SEMS programs, hazard analysis, safe work procedures, slip and fall, non-skid paint application, walking and working surfaces, production equipment/piping installation, maintenance, sandblasting/painting, scaffolding, wireline, certain top side drilling activities, air tugger use, working from heights, stairways, ladders, guarding open holes, machine guarding.

> Subchapter B – Offshore
> Subchapter N - Outer Continental Shelf Activities

## WORKING KNOWLEDGE OF THE FOLLOWING INDUSTRY STANDARDS:

> (API) American Petroleum Institute
> (ANSI) American National Standards Institute
> (ASME) American society of Mechanical Engineers
> (AWS) American Welding Society
> (CGA) Compressed Gas Associations, Inc.
> (ASTM) American Society for Testing and Materials
> (ABS) American Bureau of Shipping
> (NFPA) National fire Protection Association
> (NIOSH) National Institute for Occupational Safety and Health
> (SAE) Society of Automotive Engineers
> (UL) Underwriters Laboratories
> (NEC) National Electrical Code
> (AWO) American Waterways Operators
> (ISM) International Safety Management
> (SSPC) Steel Structures Painting Council.

In depth accident investigation and report preparation in support of litigation proceedings.

Safety auditing of fabrications, marine and construction work to formulate safe work procedures concerning particularly hazardous jobs.

Gas freeing of platform piping and barges prior to the commencement of hot work.

Performance of Coast Guard and "ABS" hazard abatement surveys prior to the official certification inspection

Safety Management and control of H2S facilities.

Design of fire protection systems, (CO2 and foam) for marine vessels, pipe laying barges, derrick barges, and oil production facilities.

Training, formulation, and installation of a comprehensive **HAZARD ANALYSIS** program and **(JSA) JOB SAFETY ANALYSIS** program for accident prevention and accident investigation.

**EDUCATION**

Louisiana State University - September 15, 1964 through January 1, 1968
Major: Business Administration - Management

University of New Orleans - August 23, 1984 through December 10, 1984
Course Study: Psychology

Nicholls State University - August 8, 1985 through December 15, 1985
Course Study: Psychology & Safety.

**TECHNICAL AND SAFETY TRAINING**

1970 - Repair and Maintenance of Amerada Bottom Hole pressure gauges - Geophysical Research Corp. - Tulsa, OK.

1970 - Lease Automatic Custody Transfer (L.A.C.T.) Course - Amerada Hess Oil Company - Tulsa, OK.

1970 - Sandblasting and Painting of Tanks, Piping, etc. – Pittsburgh Paint Inc. - Bloomington, TX.

1970 - Supervising for Safety - One Year Home Study Course – National Safety Council.

1971 - Multi Media First Aid course - American Red Cross - Tulsa, OK.

1971 - Multi Media Instructor's Course - American Red Cross - Lafayette, LA.

1971 - Electrical Safety Marine & General Industry - National Electrical Code.

1972 - Industrial Fire Fighting School - Fire Prevention Engineer, Hess Oil Company - Tulsa, OK.

1972 - Confined Space Safety Course - Frank K. Lightfoot CSP - Tulsa, OK.

1973 - Key Man Development Course - National Safety Council - Lafayette, LA.

1973 - Competent Person Course - U.S.  Department of Labor - OSHA Lafayette, LA.

1973 - Noise & Hearing Conversation Seminar - Acadian Safety Association - Lafayette, LA.

1973 - Federal Register (OSHA) 1926 as it relates to the oil and Gas Industry - OSHA  - Lafayette, LA.

1974 - Offshore Safety Practices - Frank K. Lightfoot CSP - Tulsa, OK.

1974 - Vessel and Tank Entry Procedures - Frank K. Lightfoot CSP - Tulsa, OK.

1974 - Respiratory Protection Course - Scott Air, Inc.  - Tulsa, OK.

1974 - Safety Procedures - Hydrogen Sulfide Facilities - Frank K. Lightfoot CSP - Laurel, MS.

1974 - Water Transportation - Frank K. Lightfoot CSP - Lafayette, LA.

1974 - Fire Prevention/Fire Fighting Course - Oil Storage Tanks – Fire Prevention Engineer, Hess Oil Co. and Frank K. Lightfoot CSP. Tulsa, OK.

1974 - Personal Protective Equipment Course - Frank K. Lightfoot CSP - Lafayette, LA.

1975 - Hydrogen Sulfide (H2S) Training Course - Frank K. Lightfoot CSP Laurel, MS.

1976 - CPR Course - American Heart Association - Harvey, LA.

1976 - CPR Instructor's Course - Delgado College - New Orleans, LA.

1977 - Maritime Safety Course - Delgado College - New Orleans, LA.

1979 - Hearing & Noise Seminar - Port Authority - Singapore.

1985 - Safety Management - Nicholls State University - Thibodaux, LA.

1988 - Defensive Driving Instructor - Hartford Insurance Company

1989 - CSP Preparation Course - USF&G Insurance Company.

1989 - Crane Certification Course - Northshore Crane & Equipment, Inc.

1991 - Crane and rigging safety course - Baton Rouge Chapter of the National Safety Council.

1992 - Mine Entry Safety Survival - Weeks Island, La - U. S. Department of Energy - Strategic Petroleum Reserve

1992 - Blood borne pathogen standard -Baton Rouge Chapter of the National Safety Council.

1992 - National Safety Council First Aid and CPR - New Orleans Chapter of the National Safety Council.

1993 - Permit Required Confined Space - Weeks Island, La - U. S. Department of Energy - Strategic Petroleum Reserve

1998 - OSHA BASIC SAFETY PLUS - Kenner, LA - G.N.O.I.E.C.

1999 - OSHA HAZWOPER - Baton Rouge, LA - Baton Rouge Safety Council

1999 - Crane Operator Certification Course - Weeks Island, Louisiana - United States Department of Energy - Rico Crane, Inc.

2002 - OSHA 500 COURSE - Baton Rouge, LA - Baton Rouge Safety Council

2004 - API conference on SEMP, rigging & fall Protection Safety – Houston, Texas – American Petroleum Institute.

2005 - Fundamentals of Rigging – API RP 2D  - New Iberia, Louisiana – The Crosby Group, Inc.  – American Petroleum Certified course.

2005 – Train the Trainer – API RP 2D  - New Iberia, Louisiana – The Crosby Group, Inc.  – American Petroleum Certified course.

2005 – OSHA 10-HOUR CONSTRUCTION TRAINING – CLICKSAFETY, Inc. – OSHA approved safety course for construction sites – Course required by United States Department of Energy.

**SAFETY LITERATURE**

The following safety literature was provided to various oil companies and/or governmental institutions in Indonesia, Philippines, Thailand, and Brunei.  This material was reviewed, approved, and incorporated into the various safety regulations governing the oil and gas industry.

Marine operations safety manuals - included pipe laying barges, derrick barges, jet barges, crane barges, supply barges, dredges (bucket and suction), tugboats, and supply boats.

Fabrication yard operations safety manuals - included cranes, rigging rope and wire rope, scaffolding, personal protective equipment, welding operations, and working from heights, etc.

Safe Work Procedure manuals, derived from Job Safety Analyses performed on particularly hazardous jobs, - included welding, working from heights, various forms of egress/ingress in marine operations, material handling operations (manual, cranes, mechanical equipment, etc.).

Water Transportation Safety procedures - included emergency equipment use, life-saving equipment use, maintenance of equipment, duties of the Captain and support personnel during egress/ingress operations and cargo transfer.

Emergency Evacuation procedures - included abandon ship drills, fire on board drills, oil/gas well blow-out evacuations, military unrest.

Expatriation of a Deceased Employee procedures - included the necessary tests and exams required to expedite proceedings.

Confined Space Safety Procedures - Markel Wet Drift - Weeks Island, La - U. S. Department of Energy - Strategic Petroleum Reserve

**INSTRUCTOR/GUEST LECTURER**

Instructor/Guest Lecturer at Delgado College for a special series of courses dealing with marine Safety.  My section covered the safe work procedures in the use of cranes, wire rope, slings, and rigging.

Guest Lecturer at a special meeting of the American Welding Society. The meeting's agenda dealt with the Engineer's and Architect's responsibility towards safety in the fabrication and installation of structural steel.

Instructor/Guest Lecturer at the University of New Orleans (downtown).Paralegal studies concerning accident investigation and expert testimony.

Lafayette Paralegal Association – "ACCIDENT INVESTIGATION"

Instructor Multi Media First Aid and CPR.

Instructor in Fire Fighting and Fire Prevention.

Instructor for respiratory protection and the use of fresh air breathing equipment (tank, vessel and hydrogen sulfide facility entry).

Trained three Singapore nationals and an Indonesian nationalist in  Safety Management and Safety methods.

Taught short courses and held safety meeting in:

Material handling (manual and mechanical) - included cranes, rigging, lifting, transport, forklifts, elevators, conveyors, etc.

Personal Protective Equipment: head, face, eyes, hearing, hands, feet and respiratory.

Water, air and land Transportation Safety Procedures.

**WORK EXPERIENCE**

**January 1, 1994 to Present**

**Total Safety Services** - **Harvey, LA**

Job Description: President

To offer contract safety programs to the oil and gas industry, and litigation support for accidents involving personal injury to the legal community.

**September 25, 1987 to 1997**

**Contract Safety Consultants - Marrero, LA**
**President**

Job Description: President

To offer contract safety programs to the oil and gas industry, and litigation support for accidents involving personal injury to the legal community.  Test and certify candidates in safe rigging techniques, crane operations and over-the-water transfers (swing rope and personnel basket).

**November 1986 to September 25, 1987**

**Engineering Inspection and Investigation, Inc., New Orleans, LA**

Job Description:

Employed as a safety consultant.  Duties included investigating personal injury cases, researching the applicable codes and regulations, and providing a comprehensive report in preparation of litigation proceedings.


**December 1985 to November 1986**

**Gulf South Laboratories, Inc.  - New Orleans, LA**

Employed as a fireproofing, welding, sandblasting, and painting inspector.  My duties included the inspection of various construction sites to assure the customer that the building and safety specifications associated with the job were being met.  Weekly reports were written confirming the inspections services provided.

Experience:

Responsible for the welding and sandblasting/painting operations performed in conjunction with the building of Pumping Station No. 13 for Jefferson Parish.  Assisted the field engineer in his project management activities.

Fireproofing investigator for U.N.O.  Assembly Center.

Welding & Fireproofing inspector for the construction of the Waggaman Elementary School.

Fireproofing inspector of Doctor's Hospital.

Fireproofing inspector for three elementary schools in Jefferson Parish.

Welding inspector and water tower investigator for the U.S.  Navy Base - Algiers.

Hydrostatically tested gas pipelines for Louisiana Gas Service.

Inspector for the repair and painting operations of the fifteen high rise water towers located throughout Jefferson Parish. These water towers were repaired, sandblasted, and painted.

Inspector for the porcelain finished traffic control signs (built and coated in California) for the New Orleans International Airport.

Inspector for the sandblasting/painting operations associated with the coating of sewerage treatment plants in Avondale, LA, Morgan City, LA, and LaPlace, LA.

**August 1985 to December 1985**

**College:**

Attended Nicholls State University and worked as a security guard in a fabrication yard and a counselor for teens at the Lafourche Parish Justice Facility.


**February 1985 to May 1985**

**Inspection Consultants, Inc.  - New Orleans, LA**

Job Description: Vice President

As a safety consultant and part owner, my duties included the installation of safety programs for the industrial customer, accident investigation, and safety audits.  Safety manuals were produced to provide a workable safety program for the customers.


**July 1983 to February 1985**

**Gulf South Laboratories, Inc.  - New Orleans, LA**

Job Description:

Same as above.


**July 1978 to March 1982**

**McDermott, Inc.  - (South East Asia Group) - Singapore**

Company Description:

McDermott, Inc. was the largest offshore construction company in the world.  The South East Asia Group operated between Japan and Australia and consisted of a fabrication yard on Batom Island in Indonesia, the Jurong Yard in Singapore, and the Marine and Diving Divisions.

The Batom Fabrication yard was considered the largest in that area and employed in excess of 2,300 nationals and expatriates; its function was the fabrication of offshore platforms, barges, boats, drilling rigs and other oil related equipment.

The Jurong Yard was mostly used for support purposes but did do some small fabrication work. The Marine Division consisted of three center slot pipe laying barges, one crane barge, two jet barges, one derrick barge and various supply and tug boats.

The Diving Division performed salvage work, subsurface tie-ins, and completed underwater well installations.

Job Description:

Employed as the manager of the Safety Department for the South East Asia Group. Managerial duties included the supervision of the Workmen Compensation Department, which consisted of two employees and the Medical Department (eighteen Filipino doctors and one American medic), and four nationals.

Administrative Duties:

The installation of an American type safety program in this area. As the work force consisted of various nationalities, the safety manuals, safe work procedures, accident reports, etc. had to be translated and published into six different languages.

Significant Safety Duties included:

To apply on-the-job training techniques to the national safety personnel in safety management procedures.

To act as a liaison between the management of McDermott, Inc. and officers of various oil companies and countries concerning safe work practices associated with the oil and gas industry in their areas.

To supervise all air and sea rescues.

To evaluate new work locations and to set up emergency evacuation procedures for our personnel.

To provide safety information to the various companies and countries for their review and approval.

To install safe work procedures for hazardous jobs.

To supervise the gas freeing of production platforms prior to hot work commencing.

To assist in the design of fire-fighting, and prevention equipment on our vessels, barges and projects.

Achievements:

The Batom Fabrication yard was the only yard in the far east to successfully fabricate the Indonesian designed "Tin Dredge" without it catching fire and being destroyed. Due to the coating of the various material carrying shoots, the barge would catch fire and burn when exposed to any cutting or burning operations. An

automatically activated foam system was designed for use during its fabrication and a continuous fire watch was devised and employed for the 24 hours a day, six-month job.


**April 1976 to July 1978**

**McDermott, Inc.  (Marine Pipeline and Diving Division) - Harvey, LA**

Job Description:  Safety Supervisor - Marine Pipeline and Diving Divisions

Company Description:

The Marine Pipeline Division, then considered the best and largest in the United States, consisted of three large pipe-laying barges, one derrick barge, two jet barges and a variety of tugs, supply boats and crew boats.  The Diving Division worked off these barges and vessels, and therefore came under the same safety rules and regulations.  Both employed approximately 1,500 persons of various crafts, and performed the same type work as their counterparts did in the South East Asia Group.

Administrative Duties:

Co-authored a new Safety manual, Medics Manual and started a Safe Work Procedure Manual.  This manual would be an on-going project taken from the Safety Job Analysis reports performed on various aspects of our work.  A new Safety Awards Program was started, and a New Employee Indoctrination Program and pre-employment.  Hearing and Physical exams were initiated.  A new computer analysis program was developed to evaluate our accident statistics, and new accident report procedures were installed to go along with it.

Safety Duties:

Holding monthly safety meetings aboard each piece of equipment, investigating accidents, holding abandon ship drills, monitoring the safety awards program and supervising gas freeing operations on barges and platforms prior to commencement of hot work.

Achievements:
The largest and deepest (1,200 foot) offshore platform in the world was towed and set on location by my division during my employment without sustaining a single lost time accident.


**September 1970 to April 1976**

**Amerada Hess Corp.  - Lafayette, LA**

Company Description:

Amerada Hess Oil Company was the sixth largest independent oil company in the world.  The Lafayette Region consisted of eight oil and gas production fields located from Como, Texas to Laurel, MS., and employed some 900 workers.  There were two manned offshore production and storage platforms and two manned inland-water oil production and storage facilities; the other four locations were land based.

Job Description:

Initially hired as a Production Technician, my duties included wireline work, supervising the installation of pipelines, and piping, all types of gauge repairs, oil and gas production measurements, and general maintenance work.

In order to establish a Corporate Safety Department, six employees throughout the United States and Canada were promoted to Safety Representatives.  An extensive safety-training program was started and headed by the Corporate Safety Manager, Mr. Frank K. Lightfoot, CSP.  Mr. Lightfoot was the former chairman of the oil and gas section of the National Safety Council.

Safety Duties:

Traveling to the eight oil and gas production fields and holding monthly safety meetings, investigating accidents, teaching first aid courses, making safety inspections, auditing safe work procedures and supervising the testing of oil storage tanks for oxygen or flammables prior to hot work commencement.

Achievements:

The Lafayette Region was the first and only region to go for one full year without a lost time accident during my employment.  The management presented the region with a special awards banquet and was praised in the company's Safety newsletter.


**June 1969 to July 1970**

**Indel, Inc.  - New Orleans, LA**

Job Description:

Manager of the New Orleans Branch.  Sold, rented, and repaired Amerada Bottom Hole pressure equipment.  Sold computer tape, disc packs, and other computer supplies.  Sold photo-recording supplies, as Indel, Inc. was a distributor for Kodak and Dupont.

Experience:

Supervised the performance of Reservoir Limits Tests offshore.  Using the Amerada Bottom Hole Pressure Gauge, the extent and amount of oil reserves were measured and calculated.

**March 1968 to June 1969**

**Smith Wallender Wireline - Harvey, LA**

Job Description:

Employed as a wireline operator offshore.  Performed bottom hole pressure surveys and well completions; changed out gas lift valves and subsurface safety valves.

# DISCLOSURE OF EXPERT TESTIMONY

1   BOBBY MOREE V. SOUTHERN SHIPBUILDING CORP.
YEAR:  1992
COURT: US DISTRICT - EASTERN DISTRICT - NEW ORLEANS, LA  - JUDGE SCHWARTZ
PLAINTIFF: UNGAR & BYRNE

 2  JOHN E. JORDAN V. INTERCONTINENTAL BULKTANK CORP
YEAR:  1990
COURT:  18 JUDICIAL DISTRICT COURT - PORT ALLEN, LA
PLAINTIFF: TERRY BELL

 3  ROBERT S. BOWMAN, JR. V. PAN AM WORLD SERVICES, INC.
YEAR: 1989
COURT: US  DISTRICT - EASTERN DISTRICT, NEW ORLEANS, LA - JUDGE SCHWARTZ
DEFENSE: JONES WALKER

4   LEROY DARDAR, JR V. CONOCO, INC & ABC CRANE COMPANY
YEAR:  1992
COURT: US DISTRICT - EASTERN DISTRICT, NEW ORLEANS, LA - JUDGE MINTZ, JR.
PLAINTIFF: HAROLD WHEELAHAN

 5  GLENN W. D. GRAY V. TEXACO, INC.
YEAR:  1991
COURT:  STATE COURT, CAMERON, LOUISIANA - JUDGE FONTENOT
PLAINTIFF: J.B. JONES

6  LINDSEY FRANCIS V. JOHN E. GRAHAM & SONS
YEAR:  1991
COURT: STATE COURT, CAMERON, LOUISIANA - JUDGE FONTENOT
DEFENSE: HUNTER LUNDY


7  AUDREY D. FAUCHEAUX V. TERREBONNE PARISH CON.
YEAR:  1990
COURT:  32 TH JUDICIAL DISTRICT COURT - PARISH OF TERREBONNE - JUDGE: FALLON
DEFENSE: DUVAL, FUNDERBURK

8  U.S. ABATEMENT VS. MOBIL EXPLORATION & PRODUCING, USA
YEAR:  1993
COURT: US DISTRICT COURT - EASTERN DISTRICT - NEW ORLEANS, LA - BANKRUPTCY COURT
- JUDGE BROWN
DEFENSE:


9  LARRY SAMPSELL V. B&I WELDING SERVICES, INC
YEAR:  1993
COURT: 25 TH JUDICIAL DISTRICT COURT - PLAQUEMINES, LA - JUDGE KIRBY
PLAINTIFF: GEORGE NALLY


10  C. RAVEN BENOIT VS. CRAIN BROS, INC.
YEAR: 1994
COURT:  STATE COURT, CAMERON, LOUISIANA - JUDGE FONTENOT
PLAINTIFF: J.B.JONES
.

11  LEON HUVAL VS. C.F. BEAN CORPORATION
YEAR 1994
COURT: FEDERAL COURT, LAFAYETTE, LA - JUDGE REBECCA DOHERTY
PLAINTIFF: MORROW & MORROW


 12  RICKY LINTON, VS. GREAT LAKES DREDGE & DOCK CO.
YEAR: 1994
COURT:  STATE COURT, HARRIS COUNTY- JUDGE JOHNSON
DEFENSE: HUNTER LUNDY
.


13  RICHARD VIATOR VS. GORDON'S TRUCKING, CO.

YEAR: 1994
COURT:  UNITED STATES DISTRICT COURT LAFAYETTE
DEFENSE: GOLEAMINO


 14  BRANDON DESHOTEL VS. KMART CORP.
YEAR: 1994
COURT:  UNITED STATES DISTRICT COURT - EASTERN DISTRICT
DEFENSE: JONES WALKER


15 GEORGE BRANIFF VS. BLUE STREAK
YEAR: 1994
COURT:  24 TH JUDICIAL DISTRICT COURT
PLAINTIFF: TERRY BELL


16  CHARLES PALOMBO VS. CAMERON OFFSHORE BOATS, INC.
YEAR: 1995
COURT: WESTERN DISTRICT LAKE CHARLES
DEFENSE: VERRON


17  JAMES WALKER VS. MOBIL OIL CORP.
YEAR: 1995
CASE NO:  94 C 305
COURT: NORTHERN DISTRICT OF ILLINOIS -JUDGE ROBERT W. GETTLEMAN
PLAINTIFF:


18  CHARLES BOUQUE VS. CHEVRON
YEAR: 1995
COURT: UNITED STATES DISTRICT COURT LAFAYETTE
DEFENSE:


 19  PATRICIA PICOU VS. DIAMOND REEF SEAFOOD
YEAR: 1999
COURT: 15 TH JUDICIAL DISTRICT COURT - JUDGE COX
PLAINTIFF: JOHN JAY


20  WILLIAM BREAUX VS. LOUISIANA MACHINERY CO., ET AL

YEAR: 1998
COURT: FOURTH JUDICIAL DISTRICT COURT - JUDGE BECHNEL
PLAINTIFF: GIBBY ANDRY


21  CARROLL BOUDREAUX VS. U.S.A. & BAY MANAGEMENT
YEAR: 2000
COURT: US DISTRICT - EASTERN DISTRICT - NEW ORLEANS, LA  - JUDGE BERRIGAN
PLAINTIFF: UNGAR & BYRNE


22 BILLY GILPATRICK VS. ENSCO OFFSHORE COMPANY
YEAR: 2000
COURT: FIFTEENTH JUDICIAL DISTRICT COURT - JUDGE RUBIN
PLAINTIFF: GILPATRICK


23 CHICK KIM CHOO VS. EXXON
YEAR: 2000
COURT: FEDERAL COURT IN HOUSTON: JUDGE BELSON
PLAINTIFF: CHARLES MUSSCLEWHITE


24  DALE J. ESTAY VS. TERMINAL STEVEDORES, INC.
YEAR: 2000
COURT: 29 TH JUDICIAL DISTRICT COURT - PARISH OF ST. CHARLES - JUDGE: ROBERT
CHIASSON
DEFENSE: JONES WALKER


25  U. V.  JEAN MOTT VS. FALCON DRILLING COMPANY, INC.
YEAR: 2000
COURT: 32 TH JUDICIAL DISTRICT COURT - PARISH OF TERREBONNE - JUDGE: WALKER
PLAINTIFF:


26  WENDELL BYRD VS. ROWAN COMPANIES, INC.
YEAR: 2001
COURT: 16 TH JUDICIAL DISTRICT COURT PARISH OF ST. MARY - JUDGE: SIMMONS
PLAINTIFF: ELWOOD STEVENS


27  RONALD DICKEY VS. TAIRA LYNN MARINE.

YEAR: 2001
COURT: 34 TH JUDICIAL DISTRICT COURT PARISH OF ST. BERNARD - JUDGE: BUCKLEY
PLAINTIFF: RONNIE PENTON


28  JAMES DAGGS VS. GULF ISLAND CONTRACTORS, INC.
YEAR: 2001
COURT: 32 TH JUDICIAL DISTRICT COURT PARISH OF TERREBONNE
JUDGE: WIMBISH
PLAINTIFF:


29  KEVIN AMOS AND JENNIFER AMOS VS. NABORS OFFSHORE CORPORATION.
YEAR: 2002
COURT: US DISTRICT - EASTERN DISTRICT - NEW ORLEANS, LA  - JUDGE THOMAS G.
PORTEOUS, JR.
PLAINTIFF: ST. MARTIN & WILLIAMS


30  MARY ANN BUTEAUX VS. R & B FALCON
YEAR: 2002
COURT: 32 TH JUDICIAL DISTRICT COURT PARISH OF ST. TERREBONNE
JUDGE: WALER
DUVAL, FUNDERBURK


31  TODD AUCOIN VS. CAL DIVE INTERNATIONAL, INC.
YEAR: 2002
COURT: 16TH JUDICIAL DISTRICT COURT, PARISH OF ST. MARY
JUDGE: LEONARD
PLAINTIFF: DAVID PARISOLA


32  TERRY LYNN HAYLES VS. SONAT EXPLORATION CO.
YEAR: 2002
COURT: CIVIL DISTRICT COURT, PARISH OF ORLEANS
JUDGE: DIROSA
DEFENSE: LISKOW & LEWIS


33  JUAN LOPEZ VS. MARINE DRILLING COMPANY ET AL
YEAR: 2002
COURT:15 TH JUDICIAL DISTRICT COURT PARISH OF VERMILION

JUDGE: BROUSSARD
PLAINTIFF: GEORGE FLOURNEY


34  JERRY P. HELMER VS. F & B FALCON
YEAR: 2002
COURT:16 TH JUDICIAL DISTRICT COURT PARISH OF ST. MARY
JUDGE: PORTER
DEFENSE: DUVAL , FUNDERBURK


35  AARON J. NOEL VS. DIAMOND OFFSHORE DRILLING, INC.
YEAR: 2003
COURT: UNITED STATES DISTRICT COURT - HOUSTON, TEXAS
JUDGE: SIM LAKE
PLAINTIFF: BLAKE JONES


36  ODILON CHACHA COTO, ET AL VS. J. RAY MCDERMOTT, S. A. ET AL
YEAR: 2003
COURT: CIVIL DISTRICT COURT, PARISH OF ORLEANS
JUDGE: MARVIN GAHAGAN
PLAINTIFF: JOHN O"QUINN


37  ABEL RODULPHO ESQUIVEL, ET AT VS. KELLOGG BROWN & ROOT, INC.
YEAR: 2003
COURT: 190 TH JUDICIAL DISTRICT, HARRIS COUNTY, TEXAS
JUDGE: JENNIFER ELROD
PLAINTIFF: JOHN O"QUINN


38  ANTHONY F. DIXON VS. MORENO ENERGY MARINE, INC.
YEAR: 2003
COURT: 38 TH JUDICIAL DISTRICT COURT, PARISH OF CAMERON
JUDGE: FONTENOT
DEFENSE: WOODLEY WILLIAMS


39  TERRELL PARFAIT VS. TRANSOCEAN & SHELL
YEAR: 2004
COURT: CDC NEW ORLEANS

JUDGE: ROBIN GIARRUSSO
PLAINTIFF: ST MARTIN & WILLIAMS


40  ROBERT MCINNIS VS. PARKER DRILLING
YEAR: 2004
COURT: CIVIL DISTRICT COURT, PARISH OF ORLEANS
JUDGE: ROBIN GIARRUSSO
DEFENDANT – MR. JEFFERSON TILLERY & MR. LEE STRAYHAN


41 DUPLECHIN VS. DUPHIL, INC.
YEAR: 2004
COURT: 38 TH JUDICIAL DISTRICT COURT, PARISH OF CAMERON
JUDGE: FONTENOT
TYPE OF TESTIMONY: TRIAL
PLAINTIFF – KEVIN DUCK – DUCK LAW FIRM


42  GUILLORY VS. SEA MAR MANAGEMENT, INC.
YEAR 2006
COURT: 16 JUDICIAL DISTRICT, PARISH OF IBERIA
JUDGE: COMEAUX
DEFENSE – WILLIAM BASS – VOORHIES & LABBE


43  JONES VS. PRODUCTION MANAGEMENT, CHEVRON, HOUMA INDUSTRIES
YEAR 2006
COURT: EASTERN DISTRICT FEDERAL COURT
JUDGE KURT D. ENGELHARDT
PLAINTIFF ED SHERMAN


44  CEDRIC NICHOLS VS. WEEKS MARINE, INC. ET AL
YEAR 2006
COURT: EASTERN DISTRICT FEDERAL COURT
JUDGE ELDON E. FALLON
PLAINTIFF: RANDY UNGAR


45 GRAYLING VITAL VS. COASTAL CATERING, LLC
YEAR 2008
COURT: EASTERN DISTRICT FEDERAL COURT

JUDGE A. J. McNAMARA
PLAINTIFF: DARLENE JACOBS & AL SARRAT


46 ROBERT C. BAUCOM VS. SISCO STEVEDORING, LLC, WARRIOR & GULF
YEAR 2008
COURT: SOUTHERN DISTRICT OF ALABAMA
JUDGE: WILLIAM STEELE
PLAINTIFF: LOUIS ST. MARTIN


47  TRACY COMMINGS VS. MIKE HOOKS, INC.
YEAR 2008
COURT:  EASTERN DISTRICT OF LOUISIANA
JUDGE JAY ZAINEY
PLAINTIFF: JOE GUIDRY


48  ROZMARYNOSKI VS. J. RAY MCDERMOTT
YEAR 2008
COURT: CIVIL DISTRICT COURT, PARISH OF ORLEANS
JUDGE: DAROSA
CLIENT: PLAINTIFF: MR. JOHN O'QUINN & MR. CHARLIE MUSSCLEWHITE


49   JAMES JOSEPH VS. OMEGA PROTEIN, INC.
YEAR 2008
COURT: EASTERN DISTRICT OF LOUISIANA
JUDGE: LANCE AFRICK
CLIENT: PLAINTIFF: MR. WILLIAM GEE & LARRY CURTIS


50  DAVID LITTETON VS. TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC.
YEAR: 2009
SOUTHERN DISTRICT OF MISSISSIPPI
JUDGE: DANIEL P. JORDAN III
PLAINTIFF: CHRIS ERNY


51  STEVEN E. KUITHE VS. GULF CARIBE MARIMINE, INC.
YEAR: 2010
SOUTHERN DISTRICT OF ALABAMA
JUDGE: WILLIAM H. STEELE

PLAINTIFF KEN JACQUES & LOUIS KOERNER


52  TYNIRSHA W. RHINE VS. BAYOU PIPE COATING, INC.
YEAR 2010
16TH JUDICIAL DISTRICT COURT, PARISH OF NEW IBERIA
JUDGE: GERARD B. WATTIGNY
PLAINTIFF KEN JACQUES & LOUIS KOERNER


53 BRAD BOUTIN VS. NEWFIELD EXPLORATION CO.
YEAR 2010
WESTERN DISTRICT OF LOUISIANA
MAG. JUDGE HILL
PLAINTIFF:  DeGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE LLP


54 LEONARD GOTCH VS. TRANSOCEAN, INC.
YEAR: 2011
25TH JUDICIAL DISTRICT COURT  - PLAQUEMINES
JUDGE: KEVIN CONNER
PLAINTIFF: BLAKE JONES


55 ERIC VINCENT OWENS VS. ABDON CALLAIS OFFSHORE, LLC
YEAR 2011
EASTERN DISTRICT OF LOUISIANA
JUDGE: SARAH S. VANCE
PLAINTIFF: KRISTI POST


56  KENNY CHOATE VS. ALLIS-CHALMERS TUBULAR
YEAR 2011
42nd JUDICIAL DISTRICT COURT
DESOTO PARISH, LOUISIANA
JUDGE  CHARLES ADAMS
PLAINTIFF: MR. SCOTT J. CHAFIN, JR – GREGORIO, GREGORIO & PAYNE


57  RUSSELL DESELLE, JR. VS. LAREDO CONSTRUCTION, INC. ET AL
YEAR 2012
WESTERN DISTRICT OF LOUISIANA
JUDGE: HAIK

PLAINTIFF: MR. AARON ALLEN – MOTT & ALLEN


58  TROY ESTELLE VS. WEST END MARINE, INC. SANDRIDGE OFFSHORE, LLC
YEAR 2112
16TH JUDICIAL DISTRICT COURT, PARISH OF ST. MARY
JUDGE: JAMES R. McCLELLAND
PLAINTIFF: MR. DAVID AND JEANNE LABORDE – LABORDE LAW FIRM


59 SCOTT DELAHOUSSAYE VS. PISCES ENERGY
YEAR 2012
EASTERN DISTRICT OF LOUISIANA
JUDGE: JANE TRICHE MILAZZO
PLAINTIFF: MR. DAVID BATEMAN


60  JESSICA SIMON VS. LEGACY OFFSHORE LLC
YEAR 2013
23RD JUDICIAL DISTRICT COURT – PARISH OF ASSUMPTION
JUDGE: RALPH TUREAU
PLAINTIFF: HERMAN, HERMAN, KATZ & COTLAR: MR. JED CAIN

61  CHARLES PAES VS ROWAN COMPANIES, INC
YEAR 2013
EASTERN DISTRICT OF LOUISIANA
JUDGE: LANCE AFRICK
PLAINTIFF: MR. TIM YOUNG

62  ROSARIO CHERMIE VS CALLAIS & SONS, LLC
YEAR 2013
EASTERN DISTRICT OF LOUISIANA
JUDGE:  KURT D. ENGELHARDT
PLAINTIFF: MS. KRISTI POST

63  JASON THOMAS VS. SHELL OIL COMPANY
YEAR: 2013
MEDIATION JUDGE: A. J. KROUSE
PLAINTIFF: MR. LARRY BEST


64 ERNEST GUIDRY VS. ABC INSURANCE TANNER & ENERGY 21
YEAR 2015

27TH JUDICIAL DISTRICT COURT PARISH OF ST. LANDRY
JUDGE: JAMES DOHERTY, JR
PLAINTIFF: MR. BLAKE DAVID

65 RONALD BIBBINS, SR VS. CONSOLIDATED GRAIN & BARGE, INC.
YEAR 2015
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: IVAN L.R. LEMELLE
MAGISTRATE JUDGE: MARY ANN VIAL LEMMON
PLAINTIFF: MS. KRISTI POST

66 RICHARD PRICE VS. GREAT LAKES DREDGE & DOCK COMPAN, LLC
YEAR 2015
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: LANCE AFRICK
MAGISTRATE JUDGE: ROBY
DEFENSE: JONES WALKER, JEFFERSON TILLERY

67 JASON DEROUEN VS. HERCULES LIFTBOAT COMPANY, LLC, Y&S MARINE, INC. ET AL
YEAR: 2015
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: FALLON
MAGISTRATE JUDGE: SHUSHAN
DEFENSE: STAINS, EPPLING, JASON KENNY, TONY STAINS

68 BRAD HEBERT VS. MAINTENANCE ENTERPRISES, INC.
YEAR 2016
18TH JUDICIAL DISTRICT COURT
PARISH OF IBERVILLE
STATE OF LOUISIANA
DIVISION D
PLAINTIFF: SAUNDERS & CHABERT - SCOTTY CHABERT

69 ATLANTIC SOUNDING, CO, INC VS. JESSICA R. SMITH
YEAR 2016
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: MILAZZO
MAGISTRATE JUDGE: NORTH
PLAINTIFF: THE YOUNG LAW FIRM - MS. MEGAN MISKO

70 STEVE GRANGER, IV VS. BISSO MARINE, LLC
YEAR 2016
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: FALLON
MAGISTRATE JUDGE: KNOWLES
PLAINTIFF: LAMOTHE LAW FIRM, LLC - MR. RICHARD MARTIN

71: BRAYTON BAYARD VS. CAMERON, INC.
YEAR 2018
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION
JUDGE: REBECCA DOHERTY
MAG. JUDGE CAROL WHITEHURST
PLAINTIFF: JEROME H. MOROUX – BROUSSARD & DAVID, LLC

72: RORY CASTILLE VS APACHE CORP
YEAR: 2018
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION
JUDGE: REBECCA DOHERTY
MAG. JUDGE CAROL WHITEHURST
DEFENSE: JEFFERSON TILLERY – JONES WALKER

73: MARCUL LOMAX VS. MARQUETTE TRANSPORTATION
YEAR: 2018
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: JANE TRICHE MILAZZO
MAG. JUDGE KAREN WELLS ROBY
PLAINTIFF: MS. KRISTI POST – BLAKE JONES LAW FIRM

74: JOHNNY DEAN, SR VS. SEA SUPPLY, INC.
YEAR: 2018
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE FALLON
MAG. JUDGE KNOWLES
DEFENSE: JEFFERSON TILLERY – JONES WALKER

75: DEVIN BARRIOS VS. CENTAUR, LLAC
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE: JANE TRICHE MILAZZO
PLAINTIFF: JOSEPH WAITZ – WAITZ & DOWNER

76: GARY ROBIN VS. WEEKS MARINE, INC.
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE SUSIE MORGAN
PLAINTIFF: RYAN LUMINAIS – SHER, GARNER, CAHILL, RICHTER, KLEIN & HILBERT

77: JEFFERY MCCARTY VS. ENTERPRISE MARINE SERVICES, LLC
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
JUDGE SUSIE MILAZZO
PLAINTIFF: JOSEPH B. MARINO, III - THE YOUNG FIRM

78: RYAN R. KINNERSON VS. ARENA OFFSHORE, LP, SPARROW OFFSHORE, LLC
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
JUDGE: FALLON
PLAINTIFF: TOM EDWARDS, DOMENGEAUX, WRIGHT, ROY & EDWARDS
************************************************************************************

**DEPOSITION TESTIMONY**
**SINCE 1987**

1.      ABATE VS. FALCON DRILLING – sandblasting safety
2.      ALLEN VS. CONTINENTAL CONSTRUCTION CO., INC.
3.      ALFORD VS. NOBLE DRILLING
4.      ALEXANDER VS. MARATHON OIL CO.
5.      ANTOINE VS. BHP BILLITON PETROLEUM, INC.  – hit by psi water hose
6.      ANTHONY VS. ACBL
7.      ANDERSON VS. DIAMOND OFFSHORE DRILLING – owt, boat to boat
8.      ANDERSON VS. HARVEY GULF
9.      AMOS VS. NABORS DRILLING – see trial – LO/TO cut off finger
10.     ARNAUD V. PINE BLUFF
11.     ATKINSON VS. WARRIOR ENERGY
12.     AUCOIN VS. CAL DIVE INTERNATIONAL
13.     BARBER VS. C&C TECH
14.     BAYARD VS. CAMERON – struck with chain binder, fall from transporter
15.     BAUCOM VS. SISCO STEVEDORING, LLC, WARRIOR & GULF

16.    BEECH VS. PREMIERE
17.    BELL VS. K&K TRANSPORTATION, INC.
18.    BELL VS. OTTO CANDIES
19.    BENOIT VS. CRAIN BROS, INC.
20.    BERNARD VS. GREAT LAKES DREDGE & DOCK CO.
21.    BILLINZON VS. CONOCO - stairs
22.    BILLIOT VS. CHEVRON – fall protection
23.    BLAIR VS. BLAKE DRILLING
24.    BLANCHARD V. ROWAN COMPANIES, INC.
25.    BOREL VS. CHEVRON
26.    BOSARGE VS. MAGIC MIKE
27.    BOUDREAUX VS. USA & BAY MANAGEMENT
28.    BOUQUE VS. CHEVRON
29.    BOURGUE VS. DIAMOND
30.    BOUTIN VS. NEWFIELD EXPLORATION
31.    BOWMAN VS PAN AM WORK SERVICES
32.    BRACEY VS. HALLIBURTON ENERGY SERVICES – SLIP & FALL
33.    BRANIFF VS. BLUE STREAK
34.    BREAUX VS. J. W. STONE – dropped gear - lifting
35.    BRILEY VS. GLOBAL INDUSTRIES- lifting pipe
36.    BRISTER V. TEXACO
37.    BROUSSARD VS. UNION
38.    BRUNET VS. GLOBAL PIPELINE PLUS
39.    BURLEIGH VS. FEDERATED MUTUAL INSURANCE – SLIP IN BATHROOM
40.    BUTEAUX VS. R&B FALCON
41.    BYRD VS. ROWAN – lifting chemical sacks
42.    CABOT OIL VS. SMITH MARINE – hurricane evacuation
43.    CANIK VS. NATIONAL UNION
44.    CANTRELLE VS. BLUE STREAK – personnel net
45.    CARDENAS VS. MIKE HOOKS, INC.
46.    CISNEROS VS. MARQUETTE TRANSPORTATION gangway and lifting luggage
47.    CHARRON VS. HORNBECK OFFSHORE SERVICES, INC.  crane and rigging slings
48.    CHIASSON VS. MAKO MARINE OPERATORS
49.    CHATMAN VS. CARGILL, INC.
50.    CHENEUERT VS. GARGILL
51.    CHEANAU VS. COASTAL GARGO – crane – load dropped
52.    CHICK VS. EXXON – struck by fall valve stem.
53.    CISNEROS VS MARQUETTE TRANSPORTATION – lifting his bag onto a boat
54.    CLEMENTS VS. GULF RESOURCE  - lifting
55.    CHOATE VS. ALLIS-CHALMERS  - struck by pipe
56.    CHOO VS. EXXON
57.    COLMAN VS. TRANSOCEAN – slip and fall on
58.    COLIN VS. AEP MEMCO,LLC  Crane & rigging

59.     COLLING VS. TIDEWATER
60.     COLLINS VS. CARDINAL
61.     COLLINS VS. SEA HORSE MARINE – Crane & rigging
62.     COMMINGS VS. MIKE HOOKS, INC.
63.     CONOCO VS. HOFMAN MARCELLO
64.     CORMIER VS M&M WIRELINE ET AL
65.     COTO VS. MCDERMOTT- barge sunk in hurricane
66.     CRAWFORD VS. L&L
67.     CROSBY VS. R&B FALCON
68.     CRUMP VS. DELOACH MARINE SERVICES, LLC. – pelican hook released fell
69.     CURTIS VS. CHEVRON U.S.A., INC.
70.     DAGGS VS. GULF ISLAND CONTRACTORS, INC.
71.     DAHL, ROBERT VS. SWIFT ENERGY OPER – slip and fall on wet plywood
72.     DARDAR VS. CONOCO
73.     DAVID VS C&G BOATS, INC. – personnel net
74.     DELANEY VS. MERCHANTS RIVER TRANSPORTATION
75.     DEROCHE VS. BERRY BROTHER – Fire on tank battery
76.     DEROUEN VS. HERCULES LIFTBOAT COMPANY, LLC – personnel net transfer
77.     DESHOTEL VS. KMART CORP
78.     DICKEY VS. TAIRA LYNN MARINE
79.     DIXON VS. MAREENO ENERGY MARINE
80.     DOMINGUE VS. CHEVRON  guarding ladder access way
81.     DUERISON VS CLIFF DRILLING
82.     DUPLECHIN VS. DUPHIL, INC. - Crane
83.     ESKINE VS. RONCO BARGE
84.     ESTAY VS. TERMINAL STEVEDORES, INC.
85.     FAUCHEAUX VS. TERREBONNE PARISH
86.     FERNANDEZ VS. VICTOR EQUIPMENT CO. – gauge exploded
87.     FOLEY VS. NORMAN PIPELINE – lifting engine head
88.     FOLLIS VS. CHILES ALEXANDER - crane
89.     FORSTER VS. SUBSEA
90.     FOY VS. HOME DEPOT, INC. – struck by forklift
91.     FOX VS. TEXACO – no swing rope fell trying to get on jacket.
92.     FRANCIS VS. JOHN E. GRAHAM & SONS
93.     FREEMAN VS. CHEVRON – slip down stairway
94.     FROST VS. MARATHON OIL CO. – struck by sling on air tugger
95.     GASPARD VS OPI – Stairway
96.     GANT VS. SOUTHLAND ENERGY SERVICES, LLC
97.     GILPATRICK VS. ENSCO OFFSHORE COMPANY
98.     GINN VS. ROWAN – lifting
99.     GOTCH VS. TRANSOCEAN INC
100.    GRANTHAM VS. AVONDALE INDUSTRIES
101.    GRAY VS. TEXACO

102.    GREEN VS. ARIES - Gangway
103.    GRINDLEY VS. R&B FALCON
104.    GUIDRY VS. DIAMOND TANK – Lifting
105.    GUILLORY VS. SEA MAR MANAGEMENT
106.    HAMMOND VS. MCDERMOTT – struck by equipment
107.    HAYLES VS. SONAT PRODUCTION – lifting valve
108.    HAYNES, VS. MOMENTIVE SPECIALTY CHEMICALS, INC.
109.    HEBERT VS. M. HOOKS, INC.
110.    HEBERT VS. MAINTENANCE ENTERPRISES, INC.
111.    HELMER VS. F & B FALCON
112.    HENDERSON VS. ISLAND OPERATING CO. – CRANE RIGGING
113.    HENRY VS. L&A CONTRACTING, CO.
114.    HOMER VS. DNOW LP – fall from heights
115.    HILL VS. CROSS MARINE – fell from structure
116.    HUVAL VS. C.F. BEAN – lifting sling off crane's bucket
117.    JACKSON VS. YMCA – slip in bathroom
118.    JOHNSON VS. SUBSEA
119.    JOHNSON VS. EXXON DRILLING CO.
120.    JOHNSON VS. GLOBAL
121.    JOHNSON VS. GULF TRAN, INC.
122.    JONES VS. PMI, CHEVRON, HOUMA INDUSTRIES
123.    JONES VS. NORTH AMERICAN
124.    JONES VS. BISSO, INC.
125.    JONES VS. PRODUCTION MANAGEMENT, CHEVRON, HOUMA INDUSTRIES
126.    JORDON VS. INTERCONTINENTAL BULKTANK CORP
127.    JOSEPH VS. OMEGA PROTEIN, INC.
128.    KUITHE VS. GULF CARIBE MARITIME
129.    LANDRY VS. GULF CREW
130.    LANDRY VS. G. C. CONSTRUCTORS, A JOINT VENTURE – LIFTING
131.    LASSEIGNE VS. CHEVRON – s/s fitting valve failed under pressure
132.    LAWRENCE VS. APEX, INC.
133.    LEBLANC VS DYNAMIC OFFSHORE
134.    LEDET VS. KOCH SERVICE, INC. – Transfer hose lifting
135.    LEDET VS. JO DE –FALL FROM HEIGHTS
136.    LEE VS. CENTRAL GULF – slipped down ladder
137.    LEE VS. GENESIS BOAT RENTALS, INC. - ladder
138.    LEONARD VS. MARATHON – Air tugger / rigging
139.    LINDOT VS. GREAT LAKES DREDGE & DOCK
140.    LITTLE VS. WESTERN HERITAGE INSURANCE – slip fall on entrance to bldg
141.    LITTETON VS. TRANSOCEAN OFFSHORE DEEPWATER DRILLING. INC
142.    LOPEZ VS. MARINE DRILLING CO.
143.    LOPEZ VS. TIDEWATER, MARINE DRILLING -  slipped on tire at dock
144.    LUDEAU VS. PENROD

145.    LUTRELL VS. JWP BOAT RENTALS – no gangway
146.    LYONS VS. NORTHSTAR OFFSHORE ENERGY-
147.    MANUAL VS. OTIS – slipped on gangway.
148.    MARCEL VS. LEBOUF BROTHERS slipped down shipyard stairway
149.    MARONEY VS. PETROLEUM SERVICES, INC. – slipped on walkway
150.    MARONGE VS. HUNT PETROLEUM – fall from
151.    MASSEY VS. ROWAN DRILLING CO. – lifting chemical sacks.
152.    MATHIS VS. LAFAYETTE
153.    MATTER OF TAIRA LYNN LIMITED NO. 7 -  explosion and fire on barges
154.    MCINNIS VS. PARKER DRILLING  Trip and fall on rig floor
155.    MCNABB VS. TORCH ENERGY COMPANY – fire explosion
156.    MECHE VS. MARINER – fire & explosion on production platform
157.    MEGEE VS LAREDO – machine guarding
158.    MEYERS VS. LA CUSTOM COAT
159.    MOREE VS. NABORS OFFSHORE -
160.    MINCHEW VS. HELIX ENERGY SOLUTIONS – fall from heights
161.    MORRIS VS. DIAMOND " M "
162.    MORRISON VS. THE SOUTH CENTRAL LOUISIANA TECHNICAL COLLEGE
163.    MOTT VS. FALCON DRILLING CO
164.    NAVA S. JOHN BLUDWORTH SHIPYARD – Sandblasting equipment
165.    NGUYEN VS. RTA – fall protection
166.    NICHOLS VS. WEEKS MARINE, INC.  – slip fall winch
167.    NIX VS. SUB SEA INTERNATIONAL
168.    NOEL VS. DIAMOND OFFSHORE DRILLING, INC.
169.    NORMAND VS CANAL PLACE - Stairway
170.    NORRIS VS. CXY ENERGY, INC.
171.    NUGENT VS. HERCULES
172.    NUNZ VS. CLAYTON W. WILLIAMS JR.
173.    OWENS VWS. ABDON CALLAIS OFFSHORE, INC.
174.    PAES VS ROWAN DRILLING
175.    PALAOMBO V. CAMERON BOAT RENTALS – slip in galley
176.    PARTIN VS. SUPERIOR ENERGY SERVICES, INC.  – slip fall on edge of bldg..
177.    PARFAIT VS. TRANSOCEAN & SHELL – fell from work stand
178.    PARFAIT VS PERFORMANCE ENERGY SERVICES, INC – struck by falling object
179.    PARKER VS. CROWN
180.    PERRIOR VS. COOPER T. SMITH – ingress/egress out of a barge hatch
181.    PERRON VS. MARQUETTE TRANSPORTATIONS – swing rope vessel to vessel
182.    PICOU VS. DIAMOND – slipped on dock
183.    PHILLIPS VS. BRAIN CAPPY – fall down stairs no handrail
184.    PICOU VS. DIAMOND REEF SEAFOOD – slip fall dock
185.    PITRE VS. MESA OPERATING LTD.
186.    POORE VS. TRACTOR HYDRO
187.    PORTALIS VS. EXXONMOBIL PIPELINE

188.    PRICE VS. CAMERON BOAT RENTALS, INC. – slipped down stairs
189.    QUIBEDEAUX VS. UNION OIL – fell over handrail.
190.    QUINTANA VS. LAZER, INC.
191.    RAGUSA V. GULF COAST LUBE
192.    RANGEL VS. PETROLEUM TREATERS – fire explosion
193.    REDMANN VS. TRUE NORTH SALMONE US INC. –  amputation unguarded winch
194.    RICHARD VS. MONCEAUX – fall from scaffolding
195.    RICHARD VS. PRIDE OFFSHORE
196.    RICHARDSON VS. TURNER INDUSTRIES – struck by falling object
197.    RICO VS. LA GAMING – Slip on gangway
198.    RITZELL VS. GULF MARINE ENGINEER
199.    RHINE VS. BAYOU PIPE COATING
200.    ROBERTSON VS. ANADARKO PETROLEUM – slip non-skid paint
201.    ROBIN VS. WEEKS MARINE – boat struck a submerged pipeline
202.    ROMERO VS. CONSOLATA NURSING HOME, INC. – trip and fall
203.    ROZMARYNOSKI VS. J. RAY MCDERMOTT
204.    SAMPSELL VS. B&I WELDING – lifting pipe
205.    SANDERS VS C&G WELDING
206.    SIMS VS. ENERGY CRANE
207.    SIMON VS. LEGACY OFFSHORE
208.    SINGLETARY VS. TERRAL RIVER SERVICE, INC.
209.    SMITH VS. GULF CREWS, INC.
210.    SMITH VS. CSE AUTOMATION
211.    SMITH VS. ROWAN DRILLING – fire in confined space.
212.    SONNIER VS. NOBLE DRILLING – lifting equipment
213.    SONNIER VS. DELOACH MARINE SERVICES, LLC – manual material handling
214.    SPISAK, TIMOTHY VS. APACHE CORP. – material handling chicksan
215.    SPRATLING VS. EDISON CHOUEST  slip in engine room
216.    St. JOHN VS. EPIC - diving
217.    STEINWINDER VS. MCCALL BOAT RENTALS, INC. – swing rope.
218.    STELLY VS. MIKE HOOKS – struck by boat in head.
219.    STERLING VS EXXON DRILLING
220.    STEVENS VS. ENERGY XXI – personnel net transfer
221.    STEWART VS. BISSO
222.    TALEVICH VS. CARDINAL – fell off personnel net
223.    TAYLOR VS. TESCO CORP
224.    THE MATTER OF TAIRA LYNN LIMITED fire and explosion Kirby barges
225.    THERIOT VS. PAULSEN – dock plate fell
226.    THIBODEAUX VS. CHEVRON – swing rope transfer, fell in water
227.    THOMAS VS. GALLO struck head on piping
228.    TISSUE VS. PENROD – Hand tools misuse
229.    TRANSPORTATION VS. SOUTH COAST – shocked while welding
230.    TURNER VS. EXXON

231.    TYLER VS. TORCH -  crane & rigging
232.    USA ABATEMENT VS. MOBIL EXPLORATION
233.    USE VS. HERCULES OFFSHORE, INC.
234.    VERDIN VS. FOREST OIL – hole in deck, fell in
235.    VERDIN VS. CHEVRON & WARREN PET. – fall from tank
236.    VIATOR VS. GORDON'S TRUCKING CO. – struck by boat.
237.    VITAL VS. COASTAL CATERING. LLC – stairway.
238.    YOUNG VS. INTERMOOR, INC. – pry bar, lifting case
239.    WASHAM VS. OSFI
240.    WEDGE VS. CAJUN DEEP FOUNDATIONS
241.    WILCOX VS. WILD WELL
242.    WILEY VS. TRANSOCEAN – crane / crush by pipe
243.    WILLIAMS VS CHEVRON – trip and fall on piping on deck
244.    WILSON VS. RAY BRANDT NISSAN trip non painted yellow curb
245.    WOMACK VS. FREEPORT, BAKER/MO – crane and rigging
246.    WOOD VS. LONGNECKER PROPERTIES, INC. ET AL - step into D ring pan and fall
247.    WOODEL, BRADLEY VS. GLOBAL INDUSTRIES OFFSHORE, LLC  - Personnel net
248.    WYKOFF VS. INTERNATIONAL MARINE, INC. – welding shock