**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** | ) | **CIVIL ACTION** |
| **Plaintiff** | ) | |
| | ) | **NO.2:19-cv-11149-LMA-DMD** |
| <u>**versus**</u> | ) | |
| | ) | |
| **DeQuincy R. Richard** | ) | **JUDGE Africk** |
| **Defendant** | ) | **MAGISTRATE (3)** |
| _____ | ) | |

**<u>MEMORANDUM IN SUPPORT OF MOTION FOR CONTINUANCE OF HEARING</u>**

REC Marine Logistics, LLC, *et. al.* have moved for the continuance of Richard's Motion for Summary Judgment filed on 18th June 2020, but scheduled for hearing before this Court on 29th June 2020, for the reasons that **a)** under Eastern District Local Rule 7.2 the delay between filing of a contradictory motion and the hearing date must be 15 days whereas this delay is only 11 days, and **b)** the motion(s) filed are about 100 pages each, including multiple attachments (about one dozen), and will require considerably more of Counsel time to contact needed witnesses, research legal matters, and to write factual and legal responses to the numerous issues raised in Richard's Motion for Summary Judgment papers.

                      **Respectfully Submitted,**

                      //Fred E. Salley

                      BY:_____

                      **FRED E. SALLEY, T.A.   (11665)**

**SALLEY & ASSOCIATES**
**P.O. Box 3549**
**77378 Hwy 1081 Cretien Annex**
**Covington, Louisiana 70434**
**Telephone: (985) 867-8830**
**Facsimile (985) 867-3368**
**Counsel for Plaintiff, REC**
Marine Logistics, LLC, et. al.

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 19th Day of June 2020.

    s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A. (11665)**