# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC MARINE LOGISTICS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-11149** |
| **DEQUINCY R. RICHARD, ET AL.** | **SECTION I** |

## ORDER

Considering the motion[1] by REC Marine Logistics, LLC; Gulf Offshore Logistics, LLC; and Offshore Transport Services, LLC to continue the submission date of DeQuincy R. Richard's motion[2] for partial summary judgment,

**IT IS ORDERED** that the motion is **DENIED**. As the Court previously stated, any opposition to DeQuincy R. Richard's motion for partial summary judgment must be filed by June 26, 2020.[3]

New Orleans, Louisiana, June 22, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 121.
[2] R. Doc. No. 120.
[3] *See* R. Doc. No. 118.