MINUTE ENTRY
AFRICK, J.
June 29, 2020
JS-10 00:15

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC MARINE LOGISTICS, LLC** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-11149** |
| **DEQUINCY R. RICHARD, ET AL.** | **SECTION I** |

## ORDER

The Court held a teleconference on this date with counsel for all parties participating. Counsel for DeQuincy R. Richard clarified that his Jones Act negligence claim is only asserted against REC Marine Logistics, LLC, and his unseaworthiness claim is only asserted against Offshore Transport Services, LLC and Gulf Offshore Logistics, LLC.[1]

New Orleans, Louisiana, June 29, 2020.

_____
**LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE**

---

[1] *See* R. Doc. No. 4.