UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

REC MARINE LOGISTICS, LLC                       CIVIL ACTION

VERSUS                                          No. 19-11149

DEQUINCY R. RICHARD, ET AL.                     SECTION I

## ORDER

Considering the defendants' *ex parte* motion[1] to permit the late filing of Captain Chris Holcombe's ("Holcombe") affidavit,

**IT IS ORDERED** that the motion is **GRANTED**. The defendants may substitute Holcombe's signed and notarized affidavit for the unsigned and un-notarized affidavit[2] currently in the record.

New Orleans, Louisiana, July 1, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 130.
[2] R. Doc. No. 125-4.