UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
|---|---|---|
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"    MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

## RICHARD'S FIRST AMENDED EXHIBIT LIST

COMES NOW DeQuincy R. Richard ("Richard"), Defendant and Counter / Third Party Plaintiff, and lists the following exhibits he will or may introduce at the trial of this matter:

| No. | Description | |
|---|---|---|
| 1 | GOL Personal Incident/Illness Report | In the possession of REC / Gulf Offshore / Offshore Transport |
| 2 | Photographs and Video of the vessel and involved area / stairs taken by Borison during his inspection | Borison 1-38 |
| 3 | Gulf Offshore Logistics Daily Boat Logs for the *Dustin Danos* | In the possession of REC / Gulf Offshore / Offshore Transport |
| 4 | Contracts for the work being performed at the time of incident, including charter(s) for the vessel | In the possession of REC / Gulf Offshore / Offshore Transport |
| 5 | Records of Safety Meetings | In the possession of REC / Gulf Offshore / Offshore Transport |
| 6 | USCG and/or other governmental investigation reports for the incident | In the possession of REC / Gulf Offshore / Offshore Transport |

| No. | Description | |
|---|---|---|
| 7 | Safety Policy Manual | In the possession of REC / Gulf Offshore / Offshore Transport |
| 8 | Operations, Procedures and Employee Manuals | In the possession of REC / Gulf Offshore / Offshore Transport |
| 9 | JSA, JSEA, JHA reports | In the possession of REC / Gulf Offshore / Offshore Transport |
| 10 | Crew List for the vessel | In the possession of REC / Gulf Offshore / Offshore Transport |
| 11 | Survey Reports for the vessel | In the possession of REC / Gulf Offshore / Offshore Transport |
| 12 | Certificates of Inspection for the vessel | In the possession of REC / Gulf Offshore / Offshore Transport |
| 13 | Repair and maintenance records for the vessel / involved stairs | In the possession of REC / Gulf Offshore / Offshore Transport |
| 14 | Safety / Hazard audits for the vessel | In the possession of REC / Gulf Offshore / Offshore Transport |
| 15 | Vessel ownership documents | In the possession of REC / Gulf Offshore / Offshore Transport |
| 16 | Contracts / documents evidencing the relationships between REC, GOL and OTS | In the possession of REC / Gulf Offshore / Offshore Transport |
| 17 | Files of Ben Haveman and Drew Aucoin | In the possession of REC / Gulf Offshore / Offshore Transport |
| 18 | Richard's personnel file, including pre-employment physical(s) from REC Marine | In the possession of REC / Gulf Offshore / Offshore Transport |
| 19 | Richard's pay stubs, wage and benefits records from REC Marine | In the possession of REC / Gulf Offshore / Offshore Transport |
| 20 | Personnel files of Capt McCain, Chris Holcomb and David Gilbert | In the possession of REC / Gulf Offshore / Offshore Transport |

| No. | Description | |
|---|---|---|
| 21 | Richard's Photographs | Richard_000113-116 |
| 22 | Richard's Certification and Safety documents | Richard_000561-573 |
| 23 | CV of G. Randolph Rice, Ph.D. | Produced with Richard's expert disclosures |
| 24 | CV of Aaron M. Wolfson, Ph.D. | Produced with Richard's expert disclosures |
| 25 | CV of Robert E. Borison | Produced with Richard's expert disclosures |
| 26 | CV of Marco A. Rodriguez, M.D. | Produced with Richard's pretrial disclosures |
| 27 | CV of Robert Douglas Bostick III, M.D. | Produced with Richard's pretrial disclosures |
| 28 | CV of Ronald C. Segura, M.D. | Produced with Richard's pretrial disclosures |
| 29 | CV of Uzoma Moore, M.D. | Produced with Richard's pretrial disclosures |
| 30 | CV of Morteza Shamsnia, M.D. | Produced with Richard's pretrial disclosures |
| 31 | Medical Records of LA Health Solutions / Marco A. Rodriguez, M.D. / Robert Douglas Bostick III, M.D. / Uzoma Moore, M.D. | Richard_000001-112, 117-560, 574-609 |
| 32 | Billing Records of LA Health Solutions / Marco A. Rodriguez, M.D. / Robert Douglas Bostick III, M.D. / Uzoma Moore, M.D. | Richard_000001-112, 117-560, 574-609 |
| 33 | Medical Records of Morteza Shamsnia, M.D. / Shamsnia Neurology | Richard_000001-112, 117-560, 574-609 |
| 34 | Billing Records of Morteza Shamsnia, M.D. / Shamsnia Neurology | Richard_000001-112, 117-560, 574-609 |
| 35 | Medical Records of HealthPro Physical Therapy | Richard_000001-112, 117-560, 574-609 |
| 36 | Billing Records of HealthPro Physical Therapy | Richard_000001-112, 117-560, 574-609 |

| No. | Description | |
|---|---|---|
| 37 | Medical Records of Occupational Medicine Services | Richard_000001-112, 117-560, 574-609 |
| 38 | Billing Records of Occupational Medicine Services | Richard_000001-112, 117-560, 574-609 |
| 39 | Medical Records of Riverbend Imaging Center | Richard_000001-112, 117-560, 574-609 |
| 40 | Billing Records of Riverbend Imaging Center | Richard_000001-112, 117-560, 574-609 |
| 41 | Medical Records of MRI of Louisiana / West Jefferson MRI, LLC | Richard_000001-112, 117-151 |
| 42 | Billing Records of MRI of Louisiana / West Jefferson MRI, LLC | Richard_000001-112, 117-560, 574-609 |
| 43 | Billing Records of Lloyd's Pharmacy | Richard_000001-112, 117-560, 574-609 |
| 44 | Exhibits to Depositions | McCain 1-11; REC 1-11 |
| 45 | Documents relied upon by Richard's experts | In the possession of REC / Gulf Offshore / Offshore Transport |

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone:    713-653-5600
Facsimile:    713-653-5656

and

KOCH & SCHMIDT, LLC
R. Joshua Koch, Jr. (Bar Roll No. 7767)
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041

ATTORNEYS FOR RICHARD

**CERTIFICATE OF SERVICE**

    I hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure on this 31st day of July, 2020.

*/s/ Eric J. Rhine*
Eric J. Rhine