```
UNITED STATES DISTRICT COURT
  EASTERN DISTRICT OF LOUISIANA
```

| | | |
|---|---|---|
| **REC Marine Logistics, LLC,** | ) | CIVIL ACTION |
| **Plaintiff** | ) | |
| | ) | **NO.2:19-cv-11149-LMA-DMD** |
| <u>**versus**</u> | ) | |
| | ) | |
| **DeQuincy R. Richard** | ) | JUDGE Africk |
| **Defendant** | ) | MAGISTRATE (3) |
| _____ | ) | |

<u>**SUPPLEMENTAL AND AMENDED REC *ET. AL*. WITNESS AND DOCUMENT LISTS AND/OR OBJECTIONS THERETO**</u>

Now come REC, *et. al*., litigants in the captioned and entitled litigation, and adopt the Supplemented and Amended Witness List and Exhibit List of DeQuincy R. Richard filed of record 31st July 2020, from which it reserves the right to call, cross-examine, or use or object to any listing of witnesses or experts thereon; and to use or offer or object to any listing of documents or exhibits contained therein.

**Respectfully Submitted,**

//Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.  (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex
Covington, Louisiana  70434
Telephone: (985) 867-8830
Facsimile  (985) 867-3368
Counsel for Plaintiff, REC**
Marine Logistics, LLC, et. al.

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the above and foregoing has been served on all counsel of record by facsimile, by Electronic Filing (ECF) receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 31st Day of July 2020.

          /s/ Fred E. Salley
          _____
          **FRED E. SALLEY, T.A.  (11665)**