UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| REC MARINE LOGISTICS, LLC | § | C.A. NO. 2:19-cv-11149-LMA-DMD |
| | § | |
| V. | § | |
| | § | |
| DEQUINCY R. RICHARD | § | SEC. "I"   MAG. (3) |
| | § | |
| V. | § | |
| | § | |
| REC MARINE LOGISTICS, LLC, | § | |
| GULF OFFSHORE LOGISTICS LLC and | § | |
| OFFSHORE TRANSPORT SERVICES, LLC | § | |

### DEQUINCY RICHARD'S MOTION *IN LIMINE* TO LIMIT THE TESTIMONY OF DR. BRETT E. CASEY

NOW INTO COURT, through undersigned counsel, comes DeQuincy R. Richard ("Richard"), made Defendant in this Declaratory Judgment action and Counter/Third-Party Plaintiff, and respectfully files this Motion *in Limine* to Limit the Testimony of Dr. Brett E. Casey. For the reasons more fully set forth in his Memorandum in Support, Richard requests that Dr. Casey's testimony be limited solely to his opinions regarding Richard's right shoulder injuries.

WHEREFORE, Richard prays the Court grant this Motion, and restrict Dr. Casey to testimony solely related to the body part on which he performed an IME. Richard further prays for all other just and proper relief to which he may be entitled.

*Signature follows–*

Respectfully submitted,

*/s/ Eric J. Rhine*
Eric J. Rhine (*admitted PHV*)
Texas Bar No. 24060485
erhine@spaglaw.com
SPAGNOLETTI LAW FIRM
401 Louisiana Street, 8th Floor
Houston, Texas 77002
Telephone: 713-653-5600
Facsimile: 713-653-5656

KOCH & SCHMIDT, LLC
R. Joshua Koch, Jr. (Bar Roll No. 7767)
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041

ATTORNEYS FOR RICHARD

**CERTIFICATE OF SERVICE**

    I hereby certify that service of the foregoing was automatically accomplished on all counsel of record through CM/ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure on this 18th day of August, 2020.

*/s/ Eric J. Rhine*
Eric J. Rhine