```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

REC Marine Logistics, LLC,         )    CIVIL ACTION
Plaintiff                          )
                                   )    NO.2:19-cv-11149-LMA-DMD
versus                             )
                                   )
DeQuincy R. Richard                )    JUDGE Africk
Defendant                          )    MAGISTRATE (3)
_____)
```

## REC'S MEMORANDUM IN OPPOSISTION TO RICHARD'S MOTION *IN LIMINE*

Now comes REC, *et. al,* and file their Memorandum in Opposition, to Richard's Motion *in limine*, seeking to block or limit the medical expert testimony of Dr. Brett Casey.

Richard initiated a lawsuit and claim against REC, *et. al* ultimately alleging that as a result of a fall down steps on the **M/V Dustin Danos,** that he had sustained permanent injury to his shoulder, that has now been grossly expanded by plaintiff to include claims for multiple pre-existing and congenital injuries to his lumbar spine; congenital and developmental problems with his thoracic spine; and pre-existing, congenital cervical spine and rib defects.

Although Richard seeks to imply that REC, *et. al*. violated the rules, or refused to list Dr. Casey as a medical expert-- that is far from the truth.  Dr. Casey did not enter the picture in this case until after the initial round of witness filings, and the initial cancellation by the Court of the first scheduled pre-trial order and pre-trial conference.  Moreover, Richard was

not seen by Dr. Casey except after specific arrangements made through <u>his</u> Counsel, over the explicit details of his visit. Moreover, Dr. Casey's written report of 12th March 2020, was promptly transmitted to Richard's attorneys.

Dr. Brett Casey performed a thorough medical examination on Richard on 12th March 2020, and requested additional access, testing, and exams, but Covid-19 severely limited his added examinations.  Richard's own panel of multiple doctors have had no limitations on seeing or examining Richard for almost two years, and Richard's attorneys have sent a continuous stream of medical (many wholly unrelated to this incident) reports.

Richard's current *in limine* motion is simply an effort by his counsel to see how far the medical and the Court, can be pushed, seeking to prevent REC, *et. al*. from obtaining any legitimate, honest, medical information in response to Richard's tide of errant medical assertions, that have nothing whatever to do with any legitimate claim for accident or injury in the instant case.  All of Richard's claims for injury are actually covering pre-existing or congenital medical problems that pre-dated Richard's brief employment with REC, which employment was apparently sought by Richard in an effort to find a <u>place</u> to have an "accident," which he could then allege was the sole cause of his avalanche of long term, pre-existing, medical issues.

Neurology and orthopaedics reside on opposite sides of the same coin of human physiology, and employ the same recordation of history, tools, and technics to examine physical wellbeing, or illness.  Dr. Casey is well aware of the parameters which apply to his medical training, and neither he nor counsel, would seek to push him beyond his medical expertise and training.  However, his own physical examination of Richard, and his enquiry into Richard's medical history, are not limited by his particular medical expertise.

Counsel for REC, *et.al*. has no intention of trying to use Dr. Casey for matters outside his orthopeadic expertise, *ie*. for neurological questions; and so if the coming settlement conference in early September does not resolve this case, REC, *et. al*. will refer Richard for an IME, to a neurological-psychologist.

Richard's current *in limine* effort is inappropriate in this matter as it is currently postured, and Richard's current motion should be dismissed as premature.

**Respectfully Submitted,**

//Fred E. Salley

BY:_____
**FRED E. SALLEY, T.A.   (11665)
SALLEY & ASSOCIATES
P.O. Box 3549
77378 Hwy 1081 Cretien Annex**

```
                              Covington, Louisiana  70434
                              Telephone: (985) 867-8830
                              Facsimile  (985) 867-3368
                              Counsel for Plaintiff, REC
```
                              **Marine Logistics, LLC, et. al.**

## CERTIFICATE OF SERVICE

```
     I hereby certify that a copy of the above and foregoing has
been  served  on  all  counsel  of  record  by  e-filing,  facsimile,
receipt  requested,  or  by  depositing  same  in  the  United  States
Postal  Service,  properly  addressed  and  postage  prepaid  this  24th
Day of August 2020
                              s/ Fred E. Salley
                              _____
                              FRED E. SALLEY, T.A.  (11665)
```