MINUTE ENTRY
DOUGLAS, M.J.
SEPTEMBER 2, 2020

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| REC MARINE LOGISTICS, LLC. | CIVIL ACTION |
| VERSUS | NO. 19-11149 |
| DEQUINCY R. RICHARD | SECTION: "I" (3) |

A settlement conference in the above matter was conducted on this date.

PRESENT:  Fred E. Salley
Margaret Grote
Eric J. Rhine
Robert J. Koch, Jr.
DeQuincy R. Richard

A settlement could not be confected at this time. Counsel are instructed to notify the undersigned if an additional settlement conference would be beneficial prior to trial.

_____
DANA M. DOUGLAS
UNITED STATES MAGISTRATE JUDGE

**MJSTAR(2.00)**