UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **REC Marine Logistics, LLC,** ) | CIVIL ACTION |
| **Plaintiff** ) | |
| ) | NO.2:19-cv-11149-LMA-DMD |
| **versus** ) | |
| ) | |
| **DeQuincy R. Richard** ) | JUDGE Africk |
| **Defendant** ) | MAGISTRATE (3) |
| _____) | |

## AMENDED/SUPPLEMENTAL WITNESS AND DOCUMENTS LISTS

Amended and Supplemental Witness and Documents lists for GOL Supply Boats, L.L.C.; Offshore Transport Services, L.L.C., and REC Operating, L.L.C., hereafter, REC, *et. al.*, as follow:

**Additional and Supplemental May Call:**

**Capt. Chris Holcombe**
**6050 Grelot Rd.**
**Mobile, Al. 36609**

Facts, vessel operation and procedure, equipment location and operability, accident reporting, communications with, and observations of, DeQuincy Richard on November 4, 2018.

**Dr. Kevin W. Greve**
**2901 N. I-10 Service Road E.,**
**Suite 300**
**Metairie, Louisiana 70002**

Expert in Neuro-psychiatry, to state expert opinions with regard to symptoms and complaints of Richard, nature of illnesses and relation to employment on board M/V Dustin Danos;

**Dr. Donald Adams**
**3800 Houma Blvd.**
**Suite 205**
**Metairie, La. 70006**

Expert in Neuro-psychiatry to state expert opinions with regard to symptoms and complaints of Richard, nature of illnesses and

relation to employment on board **M/V Dustin Danos**;

**Ms. Sandra Jones**
**John Jones Rd.**
**Franklinton, La.**

Ms. Jones, a housekeeping employee of Mrs. Cecily Salley, who was present at Mrs. Salley's residence, on October 4, 2019; to testify that she was working in or near the residence, and on the route to Salley & Associates, office, and that no one entered the property that date, passed, or stopped at the residence, entered residence, or attempted to serve any papers on anyone at the property on that date.

**Documents:**

Documents and records produced by/from neuro-psychiatric exam(s) and/or review(s) of Richard medical complaints from Dr. Greve and/or Dr. Adams, from exam or review of Richard's medical records.

Objection is made to Richard's offer of exhibits #a-w, as alleged admissions, under uncontested facts number 8, of the initial pre-trial draft; as the requests for admissions were never correctly or actually served or provided to Counsel for REC, *et. al.*, despite Counsel having been at, and in his office all day on the date of an alleged service on October 4, 2019 during which time no server for Richard ever came onto, or entered the property, and never made any attempt at, or service, especially on Counsel; and Counsel was the only person present for Salley & Associates on the entire property during the specific date (October 4) of alleged service.

Any document or exhibit listed, offered, or used by Richard or any other party.

                                      **Respectfully Submitted,**

                                      //Fred E. Salley

                                      BY:_____
                                      **FRED E. SALLEY, T.A. (11665)**
                                      **SALLEY & ASSOCIATES**
                                      **P.O. Box 3549**
                                      **77378 Hwy 1081 Cretien Annex**
                                      **Covington, Louisiana 70434**
                                      **Telephone: (985) 867-8830**
                                      **Facsimile (985) 867-3368**

**Counsel for Plaintiff, Counter-Defendant, REC Marine Logistics, LLC,** *et.al*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served on all counsel of record by the USDC efile system, or using facsimile, receipt requested, or by depositing same in the United States Postal Service, properly addressed and postage prepaid this 20th Day of September 2020.

s/ Fred E. Salley

_____
**FRED E. SALLEY, T.A. (11665)**