

# Richard, Dequincy
31 Y  old  Male, DOB: ▮▮▮▮/1987
Account Number: 13828
514 Paula Dr, Thibodaux, LA-70301
Home: ▮▮▮▮▮▮▮
Insurance: Marcus Spagnoletti, Esq.
Appointment Facility: Shamsnia Neurology

**01/09/2019**                                                              **Morteza Shamsnia, MD**

> EXHIBIT
> 2

## Reason for Appointment
1. Headaches
2. Right neck pain
3. Right shoulder pain
4. Right rib pain
5. Memory dysfunction

## History of Present Illness
<u>Constitutional</u>:
    Mr. Richard is a 31 year old male who is a new patient here. He is status post off shore injury on 11/6/2018 at around 11:55am. While working in the barge and tying down a boat and going down some steps the steps gave out resulting in him falling. He attempted to brace the fall with his right arm, but hit his head. He was unconscious for roughly a minute, where he woke up dazed and confused. He stayed in a room for about 5-6 hours. At 9 or 10pm he was seen brought to OMS in Houma by his co-workers. While at OMS he had x-rays on his right shoulder, prescribed medication and was discharged.
    .
    He began seeing Dr. Moore at Health Solutions for headache, neck pain, right shoulder pain, and low back pain. He did a right shoulder x-ray, prescribed medication, and was diagnosed with a concussion, bruised shoulder, neck and low back strain.
    .
    He started physical therapy today with some relief
    .
    He presents with complaints of headaches, right neck pain, right rib pain, and right shoulder pain. He has a over the shoulder brace on his right arm. His headaches occur on an average of 2 times a week primarily on the right temporal region. With no radiating pain. He described it as pounding and pressure. Associated signs and symptoms include light/noise sensitivity, dizziness.

## Current Medications
Taking
- Aleve
- Naproxen

## Surgical History
Jaw 2006
right knee ACL/MCL 12/2015

## Family History
Father: alive
Mother: alive

## Social History
<u>Opioid Risk Tool:</u>
    Family History of Alcohol Abuse: No.
    Family History of Illegal Drug Use: No.
    Family History of Prescription Drug Abuse: No.
    Personal History of Alcohol Abuse: No.
    Personal History of Illegal Drug Use: No.
    Personal History of Prescription Drug Abuse: No.
    ADD,OCD, Bipolar, Schizophrenia: No.
    Depression: No.
    Are you between the ages of 16-45 years of age?: Yes.
    History of preadolescent sexual abuse?: No.

## Allergies
N.K.D.A.

## Review of Systems
<u>Ophthalmologic</u>:
   Double Vision No.  Blurred vision No.  Diminished visual acuity No.  Dry eye No.  Eye Pain No.  Floaters in the visual field No.

<u>ENT</u>:
   Decreased hearing No.  Decreased sense of smell No.  Ear pain No.  Ringing in the ears No.
<u>Endocrine</u>:
   Diabetes No.  Hot flashes No.  Thyroid problems No.
<u>Respiratory</u>:
   Asthma No.  Shortness of breath No.  Wheezing No.
<u>Cardiovascular</u>:
   Chest pain No.  Claudication No.  Dizziness No.  High blood pressure No.  Swelling in hands/feet No.  Weakness No.
<u>Gastrointestinal</u>:
   Blood in stool No.  Constipation No.  Diarrhea No.  Heartburn No.
<u>Musculoskeletal</u>:
   Neck Pain Yes.  Back problems Yes.  Carpal tunnel No.  Muscle aches Yes.  Pain in shoulder(s) Yes, right shoulder.  Mid back pain No.  Muscle Weakness No.
<u>Neurologic</u>:
   Balance difficulty No.  Gait abnormality No.  Headache Yes.  Low back pain Yes.  Memory loss Yes.  Paralysis No.  Seizures No.  Stroke No.  Tingling/Numbness No.  Transient loss of vision No.
<u>Psychiatric</u>:
   Anxiety No.  Auditory/visual hallucinations No.  Depressed mood No.  Difficulty sleeping No.  Substance abuse No.  Suicidal thoughts No.

## Vital Signs
HR **88 /min**, BP **134/86 mm Hg**, Wt **191 lbs**, BMI **24.52 Index**, Ht **6 ft 2 in**, Pain scale **7 1-10**.

## Examination
<u>Head Trauma</u>:
   Did you have head trauma? yes.
   Did you lose your consciousness? yes.
   Were you dazed or confused after head trauma? yes.
   Symptoms of concussion: blurred vision, dizziness, drowsiness, excessive sleep, easily distracted, fatigue, headache, inappropriate emotion, irritability, memory problems, confusion, personality changes, poor concentration, seeing stars, sensitivity to light or noise, sleep disturbance.
<u>Sleep Disorder Questionaire</u>:
   I have been told I snore: No.
   I have been told that I stop breathing while I sleep: No.
   I feel sleepy during the day, even after a good night sleep: **Yes**.
   High blood pressure: No.
   Stroke: No.
   Heart disease/CHF/Irregular heart: No.
   Syncope/passing out: No.
   Lung disease/COPD/Asthma/Emphysema: No.
   I get short tempered: No.
   I have been forgetful: **Yes**.
   Diabetes: No.
   Muscle Weakness: **Yes**.
   I am a restless sleeper: No.
   I regularly experience muscle tension in my legs No.
   I have difficulty falling and/or staying asleep: No.
   I have headaches in the morning: No.
   I have difficulty concentrating at work/hobbies: No.
   I wake up tired: No.
   How often do you use the bathroom after falling asleep: 1-2.
<u>Epworth Sleepiness Scale Score</u>:
   Sitting and reading: 1.

    Watching television: 1.
    Sitting inactive in a public place: 1.
    As a passenger in a car for an hour without break: 2.
    Lying down to rest in the afternoon: 3.
    Sitting and talking quietly with someone: 1.
    Sitting quietly after lunch without alcohol 0.
    In a car, while stopped for a few minutes in traffic 1.
    Total Points: 10.
<u>Neurological Examination</u>:
    CORTICAL FUNCTIONS: Alert and oriented x3, normal, speech fluent.
    CRANIAL NERVES: II, IV, VI, EOM were full with normal pursuit and saccade, V - Motor V intact, VII - No asymmetry or weakness, XI - Sternocleidomastoid, trapezius strength intact.
    MOTOR STRENGTH: Muscle spasm present in the cervical/shoulder region with limited range of motion. Weakness in right pronator.
    SENSORY: Pain radiating from upper cervical to occipital temporal region, , Positive bilateral tinel sign.
    REFLEXES: Reflexes +2 and symmetrical in the upper and lower extremities bilaterally, Plantar responses are flexor, and there are no pathologic reflexes.
    GAIT AND STATION Normal base. The patient is able to ambulate without a cane or walker. The patient has a negative Romberg sign. There are no gait limitations. Tandem gait is normal.

## Assessments
1. Post concussion syndrome - F07.81 (Primary)
2. Post-concussion headache - G44.309
3. Neck pain - M54.2
4. Cervical radiculopathy - M54.12
5. Right shoulder pain - M25.511
6. Memory difficulties - R41.3
7. Rib pain on right side - R07.81

.
Patient is a 31-year-old male on his initial visit to our center for neurological evaluation. Patient status post work accident that occurred on November 6, 2018.
As a result of this accident he sustained injuries to his head, cervical region as well as right shoulder area. Patient was seen by local healthcare providers for his injuries. This visit his chief complaints are headaches, neck pain and right shoulder pain.
I had a detailed discussion with the patient regarding his injury, he is not clear about the event that occurred and duation unconscious because of the fall he sustained.
He has noticed some difficulty with concentration and memory since the accident. Patient also suffering from frequent headaches, neck, and shoulder pain.
His neurologic examination is abnormal with a spasm in the neck and shoulder region. His range of motion in this area is also limited. Selective muscle testing also shows weakness of the right pronator muscle.
I had a detailed discussion with the patient in regard to workup we will need, he will continue his present treatment in regard to his physical therapy. We will handle the rest of his treatment and diagnostic testing is in our center.
He will need to have neurophysiological testings that will include EMG/NCV/DEP of the UE as well as brain monitoring with EEG. After completion of the diagnostic testings he may need high resolution neuroimaging . For now patient will be on total disability, his medication was changed and prescribed on his visit. Follow-up appointment in 6 weeks.
Need to get authorization regarding his diagnostic testings prior to his next visit.

## Treatment
**1. Post concussion syndrome**
    <u>PROCEDURE: DEP/SEP: SOMATOSENSORY TESTING, UPPER EXTREMITY</u>
    <u>PROCEDURE: EEG, OVER 1 HOUR</u>

**2. Post-concussion headache**
Start Butalbital-APAP-Caffeine Tablet, 50-325-40 MG, 1 tablet as needed, Orally, QD PRN FOR HEADACHES, 30 days, 30, Refills 1
    <u>PROCEDURE: EEG, OVER 1 HOUR</u>

**3. Neck pain**
Start Norco Tablet, 10-325 MG, 1 tablet as needed, Orally, bid, 30 days, 60 Tablet, Refills 0, Notes: FILL NOW
Start Norco Tablet, 10-325 MG, 1 tablet as needed, Orally, bid, 30 days, 60 Tablet, Refills 0, Notes: FILL ON 2/7/2019
Start Valium Tablet, 5 MG, 1 tablet as needed, Orally, QHS, 30 days, 30, Refills 1
    <u>PROCEDURE: EMG 2 Limbs / NCV 7-8 Studies</u>
    <u>PROCEDURE: DEP/SEP: SOMATOSENSORY TESTING, UPPER EXTREMITY</u>

4. **Cervical radiculopathy**
   PROCEDURE: EMG 2 Limbs / NCV 7-8 Studies
   PROCEDURE: DEP/SEP: SOMATOSENSORY TESTING, UPPER EXTREMITY

5. **Memory difficulties**
   PROCEDURE: EEG, OVER 1 HOUR

**Follow Up**
6 Weeks

**Electronically signed by MORTEZA SHAMSNIA , MD on 03/13/2019 at 11:54 AM CDT**

**Sign off status: Completed**

---

**Shamsnia Neurology**
**2909 Kingman Street**
**METAIRIE, LA 700066615**
**Tel: 504-717-2233**
**Fax: 504-517-1771**

---

**Patient: Richard, Dequincy    DOB: 07/18/1987    Progress Note: Morteza Shamsnia, MD    01/09/2019**

*Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)*