UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REC MARINE LOGISTICS, L.L.C.**            **CIVIL ACTION**

**VERSUS**            **NO. 19-11149**

**DEQUINCY R. RICHARD**            **SECTION "I" (3)**

**ORDER**

Before the Court is the Motion to Compel Richard's Appearance at Medical Exam [Doc. #156] filed by plaintiff REC Marine Logistics, L.L.C. ("REC"). Defendant DeQuincy Richard opposes the motion, [Doc. #162], and REC has filed a supplemental response in support of its motion. [Doc. #166]. Having reviewed the pleadings, the Court denies the motion.

REC seeks to compel Richard to submit to an independent medical examination. However, this motion is woefully untimely, despite REC's protestations to the contrary. The District Court's scheduling order provides: "Depositions for trial use shall be taken and all discovery shall be completed no later than Friday, December 27, 2019." [Doc. #12 at p. 2]. It also provides: "Counsel for the parties shall file in the record and serve upon their opponents a list of all witnesses who may or will be called to testify at trial and all exhibits which may or will be used at trial not later than Friday, December 13, 2019." [*Id.*]. Those deadlines have long passed, and even though the District Court has continued the pre-trial conference and the trial on several occasions given the novel COVID-19 virus, it has not continued the discovery deadline. [*See, e.g.,* Doc. #167]. For the foregoing reasons,

**IT IS ORDERED** that Motion to Compel Richard's Appearance at Medical Exam [Doc. #156] is DENIED as untimely.

New Orleans, Louisiana, this 1st day of October, 2020.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**