#1554922                                                                                                                       0584-20531

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC MARINE LOGISTICS, LLC** | * | **CIVIL ACTION NO.: 2:19cv11149** |
|     **Plaintiff** | * | |
| | * | **SECTION "I" (3)** |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | **LANCE M. AFRICK** |
| **DEQUINCY R. RICHARD** | * | |
|     **Defendant** | * | **MAGISTRATE JUDGE:** |
| | * | **DANA M. DOUGLAS** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, REC Marine Logistics, LLC, Third-Party Defendants, Gulf Offshore Logistics, L.L.C. and Offshore Transport Services, LLC, who hereby move this Honorable Court for an order substituting Salvador J. Pusateri (#21036) and Kyle A. Khoury (#33216) of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC, located at 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, as counsel of record for REC Marine Logistics, LLC, Gulf Offshore Logistics, L.L.C., and Offshore Transport Services, LLC, replacing Fred E. Salley (#11665) of Salley & Associates in this litigation.

                                              Respectfully submitted,

                                              */s/Salvador J. Pusateri*_____
                                              Salvador J. Pusateri, T.A. (#21036)
                                              Kyle A. Khoury (#33216)
                                              Pusateri, Johnston, Guillot & Greenbaum, LLC
                                              1100 Poydras Street, Suite 2250
                                              New Orleans, Louisiana 70163
                                              Telephone: 504-620-2500
                                              Facsimile: 504-620-2510

Salvador.Pusateri@pjgglaw.com
Kyle.Khoury@pjgglaw.com

*/s/* **Fred E. Salley**
Fred E. Salley (#11665)
Salley & Associates
P. O. Box 3549
Covington, Louisiana 70434
Telephone: 985-867-8830
fsalley@charter.net

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **REC MARINE LOGISTICS, LLC** | * | **CIVIL ACTION NO.: 2:19cv11149** |
| **Plaintiff** | * | |
| | * | **SECTION "I" (3)** |
| **VERSUS** | * | |
| | * | **JUDGE:** |
| | * | **LANCE M. AFRICK** |
| **DEQUINCY R. RICHARD** | * | |
| **Defendant** | * | **MAGISTRATE JUDGE:** |
| | * | **DANA M. DOUGLAS** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING THE ABOVE AND FOREGOING,**

**IT IS HEREBY ORDERED** Salvador J. Pusateri (#21036) and Kyle A. Khoury (#33216) of the law firm Pusateri, Johnston, Guillot & Greenbaum, LLC, located at 1100 Poydras Street, Suite 2250, New Orleans, Louisiana 70163, are hereby substituted as counsel of record in this litigation for Plaintiff, REC Marine Logistics, LLC, Third-Party Defendants, Gulf Offshore Logistics, L.L.C. and Offshore Transport Services, LLC replacing Fred E. Salley (#11665) of Salley & Associates in this litigation.

New Orleans, Louisiana, this _____ day of_____, 2020.

_____
**JUDGE LANCE M. AFRICK**