## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**REC MARINE LOGISTICS, LLC**                    **CIVIL ACTION**

**VERSUS**                                        **No. 19-11149**

**DEQUINCY R. RICHARD**                           **SECTION I**

### ORDER

Considering the motion[1] filed by plaintiff REC Marine Logistics, LLC ("REC") and by third-party defendants Gulf Offshore Logistics, L.L.C. ("Gulf Offshore Logistics") and Offshore Transport Services, LLC ("Offshore Transport") to substitute counsel of record,

**IT IS ORDERED** that the motion is **GRANTED**. Salvador J. Pusateri and Kyle A. Khoury will be **ENROLLED** as counsel of record for REC, Gulf Offshore Logistics, and Offshore Transport in connection with the above-captioned matter.

**IT IS FURTHER ORDERED** that Fred E. Salley is **WITHDRAWN** as counsel for REC, Gulf Offshore Logistics, and Offshore Transport in connection with the above-captioned matter.

New Orleans, Louisiana, October 6, 2020.

_____
**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. No. 170.